Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-8608 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Plaintiff, | : | **Rule 7.1 Statement** |
| | : | |
| - against - | : | |
| | : | |
| JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT, | : | 04  CV 8223 |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for following are corporate parents or other publicly held corporation that owns 10% or more of its stock:

None

Date:  October 6, 2004
       New York, New York

                KIRKPATRICK & LOCKHART LLP

                By_____/S_____

                Eugene R. Licker (EL 0334)
                599 Lexington Avenue
                New York, New York  10022-6030
                (212) 536-3900 (phone)
                (212) 536-3901 (fax)

                Jerry S. McDevitt
                Curtis B. Krasic
                Amy L. Barrette
                KIRKPATRICK & LOCKHART LLP
                Henry W. Oliver Building
                535 Smithfield Street
                Pittsburgh, PA  15222
                (412) 355-8608 (phone)
                (412) 355-6501 (fax)

                Counsel for Plaintiff World Wrestling
                Entertainment, Inc.