## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

WORLD WRESTLING ENTERTAINMENT, INC.,

        Plaintiffs

                      CASE NUMBER: 04-CV-8223

V.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ/INC.; THQ/JAKKS, LLC; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER ; BELL LICENSING, LLC.;JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT;

        Defendants.

### AFFIDAVIT OF SERVICE

I, Carey M. Shea, of the state of Delaware, County of New Castle, being duly sworn, says that on the 25th day of October, 2004, at 3:00 p.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant **THQ/JAKKS PACIFIC, LLC** by serving their registered agent, The Corporation Service Company, at the address of 2711 Centerville Road, Wilmington, DE 19808.
Name of individual personally served: Mary Messina.
Description of Individual served: White Female, between 5'1" and 5'3", 130 to 160 lbs with brown hair.

                                                _____

Subscribed and sworn before me
this 25th day of October, 2004.

_____
Notary Public
My commission expires: SEAN T. KENNEDY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 23, 2008