POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| KIRKPATRICK & LOCKHART<br>10100 SANTA MONICA BLVD., 7TH FL.<br>LOS ANGELES, CA 90067<br>(310) 552-5000<br>ATTORNEY FOR (Name): | |

UNITED STATES DISTRICT COURT OF NEW YORK
OF NEW YORK

PLAINTIFF/PETITIONER:
WORLD WRESTLING

DEFENDANT/RESPONDENT:
JAKKS PACIFIC

CASE NO: 04CV8223

### PROOF OF SERVICE OF SUMMONS

Ref. No. or File No:

Hearing date:          Time:          Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF KENNETH KARAS

3. a. Party served:    STEPHEN BERMAN
   b. Person served:   party in item 3a

4. Address where the party was served:
   22619 PACIFIC COAST HWY, #250
   MALIBU, CA

5. Manner of service in compliance with Federal Rules of Civil Procedure
   a. by personally delivering the copies on 10/22/04 at 11:40 AM
      (1) at business

6. Person who served papers
   a. MICHAEL CONNERY
   b. JANNEY & JANNEY ATTORNEY SVCS.
      1313 W. 8TH STREET SUITE 310
      LOS ANGELES, CA 90017
   c. (213) 628-6338

   d. The fee for service was $ 118.00
   e. I am: (3) Registered California
            process server
      (i)   (subcontractor)
      (ii)  Registration No.: # 1963
      (iii) County: LOS ANGELES

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

**PROOF OF SERVICE OF SUMMONS**

| | |
|---|---|
| PLAINTIFF/PETITIONER:<br>WORLD WRESTLING<br>DEFENDANT/RESPONDENT:<br>JAKKS PACIFIC | CASE NO: 04CV8223 |

Date: 10/25/04                                    Signature: *M. Conney*

1113120        psv1



**Janney & Janney**
attorney service, inc.

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**