STATE OF CONNECTICUT
                        ss:  Norwalk/            October 20, 2004
                             New Canaan
COUNTY OF FAIRFIELD

Then and there, by virtue hereof, I made service of the within and foregoing copy of the original SUMMONS and COMPLAINT, CRITICAL INSTRUCTIONS TO ATTORNEYS (UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK)

by leaving a true and attested copy thereof

at the usual place of abode of:

1.  JIM BELL, 405 Silver Creek Lane, Norwalk, CT 06850

2.  STANLEY SHENKER, 1160 Smith Ridge Road, New Canaan, CT 06840

3.  STANLEY SHENKER, Agent for Service for STANLEY SHENKER & ASSOCIATES, INC., 1160 Smith Ridge Road, New Canaan, CT 06840

and later on 10/22/04

by leaving a true and attested copy thereof

with and in the hands of:

ANTHONY J. DePANFILIS, Esq., authorized to accept service for MARC J. GRENIER, Esq, who is Agent for Service for BELL LICENSING, LLC, 25 Belden Avenue, Norwalk, CT 06852

and later on 10/24/04

by leaving a true and attested copy thereof

with and in the hands of:

STANLEY SHENKER, President of STANLEY SHENKER & ASSOCIATES, INC., 1160 Smith Ridge Road, New Canaan, CT 06840

four of the within named defendants.

The within and foregoing is a true copy of the original SUMMONS and COMPLAINT, CRITICAL INSTRUCTIONS FOR ATTORNEYS with my doings hereon endorsed.

FEES:
Travel        $    50.00           Attest:
Service            150.00
Copies             520.00          *Siegrun G. Pottgen* (signature)
Endorsem.           20.00          Siegrun G. Pottgen
              $   740.00           State Marshal, Fairfield County