UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WORLD WRESTLING ENTERTAINMENT, INC.,

                        Plaintiff,          04 CV 8223

      v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)      **AFFIDAVIT OF SERVICE**
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THZ/JAKKS, LLC; STANLEY SHENKER AND
ASSOCIATES, INC.; STANLEY SHENKER; BELL
LICENSING, LLC; JAMES BELL; JACK
FRIEDMAN; STEPHEN BERMAN and
JOEL BENNET,
                        Defendants.
------------------------------------------------------------x
STATE OF NEW YORK  )
                        .ss:
COUNTY OF NEW YORK )

       ARNOLD J. BURRUS, being duly sworn, says:

1. I am not a party to the action, am over 18 years of age and reside at 163-49 130th Avenue, Jamaica, New York 11434.

2. On October 28th 2004 at 2:35 p.m. at 750 Lexington Avenue, New York, New York 10022-1200. I served the Summons and Complaint, 7.1 Disclosure Statement, and the Judges Individual Rules upon Jack Friedman by serving true copies of said papers with Murray L. Skala of Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP

3. Murray L. Skala advised me that he was authorized to accept service in behave of Jack Friedman.

                                                                Arnold J. Burrus

Sworn to before me this
28th day of October 2004

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31 4831744
Qualified in New York County
Commission Expires September 30, 200_