POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| KIRKPATRICK & LOCKHART<br>10100 SANTA MONICA BLVD., 7TH FL.<br>LOS ANGELES, CA 90067<br>(310) 552-5000<br>ATTORNEY FOR (Name): | |
| UNITED STATES DISTRICT COURT OF NEW YORK<br>OF NEW YORK | |
| PLAINTIFF/PETITIONER:<br>WORLD WRESTLING | CASE NO: 04CV8223 |
| DEFENDANT/RESPONDENT:<br>JAKKS PACIFIC | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:          Time:                    Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF KENNETH KARAS

3. a. Party served:    THQ, INC.
   b. Person served:   JAMES KENNEDY
                       VICE PRESIDENT

4. Address where the party was served:
       27001 AGOURA RD., # 325
       CALABASAS HILLS, CA 91301

5. Manner of service in compliance with Federal Rules of Civil Procedure
   a. by personally delivering the copies on 10/22/04 at 10:50 AM
      (1) at business

                              (corporation)

6. Person who served papers              d. The fee for service was $ 74.00
   a. JACK E. KESSLER                    e. I am: (3) Registered California
   b. JANNEY & JANNEY ATTORNEY SVCS.            process server
      1313 W. 8TH STREET SUITE 310       (i)    (subcontractor)
      LOS ANGELES, CA 90017              (ii)   Registration No.: # 2368
   c. (213) 628-6338                     (iii)  County: LOS ANGELES

7. I declare under penalty of perjury under the laws of the United States



**Janney & Janney**
attorney service, inc.

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER: WORLD WRESTLING | CASE NO: 04CV8223 |
|---|---|
| DEFENDANT/RESPONDENT: JAKKS PACIFIC | |

of America that the foregoing is true and correct.

Date: 10/26/04

1113122    psv1

Signature: _____



Janney & Janney
attorney service, inc.

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**