IN THE UNITED STATES DISTRICT COURT

FOR THE SOURTHERN DISTRICT OF NEW YORK

ACTION NO. 04 CV 8223

----------

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | Plaintiff |
| And | |
| JAKKS PACIFIC, INC; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, .INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT | Defendants |

----------

**AFFIRMATION OF SERVICE**

I, Lau Yuk Ying, clerk to Messrs. Vivien Chan & Co. of 15th Floor One Exchange Square, 8 Connaught Place, Central, Hong Kong, service agent of the Plaintiff herein, do solemnly, sincerely and truly affirm and say as follows:-

1. I am a clerk to Messrs. Vivien Chan & Co., service agent of the Plaintiff. On the instructions of my principal, I make this affirmation on behalf of Plaintiff.

2. I did on 29th day the October of 2004, served on Road Champs Limited copies of the following documents by leaving the same at 28/F., No.3 Lockhart Road, Hong Kong, which is the registered office of the abovenamed Road Champs Limited:-

    a. The Compliant dated 19th October 2004;

    b. Rule 7.0 Statement dated 6th October 2004;

2

    c.    Summons dated 19th October 2004; and

d.    The Judge's rules.

AFFIRMED at the  5/F., JARDINE  )
)
HOUSE, CENTRAL, HONG KONG. )
)
)
Dated this 2nd of November 2004    )

Before me,

VINCENT WING SANG LO
NOTARY PUBLIC
HONG KONG
JARDINE HOUSE 5TH FLOOR
1 CONNAUGHT PLACE
HONG KONG
Notary Public

This Affirmation is filed on behalf of the Plaintiff.

3

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YOFK

ACTION NO. 04 CV 8223

-----------

BETWEEN

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | Plaintiff |
| And | |
| JAKKS PACIFIC, INC; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, .INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT | Defendants |

-----------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIRMATION OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Filed the          day of            2004.


Vivien Chan & Co.
Solicitors for the Plaintiff
15th Floor, One Exchange Square
No.8 Connaught Place
Central, Hong Kong
Tel : 2522 9183          Fax : 2530 9627
Ref : KCU-041890 /106

L:\DOC\04\1890Aff02.DOC

1