Eugene R. Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

     - against -

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE
OF THQ, INC. and JAKKS PACIFIC, INC.;
STANLEY SHENKER AND ASSOCIATES, INC.;
STANLEY SHENKER; BELL LICENSING, LLC;
JAMES BELL; JACK FRIEDMAN; STEPHEN
BERMAN and JOEL BENNETT,

                Defendants.
-----------------------------------------------------------------X

Case No.: 04-CV-8223

**NOTICE OF MOTION
FOR ADMISSION
PRO HAC VICE**

    PLEASE TAKE NOTICE that Plaintiff World Wrestling Entertainment, Inc. hereby moves this Court for an Order pursuant to Local Rule 1.3(c) admitting Jerry S. McDevitt, Curtis B. Krasik and Amy L. Barrette pro hac vice for all purposes in this matter. In support of its application, Plaintiff relies upon the Affidavit of Eugene R. Licker, sworn to on November 9, 2004 attached hereto, the Declarations of Jerry S. McDevitt and Amy L. Barrette dated November 3, 2004 and the Declaration of Curtis B. Krasik dated November 4, 2004, and the Certificates of Good Standing of each of Jerry S. McDevitt, Curtis B. Krasik and Amy L.

NY-330287 v1 0149511-9029

SO ORDERED