Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-8608 (phone)
(412) 355-6501 (fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/04
```

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> - against - <br><br> JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT, <br><br> Defendants. | Index No. 04 CV 8223 (KMK) <br><br> **(PROPOSED) ORDER ENLARGING TIME TO ANSWER OR MOVE** |

-----------------------------------------------------------X

Defendants JAKKS Pacific, Inc., JAKKS Pacific (H.K.) Limited, Road Champs Limited,

Jack Friedman, Stephen Berman and Joel Bennett (the "JAKKS Defendants"), having applied to

this Court on behalf of themselves and defendant the Joint Venture of THQ, Inc. and JAKKS

Pacific, Inc. (the "Joint Venture Defendant"), pursuant to Chamber Rule 1(E) and Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time in which to serve and file their answer or otherwise move with respect to the complaint in this cause, and said application having been made within the time prescribed by the Rule for service and filing of such answer, and good cause having been shown

IT IS HEREBY ORDERED that:

The JAKKS Defendants and the Joint Venture Defendant shall file any answer or pre-motion letter seeking leave to file a Motion to Dismiss if at all by ~~November 19, 2004~~ December 3, 2004. No further extensions shall be granted absent good cause.

SO ORDERED:

Dated November 12, 2004

_____
Honorable Kenneth M. Karas, U.S.D.J.