USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/04

Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-8608 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

    - against -

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE
OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY
SHENKER AND ASSOCIATES, INC.; STANLEY
SHENKER; BELL LICENSING, LLC; JAMES BELL;
JACK FRIEDMAN; STEPHEN BERMAN and JOEL
BENNETT,

                Defendants.

----------------------------------------------------------------X

Index No. 04 CV 8223 (KMK)

(~~PROPOSED~~) ORDER
ENLARGING TIME TO
ANSWER OR MOVE

    Plaintiff, World Wrestling Entertainment, Inc., hereby applies to the Court, pursuant to Chamber Rule 1(E) and Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an order reflecting the agreements made with counsel for THQ, Inc., Stanley Shenker, Stanley Shenker

PI-1267047 v1

and Associates, Inc., James Bell and Bell Licensing, LLC that each shall answer or file any pre-motion letter by December 3, 2004. Following the Court's order of November 12, 2004 giving the Jakks Defendants and the Joint Venture Defendant until that date to respond to the Complaint, counsel for WWE obtained agreements with all remaining defendants to also respond by that date and now moves the Court for an order reflecting those agreements.

IT IS HEREBY ORDERED that:

Defendants THQ, Inc., Stanley Shenker, Stanley Shenker and Associates, Inc., James Bell, and Bell Licensing LLC shall file any answer or pre-motion letter seeking leave to file a Motion to Dismiss if at all by December 3, 2004. No further extensions shall be granted absent good cause.

SO ORDERED:

Dated November 15, 2004

Honorable Kenneth M. Karas, U.S.D.J.

PI-1267047 v1