UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

World Wrestling Entertainment, Inc.
  Plaintiff

           -v-
Jakks Pacific, Inc et al.

Defendant

Case No. 04-CV-8223

**Rule 7.1 Statement**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Bell Licensing, LLC_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE



RECEIVED
NOV 23 2004
U.S.D.C. S.D. N.Y.
CASHIERS

Date: November 23, 2004

_____
Signature of Attorney

Attorney Bar Code: MC7134

Form Rule7_1.pdf