USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/04

Michael A. Cornman (MC 7134)
SCHWEITZER CORNMAN GROSS & BONDELL LLP
292 Madison Avenue
New York, New York 10017
Telephone: (646) 424-0770
Facsimile: (646) 424-0880

*Attorneys for Defendants Bell Licensing, LLC, and James Bell*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

- against -

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE
OF THQ, INC. and JAKKS PACIFIC, INC.;
STANLEY SHENKER AND ASSOCIATES, INC.;
STANLEY SHENKER; BELL LICENSING, LLC;
JAMES BELL; JACK FRIEDMAN; STEPHEN
BERMAN and JOEL BENNETT,

                Defendants.
------------------------------------------------------------X

Case No: 04-CV-8223

**ORDER GRANTING
ADMISSION OF
JOHN R. WILLIAMS
*PRO HAC VICE***

Upon consideration of the Notice of Motion of the Defendants Bell Licensing, LLC, and James Bell for the *Pro Hac Vice* Admission of John R. Williams, the Affidavit of Michael A. Cornman, the Affidavit of John R. Williams, and the Certificate of Good Standing issued by the Supreme Court of the State

1

of Connecticut on November 17, 2004, and good cause having been shown, it is hereby:

ORDERED, that John R. Williams be, and hereby is, granted *pro hac vice* admission pursuant to Local Rule 1.3(c) for all purposes in this action.

Dated: New York, New York
November ____, 2004

December

_____
United States District Judge