```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

- against -

JAKKS PACIFIC INC., JAKKS PACIFIC (H.K.)
LIMITED, ROAD CHAMPS LIMITED, THQ INC.,
THQ/JAKKS PACIFIC LLC, THE JOINT
VENTURE OF THQ INC. and JAKKS PACIFIC,
INC., STANLEY SHENKER AND ASSOCIATES,
INC., STANLEY SHENKER, BELL LICENSING,
LLC, JAMES BELL, JACK FRIEDMAN,
STEPHEN BERMAN, and JOEL BENNETT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 04 CV 8223 (KMK)

**ORDER ADMITTING**
**COUNSEL *PRO HAC VICE***

KARAS, D.J.

       Defendant THQ Inc. having moved for an Order admitting *pro hac vice* Steven A. Marenberg, Esq. and Philip M. Kelly, Esq. for the purpose of representing defendant THQ Inc.; and notice having been given to counsel for plaintiff, and the Court having considered the moving papers and the Affidavit of Isaac S. Greaney submitted in support thereof:

       IT IS HEREBY ORDERED that Steven A. Marenberg, Esq. and Philip M. Kelly, Esq. be and are hereby admitted *pro hac vice* for the purpose of representing defendant THQ Inc. in this matter.

Dated: New York, New York
       December 6, 2004

                                              _____
                                              KENNETH M. KARAS
                                              United States District Judge

NY1 5630428v1