AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

World Wrestling Entertainment, Inc.
v.
Jakks Pacific, Inc., et al.

APPEARANCE

Case Number: 1:04-cv-08223-KMK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant THQ Inc.

I certify that I am admitted to practice in this court.

December 21, 2004
Date

Signature

Isaac S. Greaney   IG-0922
Print Name   Bar Number

Sidley Austin Brown & Wood LLP
Address

787 Seventh Avenue, New York, NY
City          State          Zip Code

(212) 839-5300        10019
Phone Number          Fax Number