```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**WORLD WRESTLING ENTERTAINMENT, INC.,**

                 **Plaintiff.**

-v-

**JAKKS PACIFIC, INC., ET AL,**

                 **Defendants.**

Case No.

04-cv-8223 (KMK)

ORDER
ECF

---

KENNETH M. KARAS, District Judge:

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that counsel appear for a pre motion conference on January 25, 2005 at 11:00 am in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

        Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Dated: December 23, 2004
      New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE