UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAKKS PACIFIC, INC., JAKKS PACIFIC (H.K.) LIMITED, ROAD CHANMPS LIMITED, THQ, INC., THQ/JAKKS PACIFIC L.L.C., THE JOINT VENTURE OF THQ, INC., STANLEY SHENKER ASSOCIATES, INC., STANLEY SHENKER, BELL LICENSING, L.L.C., JAMES BELL, JACK FRIEDMAN, STEPHEN BERMAN and JOEL BENNETT, <br><br> Defendants. | Civil Action No. 1:04-cv-08223-KMK <br> Electronically Filed |
| LYDIA GARCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN and JOEL BENNETT, <br><br> Defendants. | Civil Action No. 1:04-cv-08807-KMK <br> Electronically Filed |

(captions continued on following page)

DECLARATION OF GUSTAVO BRUCKNER IN SUPPORT
OF MOTION OF QUANTUM EQUITIES LLC AND FRANK WHITING
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL

388325

| | |
|---|---|
| QUANTUM EQUITIES L.L.C., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEVEN G. BERMAN and JOEL M. BENNETT,<br><br>          Defendants. | Civil Action No. 1:04-cv-08877-KMK<br>Electronically Filed |
| JAMES T. KAHN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, JOEL BENNETT and STEPHEN BERMAN,<br><br>          Defendants. | Civil Action No. 1:04-cv-08910-KMK<br>Electronically Filed |
| JONCO INVESTORS, LLC, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN and JOEL BENNETT,<br><br>          Defendants. | Civil Action No. 1:04-cv-09021-KMK<br>Electronically Filed |

(captions continued on following page)

2

388325

| | |
|---|---|
| JAMES IRVINE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN and JOEL BENNETT,<br><br>                              Defendants. | Civil Action No. 1:04-cv-09078-KMK<br>Electronically Filed |

## DECLARATION OF GUSTAVO BRUCKNER IN SUPPORT OF MOTION OF QUANTUM EQUITIES LLC AND FRANK WHITING FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Gustavo Bruckner, hereby declare:

1.    I am an associate of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP. I submit this Declaration in support of the motion of Quantum Equities LLC and Frank Whiting for consolidation, appointment as lead plaintiff and approval of their selection of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

2.    Attached hereto as Exhibit A is a true and correct copy of the notice of pendency published by Business Wire on November 5, 2004.

3.    Attached hereto as Exhibit B are true and correct copies of the plaintiff certifications executed by Quantum Equities LLC and Frank Whiting, which demonstrates their class standing and requisite financial interest in the outcome of the litigation.

4.    Attached hereto as Exhibit C is a true and correct copy of a loss chart of Quantum Equities LLC and Frank Whiting's transactions in Jakks Pacific, Inc. securities during the relevant Class Period and their approximate losses.

388325

5. Attached hereto as Exhibit D is a true and correct copy of the firm biography of Wolf Haldenstein Adler Freeman & Herz LLP.

Signed under penalty of perjury this 4th day of January, 2005.

 /s/
 Gustavo Bruckner