# Exhibit B

FROM :                        PHONE NO. : 212 319 9873                Nov. 08 2004 08:39PM P

## PLAINTIFF'S CERTIFICATION

Quantum Equities LLC ("Plaintiff"), by Michael Fishman, Managing Director, declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Jakks Pacific, Inc. securities during the Class Period specified in the Complaint are as follows:

| Date | # of Shares Purchased | # of Shares Sold | Price |
|---|---|---|---|
| 10/19/2004 | 25,000 | | $23.2378 |
| 10/19/2004 | | 25,000 | $20.4842 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November, 2004.

Michael Fishman, Managing Director
Quantum Equities LLC

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

**Frank S. Whiting** declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint and authorized the commencement of an action on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in **Jakks Pacific, Inc.** during the Class Period are as follows:

   See Attached.

5. I have not served as a class representative in any case under the federal securities laws in the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of January, 2004 2005.

_Frank S. Whiting_
Frank S. Whiting

Jakks Pacific Transactions

| Purchase Date | # Shares | Price | Sale Date | # Shares | Price |
|---|---|---|---|---|---|
| 2/26/1999* | 1,750 | 11.50 | 9/27/2000 | 2250 | 10.00 |
| 8/26/1999* | 3,000 | 20.917 | 9/27/2000 | 2250 | 10.00 |
| 10/6/1999* | 1,500 | 27.00 | 9/27/2000 | 1500 | 10.00 |
| 10/5/1999* | 1,000 | 40.928 | 9/27/2000 | 500 | 10.25 |
| 10/11/1999* | 4,000 | 31.108 | 9/27/2000 | 4000 | 10.25 |
| 10/14/1999* | 2,250 | 25.819 | 9/28/2000 | 10000 | 9.425 |
| 12/20/1999 | 2500 | 21.00 | 9/28/2000 | 5550 | 9.425 |
| 12/20/1999 | 500 | 20.937 | 9/28/2000 | 5000 | 9.425 |
| 2/16/2000 | 4000 | 21.708 | 9/28/2000 | 5000 | 9.25 |
| 4/6/2000 | 1000 | 22.375 | 9/28/2000 | 5000 | 9.375 |
| 4/6/2000 | 8000 | 22.50 | 9/28/2000 | 200 | 9.406 |
| 4/6/2000 | 1000 | 22.50 | 9/28/2000 | 1000 | 9.525 |
| 4/18/2000 | 3000 | 21.75 | | | |
| 4/18/2000 | 2500 | 21.937 | | | |
| 4/18/2000 | 1500 | 22.00 | | | |
| 4/18/2000 | 1500 | 22.375 | | | |
| 4/18/2000 | 1500 | 22.5 | | | |
| 4/26/2000** | 1750 | 21.625 | | | |

*These shares are adjusted for the [3:2] stock split on 11/5/99.
**Settlement date