# Exhibit C

Jakks Pacific Loss Chart

| Name | Purchase Date | # Shares | Price | Purchase Cost | Total | Sale Date | # Shares | Price | Redeemed Value | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Frank S. Whiting | 2/26/1999* | 1,750 | $11.50 | $20,125.00 | | | | | | |
| | 8/26/1999* | 3,000 | $20.917 | $62,750.00 | | | | | | |
| | 10/6/1999* | 1,500 | $27.00 | $40,500.00 | | | | | | |
| | 10/5/1999* | 1,000 | $40.928 | $40,927.51 | | | | | | |
| | 10/11/1999* | 4,000 | $31.108 | $124,432.81 | | | | | | |
| | 10/14/1999* | 2,250 | $25.819 | $58,092.81 | | | | | | |
| | 12/20/1999 | 2,500 | $21.00 | $52,500.00 | | 9/27/2000 | 2,250 | $10.00 | $22,500.00 | |
| | 12/20/1999 | 500 | $20.937 | $10,468.50 | | 9/27/2000 | 2,250 | $10.00 | $22,500.00 | |
| | 2/16/2000 | 4,000 | $21.708 | $86,830.20 | | 9/27/2000 | 1,500 | $10.00 | $15,000.00 | |
| | 4/6/2000 | 1,000 | $22.375 | $22,375.00 | | 9/27/2000 | 500 | $10.25 | $5,125.00 | |
| | 4/6/2000 | 8,000 | $22.50 | $180,000.00 | | 9/27/2000 | 4,000 | $10.25 | $41,000.00 | |
| | 4/6/2000 | 1,000 | $22.50 | $22,500.00 | | 9/28/2000 | 10,000 | $9.425 | $94,250.00 | |
| | 4/18/2000 | 3,000 | $21.75 | $65,250.00 | | 9/28/2000 | 5,550 | $9.425 | $52,308.75 | |
| | 4/18/2000 | 2,500 | $21.937 | $54,842.50 | | 9/28/2000 | 5,000 | $9.425 | $47,125.00 | |
| | 4/18/2000 | 1,500 | $22.00 | $33,000.00 | | 9/28/2000 | 5,000 | $9.25 | $46,250.00 | |
| | 4/18/2000 | 1,500 | $22.375 | $33,562.50 | | 9/28/2000 | 5,000 | $9.375 | $46,875.00 | |
| | 4/18/2000 | 1,500 | $22.50 | $33,750.00 | | 9/28/2000 | 200 | $9.406 | $1,881.20 | |
| | 4/26/2000** | 1,750 | $21.625 | $37,843.75 | | 9/28/2000 | 1,000 | $9.525 | $9,525.00 | |
| | | 42,250 | | $959,625.58 | $959,625.58 | | 42,250 | | $404,339.95 | $555,285.63 |
| Quantum Equities | 10/19/2004 | 25000 | $23.2378 | $580,945.00 | $580,945.00 | 10/19/2004 | 25000 | $20.4842 | $512,105.00 | $68,840.00 |
| | | | | | | | | | | $624,125.63 |

*These shares are adjusted for the [3:2] stock split on 11/5/99.
**Settlement date

388478