AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

World Wrestling Entertainment, Inc.
v.
Jakks Pacific, Inc., et al.

**APPEARANCE**

Case Number: 04 CV 8223

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THQ Inc.

I certify that I am admitted to practice in this court.

Date: January 5, 2005

Signature: /s/ Philip M Kelly

Print Name: Philip M Kelly
Bar Number: Pro Hac Vice

Address: Irell & Manella LLP, 1800 Avenue of the Stars

City/State/Zip: Los Angeles, California 90067

Phone Number: (310) 203-7111
Fax Number: (310) 203-7199