AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

World Wrestling Entertainment, Inc.
v.
Jakks Pacific, Inc., et al.

**APPEARANCE**

Case Number: 04 CV 8223

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THQ Inc.

I certify that I am admitted to practice in this court.

January 5, 2005
Date

Signature

Steven A. Marenberg | Pro Hac Vice
Print Name | Bar Number

Irell & Manella LLP, 1800 Avenue of the Stars
Address

Los Angeles, California  90067
City   State   Zip Code

(310) 203-7547 | (310) 203-7199
Phone Number | Fax Number