UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD WRESTLING ENTERTAINMENT, INC.,

           Plaintiff,

-v-

JAKKS PACIFIC, INC, *et al.*,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/05

Case No. 04-CV-8223 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The Court is aware that a party from a related case filed a motion in the above-captioned case in error. (*See* Motion to Appoint Quantum Equities LLC and Frank Whiting to serve as lead plaintiffs [Docket No. 22]) Accordingly, this motion is DENIED without prejudice to being refiled in the proper case.

    The docketing clerk is requested to terminate this motion.

SO ORDERED.

Dated:    January 25, 2005
           New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE