USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLD WRESTLING ENTERTAINMENT, INC.,

Plaintiff,

-v-

JAKKS PACIFIC, INC, et al.,

Defendants.

---

Case No. 04-CV-8223 (KMK)

ORDER

ECF

KENNETH M. KARAS, District Judge:

The Court made the following rulings on the record at today's pre-motion conference:

- Defendant Jakks Pacific, Inc., Jakks Pacific (H.K.) Limited, Road Champs, Ltd., Jack Friedman, Stephan Berman, and Joel Bennett (collectively, the "Jakks Defendants") shall move to dismiss and/or move to transfer no later than **February 16, 2005**. Any memorandum of law in support of this motion shall be no longer than 40 pages.

- The remaining Defendants shall move to dismiss and/or move to transfer no later than **February 28, 2005**. These Defendants must comply with the Court's Individual Practices regarding the page length of their motion papers.

- Plaintiff shall respond in opposition no later than **March 31, 2005**. Plaintiff's response brief shall be no longer than the sum of all of Defendants' moving papers.

- Defendants may reply no later than **April 14, 2005**. The Jakks Defendants' reply brief shall be no longer than 25 pages. The remaining Defendants' reply briefs shall be no longer than 15 pages each.

- If Plaintiff wishes to pursue discovery at this time, it shall provide the Court with a short letter brief no later than **February 1, 2005**. Defendants shall respond in opposition with short letter briefs no later than **February 8, 2005**.

SO ORDERED.

Dated:   January 25, 2005
         New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE