UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

           Plaintiff,

-against-

JAKKS PACIFIC, INC., et al.

           Defendants.
-----------------------------------------------------------x

No. 04-CV-8223 (KMK)
Hon. Kenneth M. Karas

**RULE 7.1 DISCLOSURE STATEMENT**

    Defendant Stanley Shenker and Associates, Inc. ("SSAI"), by and through its undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

    SSAI has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       January 31, 2005

                        LAW OFFICES OF MICHAEL A. FREEMAN

                        By: _____
                            Michael A. Freeman (MAF-9600)
                            24 West 40th Street, 17th Floor
                            New York, New York 10018
                            (646) 366-0881

                            Counsel for Defendants Stanley Shenker and
                            Stanley Shenker and Associates, Inc.

TO: Counsel on Attached Service List

## SERVICE LIST

Eugene Licker, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022
Attorneys for Plaintiff

Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Attorneys for Plaintiff

Jonathan J. Lerner, Esq.
Michael Gruenglas, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attorneys for Defendants Jakks Pacific, Inc., Jakks Pacific (H.K.) Limited, Road Champs Limited, Jack Friedman, Stephen Berman and Joel Bennett

Steven A. Marenberg, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Attorneys for Defendant THQ, Inc.

Isaac S. Greaney, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
Attorneys for Defendant THQ, Inc.

John R. Williams, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, NY 10017
Attorneys for James Bell and Bell Licensing LLC