UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/05
```

WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

-v-

JAKKS PACIFIC, INC, et al.,

                Defendants.

Case No. 04-CV-8223 (KMK)

AMENDED ORDER

KENNETH M. KARAS, District Judge:

      This order amends that part of the Court's January 26, 2005 order setting a schedule for the parties to submit short letter briefs on whether Plaintiff may take discovery. The January 26, 2005 order stated that Plaintiff shall submit a short letter brief by February 1, 2005 and Defendants shall respond by February 8, 2005. This schedule is hereby VACATED as being inconsistent with the Court's rulings on the record during the January 25, 2005 conference.

      Therefore, it is hereby ORDERED that Defendants shall submit short letter briefs arguing why discovery should be stayed no later than **Thursday, February 3, 2005** and Plaintiff shall respond no later than **Thursday, February 10, 2005**.

SO ORDERED.

Dated:     January 31, 2005
             New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE