UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

                               Plaintiff,

      -against-

JAKKS PACIFIC, INC.. et al.

                           Defendants.
---------------------------------------------------------------x

No. 04-CV-8223 (KMK)
Hon. Kenneth M. Karas

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

      Please take notice of the undersigned's appearance as counsel to defendants Stanley Shenker and Stanley Shenker and Associates, Inc. in the above-captioned action.

Dated: New York, New York
       February 4, 2005

                               LAW OFFICES OF MICHAEL A. FREEMAN

                                  /s/
                    By:_____
                            Michael A. Freeman (MAF-9600)
                            24 West 40th Street, 17th Floor
                            New York, New York  10018
                            (646) 366-0881

                            Counsel for Defendants Stanley Shenker and
                            Associates, Inc. and Stanley Shenker