SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Jonathan J. Lerner (JL 7117)
Michael H. Gruenglas (MG 8705)
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

Attorneys for the JAKKS Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WORLD WRESTLING ENTERTAINMENT, INC.,  :   Case No. 04-CV-8223 (KMK)

                  Plaintiff,  :   <u>AMENDED CERTIFICATE OF SERVICE</u>

       -against-  :

JAKKS PACIFIC, INC., JAKKS PACIFIC (H.K.) :
LIMITED; ROAD CHAMPS LIMITED; THQ,
INC.; THQ/JAKKS PACIFIC LLC, THE JOINT   :
VENTURE OF THQ, INC. and JAKKS PACIFIC,
INC.; STANLEY SHENKER; BELL              :
LICENSING LLC; JAMES BELL;
JACK FRIEDMAN; STEPHEN BERMAN and  :
JOEL BENNETT,
                                          :
                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK )

        The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on February 3, 2005, I caused a true copy of the ***Letter Requesting Discovery Stay*** dated February 3, 2005 to be served upon the following parties in the manner indicated:

<u>By Hand Delivery</u>

Michael A. Cornman, Esq.
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

Isaac S. Greaney, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019

Eugene Licker, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030

By First-Class Mail

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Steven A. Marenberg, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

By Federal Express

Richard Schaeffer
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Michael A. Freeman, Esq.
24 West 40th Street, 17th Floor
New York, NY 10018


Dated:  New York, New York
        February 4, 2005

_____
Steven Ray Katzenstein (S.K. 7599)

2