FEDER, KASZOVITZ, ISAACSON, WEBER,
  SKALA, BASS & RHINE LLP
Murray L. Skala (MS 9354)
Jonathan D. Honig (JH 7577)
750 Lexington Avenue
New York, New York 10022
Phone: (212) 888-8200
Fax: (212) 888-5968

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jonathan J. Lerner (JL 7117)
Michael H. Gruenglas (MG 8705)
Maura B. Grinalds (MG 2836)
Marco G. Argentieri (MA 8932)
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WORLD WRESTLING ENTERTAINMENT, INC.,

          Plaintiff,

          v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04 CV 8223 (KMK)
(ECF CASE)

**CORPORATE DISCLOSURE STATEMENT OF JAKKS PACIFIC, INC.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for JAKKS Pacific, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

JAKKS Pacific, Inc. has no corporate parent. FMR Corp. has an ownership interest of more than 10% in JAKKS Pacific, Inc. In the Schedule 13G filed by FMR Corp. with the Securities and Exchange Commission on February 14, 2005, disclosing its more than 10% beneficial ownership interest in JAKKS Pacific, Inc., FMR Corp. is described as a parent holding company. In addition to FMR Corp., the Schedule 13G was also executed by the following persons and affiliates: (1) Fidelity Management & Research Company ("FMRC") (a wholly-owned subsidiary of FMR Corp), (2) Fidelity Low Priced Stock Fund (an investment company registered under the Investment Company Act of 1940 of which FMRC serves as investment advisor), (3) Edward C. Johnson 3d (Chairman of FMR Corp.) and (4) Abigail Johnson (a Director of FMR Corp.).

No other publicly held company has an ownership interest of 10% or more in JAKKS Pacific, Inc.

Dated: February 16, 2005

                                       Respectfully submitted,

| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| Murray L. Skala (MS 9354) | |
| Jonathan D. Honig (JH 7577) | By: _____ |
| 750 Lexington Avenue | Jonathan J. Lerner (JL 7117) |
| New York, New York 10022 | Michael H. Gruenglas (MG 8705) |
| Phone: (212) 888-8200 | Maura B. Grinalds (MG 2836) |
| Fax: (212) 888-5968 | Marco G. Argentieri (MA 8932) |
| | Four Times Square |
| | New York, New York 10036 |
| | (212) 735-3000 |

*Attorneys for the JAKKS Defendants*

3