UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
WORLD WRESTLING ENTERTAINMENT, INC.
                                :

                Plaintiff,                   04 CV 8223 (KMK)
      v.                             :         (ECF CASE)

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) :
LIMITED; ROAD CHAMPS LIMITED; THQ,
INC.; THQ/JAKKS PACIFIC LLC, THE JOINT   :
VENTURE OF THQ, INC. and JAKKS PACIFIC,
INC.; STANLEY SHENKER AND ASSOCIATES, :
INC.; STANLEY SHENKER; BELL LICENSING,
LLC; JAMES BELL; JACK FRIEDMAN;           :
STEPHEN BERMAN and JOEL BENNETT,

                                :
             Defendants.
------------------------------------ x

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN THE
MEMORANDUM OF LAW IN SUPPORT OF THE JAKKS DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

| | |
|---|---|
| FEDER, KASZOVITZ, ISAACSON, WEBER, WEBER, SKALA, BASS & RHINE LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Murray L. Skala (MS 9354) | Jonathan J. Lerner (JL 7117) |
| Jonathan D. Honig (JH 7577) | Michael H. Gruenglas (MG 8705) |
| 750 Lexington Avenue | Maura B. Grinalds (MG 2836) |
| New York, New York 10022 | Marco G. Argentieri (MA 8932) |
| Phone: (212) 888-8200 | Four Times Square |
| Fax: (212) 888-5968 | New York, New York 10036 |
| | Phone: (212) 735-3000 |
| | Fax: (212) 735-2000 |

*Attorneys for the JAKKS Defendants*

February 16, 2005

## INDEX OF CASES

CASES                                                                                                          TAB NO.

Allen v. Berenson Pari-Mutuel of New York, No. 95 Civ. 10289 (KMW), 1998
    WL 80168 (S.D.N.Y. Feb. 25, 1998) .................................................................................. 1

Associated Artists Entertainment, Inc. v. Walt Disney Pictures, No. 93 Civ. 3934
    (RJW), 1994 WL 708142 (S.D.N.Y. Dec. 19, 1994) ........................................................ 2

Bank v. Brooklyn Law School, No. 97 CV 7470 (JG), 2000 WL 1692844
    (E.D.N.Y. Oct. 6, 2000) ........................................................................................................ 3

Banque de Gestion Privee Sib v. Transoptions, Co., No. 91 Civ. 8187 (KMW),
    1992 WL 190135 (S.D.N.Y. July 29, 1992) ........................................................................ 4

Brown v. Dow Corning Corp., No. 93 Civ. 5510 (AGS), 1996 WL 257614
    (S.D.N.Y. May 15, 1996) ..................................................................................................... 5

Casio Computer Co. v. Sayo, No. 98 Civ. 3772 (WK), 2000 WL 1877516
    (S.D.N.Y. Oct. 13, 2000) ..................................................................................................... 6

Cougar Audio, Inc. v. Reich, No. 99 Civ. 4498 (LBS), 2000 WL 420546
    (S.D.N.Y. Apr. 18, 2000) ..................................................................................................... 7

Goodloe v. National Wholesale Co., No. 03 C 7176, 2004 WL 1631728 (N.D. Ill.
    July 19, 2004) ....................................................................................................................... 8

Hygrade Milk & Cream Co. v. Tropicana Products, Inc., No. 88 Civ. 2861 (SAS),
    1996 WL 257581 (S.D.N.Y. May 16, 1996) ....................................................................... 9

J. Plater-Zyberk, Jr. Ph.D. v. Abraham, Civ. A. No. 97-3322, 1998 WL 67545
    (E.D. Pa. Feb. 17, 1998) .................................................................................................... 10

Jerome M. Sobel & Co. v. Fleck, No. 03 Civ. 1041 (RMB GWG), 2003 WL
    22839799 (S.D.N.Y. Dec. 1, 2003) ................................................................................... 11

Lighting World, Inc. v. Birchwood Lighting, Inc., No. 01 Civ. 4751 (BSJ), 2001
    WL 1242277 (S.D.N.Y. Oct. 16, 2001) ............................................................................ 12

Linens of Europe, Inc. v. Best Manufacturing, Inc., No. 03 Civ. 9612 (GEL),
    2004 WL 2071689 (S.D.N.Y. Sept. 16, 2004) ................................................................. 13

Maddaloni Jewelers, Inc. v. Rolex Watches U.S.A, Inc., No. 02 Civ. 6438 (PKC),
    2004 WL 3015287 (S.D.N.Y.Dec. 29, 2004) ................................................................... 14

Marshall Gobuty International USA, Inc. v. Nike, Inc., 04 Civ. 6975 (SAS), 2004
    WL 2578912 (S.D.N.Y. Nov. 10, 2004) .................................................................. 15

Martinez v. Sanders, No. 02 Civ. 5624 (RCC), 2004 WL 1234041 (S.D.N.Y. June
    3, 2004) .................................................................................................................. 16

Miyano Machinery USA, Inc. v. Zonar, No. 92 C 2385, 1993 WL 23758 (N.D. Ill.
    Jan. 29, 1993) ......................................................................................................... 17

Moy v. Terranova, No. 87 CV 1578 (SJ), 1999 WL 118773 (E.D.N.Y. Mar. 2,
    1999) ...................................................................................................................... 18

Patterson v. Ford Motor Credit Co., No 98-2774, 2000 WL 123943 (4th Cir. Feb. 2, 2000) ..... 19

Ray Larsen Associates, Inc. v. Nikko America, Inc., No. 89 Civ. 2809 (BSJ),
    1996 WL 442799 (S.D.N.Y. Aug. 6, 1996) ........................................................... 20

Record Club of America, Inc. v. Capitol Records, Inc., No. 70 Civ. 3315 (HRT),
    1971 WL 558 (S.D.N.Y. Sept. 8, 1971) ................................................................. 21

Straight Arrow Products v. Conversion Concepts, Inc., No. 01-221,
    2001 WL 1530637 (E.D. Pa., Dec 03, 2001) ......................................................... 22

United States v. Philip Morris USA, Inc., No. 04 Civ. 5252, 2005 WL 267948
    (D.C. Cir. Feb 4, 2005) .......................................................................................... 23

West 79th Street Corp. v. Congregation Kahl Minchas Chinuch, No. 03 Civ. 8606
    (RWS), 2004 WL 2187069 (S.D.N.Y. Sept. 29, 2004) ......................................... 24