| | |
|---|---|
| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP<br>Murray L. Skala (MS 9354)<br>Jonathan D. Honig (JH 7577)<br>750 Lexington Avenue<br>New York, New York 10022<br>Phone: (212) 888-8200<br>Fax: (212) 888-5968 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Jonathan J. Lerner (JL 7117)<br>Michael H. Gruenglas (MG 8705)<br>Maura B. Grinalds (MG 2836)<br>Marco G. Argentieri (MA 8932)<br>Four Times Square<br>New York, New York 10036<br>Phone: (212) 735-3000<br>Fax: (212) 735-2000 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WORLD WRESTLING ENTERTAINMENT, INC.

                      Plaintiff,

      v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04 CV 8223 (KMK)
(ECF CASE)

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury that on February 16, 2005, I caused a true copy of the foregoing

- *Notice of Motion,*

- *Declaration of Michael H. Gruenglas,*

- *Memorandum of Law in Support of the JAKKS Defendants' Motion to Dismiss the Complaint,*

- *Corporate Disclosure Statement of JAKKS Pacific, Inc.* and

- *Compendium of Unreported Decisions Cited in the Memorandum of Law in Support of the JAKKS Defendants' Motion to Dismiss the Complaint*

to be served upon the following parties in the manner indicated:

By First-Class Mail

Michael A. Cornman, Esq.
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

Isaac S. Greaney, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019

Eugene Licker, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Steven A. Marenberg, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Richard Schaeffer
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Michael A. Freeman, Esq.
24 West 40th Street, 17th Floor
New York, NY 10018

Dated: New York, New York
       February 16, 2005

*(signature)*
Steven Ray Katzenstein (SRK. 7599)

2