**SKADDEN, ARPS, SLATE, MEAGHE** **MEMO ENDORSED**

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2550
DIRECT FAX
917-777-2550
EMAIL ADDRESS
JLERNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 11, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/05

**BY FACSIMILE**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re: World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al., 1:04-CV-08223-KMK

Dear Judge Karas:

Pursuant to the instruction from Your Honor's Law Clerk, we write on behalf of the JAKKS Defendants ("JAKKS") to request permission to submit a three (3) page reply to the fourteen (14) page letter brief submitted yesterday by World Wrestling Entertainment, Inc. ("WWE") in opposition to JAKKS' request that discovery be stayed pending the resolution of Defendants' motions to dismiss WWE's complaint.

Although WWE's lengthy exegesis does not even attempt to address, much less overcome, the controlling legal authority supporting a stay where, as here, compelling arguments exist that this Court lacks federal subject matter jurisdiction, WWE's letter takes great liberties by including facts nowhere found in its 75 page complaint and by interposing several new misleading factual and legal assertions that require correction. Accordingly, we respectfully request leave to file a short three (3) page letter replying to WWE's letter on Thursday, February 17, 2005.

Respectfully submitted,

Jonathan J. Lerner

cc: All Counsel

JAKKS is allowed to file an additional three-page letter, but it must comport with the Court's instructions in the memo endorsed letter from WWE dated February 11, 2005.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/14/05