

## Kirkpatrick & Lockhart Nicholson Graham LLP

599 Lexington Avenue
New York, NY 10022-6030
212.536.3900
Fax 212.536.3901
www.klng.com

February 11, 2005

Eugene R. Licker

212.536.3916
Fax: 212.536.3901
elicker@klng.com

**VIA FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/14/05

**MEMO ENDORSED**

Re:     WWE v. JAKKS Pacific, Inc. et al.  04 Cv 8223 (KMK)

Dear Judge Karas:

We represent plaintiff World Wrestling Entertainment, Inc. in the above matter and write to respond briefly to today's letter of counsel for the Jakks defendants requesting leave to submit a reply. Contrary to counsel's comments, there were no "misleading factual and legal assertions" in our letter to the Court, and there is certainly no need for "correction." To the extent that Jakks wishes to extend the record solely to place before the Court its spin (at best) on the facts, it would be unfair to allow it to do so without giving WWE the opportunity to respond, further extending the record. WWE would therefore object.

We do acknowledge, however, that Jakks now has important information that it did not have (because it did not seek it) at the time it made its initial submission. Jakks now knows the limited items of discovery that WWE seeks at this time, much of which goes to the very subject matter jurisdictional arguments that Jakks continues to advance. Thus, if the Court should decide to allow Jakks to submit a reply, WWE respectfully requests that the Court direct Jakks to address specifically the prejudice it will suffer in responding to the limited discovery sought by WWE.

Respectfully submitted,

Eugene R. Licker

*JAKKS is directed to address the specific prejudice it will suffer from limited discovery in this case.*

c: all counsel

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PITTSBURGH • SAN FRANCISCO • WASHINGTON

SO ORDERED

KENNETH M. KARAS U.S.D.J.

2/14/05