# EXHIBIT C

| | | |
|---|---|---|
| DOCKET NO.: X05-CV-00-0180933-S | : | SUPERIOR COURT |
| | : | |
| STANLEY SHENKER & ASSOCIATES, INC., | : | COMPLEX LITIGATION |
| | : | DOCKET AT STAMFORD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | September 30, 2002 |

### DEFENDANT'S SECOND AMENDED ANSWER, SPECIAL DEFENSES AND THIRD AMENDED COUNTERCLAIM

Defendant World Wrestling Federation Entertainment, Inc. ("WWFE"), by and through its undersigned counsel, hereby files the following Second Amended Answer, Special Defenses and Third Amended Counterclaim to Plaintiff Stanley Shenker & Associates, Inc.'s ("Plaintiff" or "SSAI") Substitute Complaint dated March 27, 2001.

### Answer to Substitute Complaint

**First Count (Breach by Wrongful Termination of Contract)**

1.     The allegations contained in paragraph 1 of the First Count of the Substitute Complaint are denied.

2.     After reasonable investigation, WWFE is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in paragraph 2 of the First

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this 30th day of September, 2002, by first-class mail, postage prepaid, to the following counsel of record:

Peter M. Nolin, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

_____
Richard P. Colbert