# EXHIBIT D

| | | |
|---|---|---|
| DOCKET NO. X05-CV-00-0180933-S | : | SUPERIOR COURT |
| STANLEY SHENKER & ASSOCIATES, INC. | : | |
| | : | JUDICIAL DISTRICT OF |
| Plaintiff, | : | STAMFORD/NORWALK |
| | : | |
| vs. | : | COMPLEX LITIGATION |
| | : | DOCKET AT STAMFORD |
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC. | : | |
| | : | |
| Defendant. | : | DECEMBER 11, 2003 |

## JOINT MOTION FOR ENTRY OF STIPULATION

Plaintiff, Stanley Shenker & Associates, Inc ("SSAI"), and defendant, World Wrestling Federation Entertainment, Inc. ("WWE"), together with third persons/entities, Stanley Shenker and Margaret Chapman, Stanfull Industrial, Ltd. ("Stanfull") Chapman Creative Enterprises, LLC ("Chapman Creative"), BSA Inc. ("BSA") and 25 Bank Street, Inc. ("Bank St.") (collectively, including SSAI the "Plaintiffs"), hereby jointly move that the Court enter as an order of the Court, the stipulation regarding WWE's application for prejudgment remedy and motion to disclose assets against the Plaintiffs, attached hereto as Exhibit 1.