DORNBUSH SCHAEFFER STRONGIN & WEINSTEIN, LLP
Richard Schaeffer (RS0019)
Bruce Handler (BH9426)
Brian Rafferty (BR7258)
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
WORLD WRESTLING ENTERTAINMENT, INC.,                                   :   04 CV 8223 (KMK)
                                                                       :   (ECF CASE)
                               Plaintiff,                              :
                                                                       :
        - against -                                                    :
                                                                       :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)                              :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;                               :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE                               :
OF THQ, INC. and JAKKS PACIFIC, INC.;                                  :
STANLEY SHENKER AND ASSOCIATES, INC.;                                  :
STANLEY SHENKER; BELL LICENSING, LLC;                                  :
JAMES BELL; JACK FRIEDMAN; STEPHEN                                     :
BERMAN and JOEL BENNETT,                                               :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------x

## CORPORATE DISCLOSURE
## STATEMENT OF THQ/JAKKS PACIFIC LLC

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for THQ/JAKKS Pacific LLC certifies that the following are corporate parents and/or publicly held corporations that own 10% of its stock.

166326.1

THQ/JAKKS Pacific LLC is a limited liability company in which THQ Inc. and JAKKS Pacific, Inc. each holds a 50% interest.

No other publicly held company has an ownership interest of 10% or more in THQ/JAKKS Pacific, LLC.

Dated: New York, New York
       February 28, 2005

Respectfully submitted,

DORNBUSH SCHAEFFER STRONGIN
  & WEINSTEIN, LLP

By:   /s/
      Richard Schaeffer (RS0019)
      Bruce Handler (BH9426)
      Brian Rafferty (BR7258)

      747 Third Avenue
      New York, New York  10017
      (212) 759-3300

      Attorneys for THQ/JAKKS Pacific LLC