DORNBUSH SCHAEFFER STRONGIN & WEINSTEIN, LLP
Richard Schaeffer (RS0019)
Bruce Handler (BH9426)
Brian Rafferty (BR7258)
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,       :     04 CV 8223 (KMK)

                         Plaintiff,       :     (ECF CASE)

                  - against -       :

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)     :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;     :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE     :
OF THQ, INC. and JAKKS PACIFIC, INC.;       :
STANLEY SHENKER AND ASSOCIATES, INC.;       :
STANLEY SHENKER; BELL LICENSING, LLC;       :
JAMES BELL; JACK FRIEDMAN; STEPHEN        :
BERMAN and JOEL BENNETT,             :

                       Defendants.      :

                                              :

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

      Maria Liparulo, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and reside in Bronx, New York.

- 2 -

On February 28, 2005, deponent served the within NOTICE OF MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER; MEMORANDUM OF LAW; APPENDIX OF UNREPORTED CASES; AND CORPORATE DISCLOSURE STATEMENT, upon all counsel on the attached service list by depositing a true copy of same in a Federal Express envelope marked for delivery on the next business day and via electronic mail.

_____
MARIA LIPARULO

Sworn to before me this
28th day of February, 2005

_____
Notary Public

SHAWN D. RODRIGUEZ
Notary Public, State of New York
No. 01RO6111448
Qualified in Kings County
Commission Expires 6/14/2008

166344.1

## DISTRIBUTION LIST

<u>WWE v. JAKKS Pacific. Inc.. et aL Case No. 04 CV 8233 (KMK)</u>

Steven A. Marenberg, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Eugene Licker, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030

Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Michael A. Cornman, Esq.
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901-1026

Jonathan J. Lerner, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

Murray L. Skala, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200

Isaac S. Greaney, Esq.
Sidley Auston Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019