JOHN R. WILLIAMS AND ASSOCIATES, LLC
John R. Williams (ct00215), *pro hac vice*
Telephone: (203) 562-9931
Facsimile: (203) 776-9494

*Attorney for Defendants Bell Licensing, LLC, and James Bell*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,        :
                                            :
                                Plaintiff,  :
                                            :    No: 04-CV-8223(KMK)
            - against -                     :    Hon. Kenneth M. Karas
                                            :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)   :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;    :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE    :    **NOTICE OF MOTION**
OF THQ, INC. and JAKKS PACIFIC, INC.;       :
STANLEY SHENKER AND ASSOCIATES, INC.;       :
STANLEY SHENKER; BELL LICENSING, LLC;       :
JAMES BELL; JACK FRIEDMAN; STEPHEN          :
BERMAN and JOEL BENNETT,                    :
                                            :
                                Defendants. :    *Electronically Filed*
-------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the declaration of John R. Williams,

Esq., dated February 28, 2005, and the memorandum of law submitted herewith,

defendants Bell Licensing, LLC, and James Bell will move this Court before the

Honorable Kenneth M. Karas, at the United States Courthouse, 500 Pearl Street,

New York, New York, at a date and time designated by the Court, for an Order:

1

1. pursuant to Fed. R. Civ. P. 12, dismissing or staying this action against the defendants Bell Licensing, LLC, and James Bell;

2. for such other and further relief as the Court deems just and proper.

Dated:    New Haven, Connecticut
          February 28, 2005

                              JOHN R. WILLIAMS AND ASSOCIATES, LLC


                              By:_____/s/_____
                                      John R. Williams (ct00215)
                                      51 Elm Street
                                      New Haven, Connecticut 06510
                                      203.562.9931
                                      Fax: 203.776.9494
                                      E-Mail: jrw@johnrwilliams.com

                                      Attorney for Defendants
                                      Bell Licensing, LLC and James Bell