JOHN R. WILLIAMS AND ASSOCIATES, LLC
John R. Williams (ct00215), *pro hac vice*
Telephone: (203) 562-9931
Facsimile: (203) 776-9494

*Attorney for Defendants Bell Licensing, LLC, and James Bell*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,       :
                                           :
                   Plaintiff,              :
                                           :    No: 04-CV-8223(KMK)
           - against -                     :    Hon. Kenneth M. Karas
                                           :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)  :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;   :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE   :    **DECLARATION**
OF THQ, INC. and JAKKS PACIFIC, INC.;      :
STANLEY SHENKER AND ASSOCIATES, INC.;      :
STANLEY SHENKER; BELL LICENSING, LLC;      :
JAMES BELL; JACK FRIEDMAN; STEPHEN         :
BERMAN and JOEL BENNETT,                   :
                                           :
                   Defendants.             :    *Electronically Filed*
---------------------------------------------------------------------X

   JOHN R. WILLIAMS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

   1.  I am the attorney for defendants Bell Licensing, LLC, and James Bell in the captioned action.

1

2. *Exhibit C*, which is attached to the Declaration of Michael H. Gruenglas filed in this matter on February 16, 2005, is a true and accurate copy of the Complaint against the defendants Bell Licensing, LLC, and James Bell, which has been in litigation in the Connecticut Superior Court at Stamford since February of 2003.  I represent all of the defendants in that action.

3. *Exhibit E*, which is attached to the Declaration of Michael H. Gruenglas filed in this matter on February 16, 2005, is a true and accurate copy of the Memorandum of Decision granting summary judgment in favor of the plaintiff World Wrestling Entertainment, Inc., against the defendants Bell Licensing, LLC, and James Bell, in the aforesaid Connecticut litigation.

Dated:     New Haven, Connecticut
           February 28, 2005


                                    _____/s/_____
                                         JOHN R. WILLIAMS