SIDLEY AUSTIN BROWN & WOOD LLP
Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5300
Fax: (212) 839-5599

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067
Phone: (310) 277-1010
Fax: (310) 203-7199

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
                  :

WORLD WRESTLING ENTERTAINMENT, INC.  :   Case No. 04 CV 8223 (KMK)
                  :   (ECF CASE)
            Plaintiff,    :
                  :
             v.        :
                  :

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)  :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;  :
THQ/JAKKS PACIFIC LLC, THE JOINT  :
VENTURE OF THQ, INC. and JAKKS PACIFIC,  :
INC.; STANLEY SHENKER AND ASSOCIATES,  :
INC.; STANLEY SHENKER; BELL LICENSING,  :
LLC; JAMES BELL; JACK FRIEDMAN;  :
STEPHEN BERMAN; and JOEL BENNETT  :
                  :
           Defendants.   :
                  :
-------------------------------------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT OF THQ INC.**

1263908.1

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for THQ Inc. certifies that THQ Inc. does not have a corporate parent.

FMR Corporation has an ownership interest of more than 10% in THQ Inc. No other publicly held company has an ownership interest of 10% or more in THQ Inc.

Dated: February 28, 2005

Respectfully submitted,

SIDLEY AUSTIN BROWN & WOOD LLP
Steven Bierman (SB 6615)
Isaac Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019

IRELL & MANELLA LLP
Steven A. Marenberg (Pro Hac Vice)
Philip M. Kelly (Pro Hac Vice)
1800 Avenue of the Stars
Los Angeles, California 90067

By: _____
Philip M. Kelly
Attorneys for Defendant THQ