SIDLEY AUSTIN BROWN & WOOD LLP
Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5300
Fax: (212) 839-5599

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067
Phone: (310) 277-1010
Fax: (310) 203-7199

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

WORLD WRESTLING ENTERTAINMENT, INC.

              Plaintiff,

              v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE
OF THQ, INC. and JAKKS PACIFIC, INC.;
STANLEY SHENKER AND ASSOCIATES, INC.;
STANLEY SHENKER; BELL LICENSING, LLC;
JAMES BELL; JACK FRIEDMAN; STEPHEN
BERMAN; and JOEL BENNETT

              Defendants.

------------------------------------------------------------------- x

Case No. 04 CV 8223 (KMK)
(ECF CASE)

## CERTIFICATE OF SERVICE

1264143.1

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney admitted *Pro Hac Vice* in this matter to practice law before this Court, hereby certifies under penalty or perjury that on February 28, 2005, I caused a true copy of the foregoing:

1. NOTICE OF MOTION TO DISMISS THE COMPLAINT

2. MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT THQ'S MOTION TO DISMISS THE COMPLAINT

3. COMPENDIUM OF UNREPORTED DECISIONS CITED IN THE MEMORANDUM OF LAW IN SUPPORT OF THQ'S MOTION TO DISMISS THE COMPLAINT

4. CORPORATE DISCLOSURE STATEMENT OF THQ INC.

to be served upon the following parties in the matter indicated:

<u>By Federal Express</u>

| | |
|---|---|
| Jerry S. McDevitt, Esq.<br>Kirkpatrick & Lockhart LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Fax: 412/355-6461 | Eugene Licker, Esq.<br>Kirkpatrick & Lockhart LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| Jonathan J. Lerner, Esq.<br>Michael Gruenglas, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Fax: 212/735-2000 | John Williams, Esq.<br>Williams & Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510<br>Fax: 203/776-9494 |
| Murray Skala, Esq.<br>Feder, Kaszovitz, Isaacson, Weber, Skala,<br>  Bass & Rhine LLP<br>750 Lexington Ave.<br>New York, NY 10022<br>Fax: 212/888-7776 | Michael Cornman, Esq.<br>Schweizer Cornman Gross & Bondell LLP<br>292 Madison Ave.<br>New York, NY 10017<br>Fax: 646/424-0880 |

| Michael A. Freeman, Esq.<br>24 West 40th Street, 17th Floor<br>New York, NY 10018<br>Fax: 646/366-1384 | Peter M. Nolin, Esq.<br>Sandak Hennessey & Greco LLP<br>707 Summer Street, 3rd Floor<br>Stamford, CT 06901-1026 |

Dated:   Los Angeles, California
         February 28, 2005

_____
Philip M. Kelly