# STANFUL INDUSTRIAL LTD.

ROOM 1601-2, 16/F
CAUSEWAY BAY PLAZA I,
489 HENNESSY ROAD,
CAUSEWAY BAY, HONG KONG

TEL:(852) 2891-7722
FAX:(852) 2891-6833

INVOICE

JAKKS PACIFIC
Room 1008  10/F
PENNESULA CENTRE
T.S.T. EAST
KOWLOON, HONG KONG

JAN. 2, 1998
PAYABLE IMMEDIATELY

FOR DEVELOPMENT OF POSSIBLE
LATEX BASED SOFT TOYS WITH
SPECIAL COATINGS           US$80,000.00

PLEASE PAY IMMEDIATELY TO
         HANG SENG BANK LTD
BENEFICIARY  A/C STANFULL INDUSTRIAL LTD
         A/C NO. 296-4-704122

   NET   U.S.D. $80,000.00

SINCERELY

For and on behalf of
STANFULL INDUSTRIAL LIMITED
金告實業有限公司
_____
Authorized Signature(s)

Salina
pls handle

00080

3-JAN-1998  10:07          3103178527          EXHIBIT 1          P.02