**JURY TRIAL DEMANDED**

                              Respectfully submitted,

                              KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

                              By: Eugene Licker (EL 0334)

                              KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

                              599 Lexington Avenue
                              New York, New York 10022-6030
                              (212) 536-3900 (phone)
                              (212) 536-3901 (fax)

                              and

                              Jerry S. McDevitt
                              Curtis B. Krasik
                              Amy L. Barrette

                              KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

                              535 Smithfield Street
                              Pittsburgh, Pennsylvania 15222
                              (412) 355-6500 (phone)
                              (412) 355-6501 (fax)

Dated: March 30, 2005               Attorneys for Plaintiff, World Wrestling Entertainment, Inc.