# MEMO ENDORSED

**michael a. freeman** | attorney at law

24 West 40th Street, 17th Floor
New York, New York 10018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/05
```

tel 646.366.0881
fax 646.366.1384
maf@freemanlawyer.com
www.freemanlawyer.com

April 7, 2005

**BY FACSIMILE 212.805.7968**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

    Re:    World Wrestling Entertainment, Inc. v. Jakks Pacific Inc. et al.
           No. 04-CV-8223

Dear Judge Karas:

    I represent defendants Stanley Shenker and Associates, Inc. and Stanley Shenker in the above-referenced action.

    The Court's Order of April 7, 2005, *inter alia*, directed counsel for the parties to appear for a conference on April 27, 2005 at 2:30 p.m. As the Court may recall from the last conference, I am a solo practitioner. Just this morning, after two weeks of letters and phone calls among counsel and the court, I confirmed the scheduling of three depositions on that same day in a matter pending in New Jersey Superior Court where there is a preliminary injunction presently in place. In light of this conflict, I respectfully request that the Court consider rescheduling the conference in this action for another date. I am available any other day that week.

    I thank Your Honor in advance for considering this request.

Respectfully submitted,

Michael A. Freeman

Cc: All Counsel (*by e-mail*)

*[Handwritten endorsement:]* Application of defendants Stanley Shenker and Stanley Shenker's Assoc. for an adjournment of the April 27 conference is denied. So Ordered.

*[Handwritten note:]* Counsel is to notify all parties.