

**Kirkpatrick & Lockhart Nicholson Graham LLP**

MEMO ENDORSED

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
Fax 412.355.6501
www.klng.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/05
```

Jerry S. McDevitt
412.355.8608
Fax: 412.355.6501
jmcdevitt@klng.com

May 4, 2005

**VIA FACSIMILE (212) 805-7968**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.
1:04-CV-08223-KMK

Dear Judge Karas:

In accordance with the Court's instructions at the end of the last conference, we are writing to respectfully request a slight increase in the page limit afforded to us by the Court for the filing we are to make this Friday. With the Court's permission, we would respectfully request permission to make a double-spaced submission not exceeding 15 pages.

Very truly yours,

Jerry S. McDevitt

JSM:laf
cc: All Counsel of Record (via facsimile)

*The application to expand the page limit in Plaintiff's submission due on May 6, to 15 pages is GRANTED.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
5/6/05

Document3
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON