**MEMO ENDORSED**

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE 310-203-7547
FACSIMILE 310-203-7199
smarenberg@irell.com

May 10, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/05

MAY 10 2005

**VIA HAND DELIVERY**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re: World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.
Case No. 1:04-CV-08223-KMK

Dear Judge Karas:

We write on behalf of our clients, defendants THQ Inc. and Brian Farrell (the "THQ Defendants") with respect to the above-referenced action. We understand that the JAKKS Defendants have requested, and have received, permission to submit a short response to the 15 page letter delivered to the Court by World Wrestling Entertainment, Inc. ("WWE") on Friday May 6, 2005.

On behalf of the THQ Defendants, we too request permission to submit a short responsive letter, no longer than 10 double-spaced pages and no later than May 13, 2005, addressing those portions of WWE's letter that relate to THQ. Specifically, we propose to address how WWE's Amended Complaint fails (contrary to WWE's contentions) to remedy the defects in WWE's original pleading as to THQ. Any letter we submit will focus on our clients and we will endeavor not to duplicate matters raised in the JAKKS Defendants' letter. We have no objection if WWE is granted a concomitant opportunity to respond to our letter, as we are advised it has received with respect to the letter from the JAKKS Defendants.

Very truly yours,

Steven A. Marenberg

SAM:ddg

cc: All Counsel

1298378

---

*Handwritten endorsement:*

Defendants THQ and Farrell may submit a 10-page letter responding to Plaintiff's May 6, submission - addressing only matters relating to them. Plaintiff may submit a 5-page reply by May 20, 2005.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
5/10/05