**K&L**

**Kirkpatrick & Lockhart Nicholson Graham LLP**

599 Lexington Avenue
New York, NY 10022-6030
212.536.3900
Fax 212.536.3901
www.klng.com

Eugene R. Licker
212.536.3916
Fax: 212.536.3901
elicker@klng.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/05

May 16, 2005

MAY 16 2005

**MEMO ENDORSED**

**VIA FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:   **WWE v. JAKKS Pacific, Inc. et al.** 04 Cv 8223 (KMK)

Dear Judge Karas:

We represent plaintiff World Wrestling Entertainment, Inc. As I believe you know, my partner, Jerry McDevitt, is carrying the laboring oar for WWE in the matter. As a result of an unforeseeable matter that has arisen, we write to request a brief adjournment in the schedule set by your Honor.

Pursuant to your Honor's order, we received submissions from two of the defendants on Friday. Regrettably, Mr. McDevitt's close friend died in an automobile accident on Saturday. If your Honor desires, we can provide you details as to how this matter affects Mr. McDevitt's ability to compose the response currently due on Friday. In any event, we respectfully request that WWE's reply to the submissions be adjourned until Wednesday, May 25, 2005.

As I informed you, I am traveling and have asked Ms. Wilkins to sign my name to this letter.

Respectfully submitted,

Eugene R. Licker
by [signature]

cc: all counsel

*Plaintiff's request is GRANTED. Plaintiff is given until May 25, 2005 to submit its reply in regard to the submissions relating to its amended complaint.*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.

NY-345188 v3
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PITTSBURGH • SAN FRANCISCO • WASHINGTON