AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| World Wrestling Entertainment, Inc. |
| v. |
| Jakks Pacific, Inc., et al. |

**APPEARANCE**

Case Number: 1:04-cv-08223-KMK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Jakks Pacific, Inc.; Jakks Pacific (H.K.) Limited; Road Champs Limited; Jack Friedman; Stephen Berman and Joel Bennett.

I certify that I am admitted to practice in this court.

| May 19, 2005 | *(signature)* |
| Date | Signature |
| | Jonathan Honig / JH-7577 |
| | Print Name / Bar Number |
| | Feder, Kaszovitz, Isaacson, Weber, Skala, et al. |
| | Address |
| | 750 Lexington Avenue, New York, NY 10022 |
| | City / State / Zip Code |
| | (212) 888-8200 / (212) 888-7776 |
| | Phone Number / Fax Number |