AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

World Wrestling Entertainment, Inc.
v.
Jakks Pacific, Inc., et al.

**APPEARANCE**

Case Number: 1:04-cv-08223-KMK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Jakks Pacific, Inc.; Jakks Pacific (H.K.) Limited; Road Champs Limited; Jack Friedman; Stephen Berman and Joel Bennett.

I certify that I am admitted to practice in this court.

May 19, 2005
Date

*signature: Jonathan Honig*

Jonathan Honig — JH-7577
Print Name — Bar Number

Feder, Kaszovitz, Isaacson, Weber, Skala, et al.
Address

750 Lexington Avenue, New York, NY 10022
City                State                Zip Code

(212) 888-8200        (212) 888-7776
Phone Number          Fax Number