

**Kirkpatrick & Lockhart Nicholson Graham LLP**

599 Lexington Avenue
New York, NY 10022-6030
212.536.3900
Fax 212.536.3901
www.klng.com

William O. Purcell
212.536.3922
Fax: 212.536.3901
wpurcell@klng.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/05
```

June 8, 2005

## MEMO ENDORSED

<u>BY HAND</u>

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.
      04 Civ. 08223

Dear Judge Karas:

I am writing to inform you that Eugene R. Licker, Esq., currently one of four counsel of record for Plaintiff World Wrestling Entertainment, Inc. in the above captioned case, is no longer with our firm. While the law firm Kirkpatrick & Lockhart Nicholson Graham LLP continues to represent Plaintiff, please note that I will be replacing Mr. Licker as the individual attorney on the case. My contact information is as follows:

> William O. Purcell (WP 5001)
> Kirkpatrick & Lockhart Nicholson
> Graham LLP
> 599 Lexington Avenue
> New York, NY 10022
> (212) 536-3922
> Fax: (212) 536-3901
> Email: <u>Wpurcell@klng.com</u>

I respectfully ask that the Court order this change. As the above captioned matter is an electronicly filed case, I will subsequently file, electronically, a Notice of Appearance and ensure



Kirkpatrick & Lockhart Nicholson Graham LLP

that my electronic filing number is substituted for that of Mr. Licker. Thank you in advance for your attention to this matter.

> Respectfully submitted,
>
> *William O. Purcell*
>
> William O. Purcell

WOP:rm

So Ordered:

_____
6/9/05

cc:    All Counsel of Record (via facsimile)