UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/05
```

**World Wrestling Entertainment, Inc,**

        Plaintiff.

-v-

**Jakks Pacific et al,**

        Defendants.

Case No.

04-cv-08223 (KMK)

<u>ORDER</u>
ECF

<u>KENNETH M. KARAS, District Judge:</u>

    The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

    ORDERED, that counsel appear for a status conference on August 18, 2005 at 2:30pm in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

Dated: July 28, 2005
      New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE

**Counsel for the Plaintiff shall confirm that all parties are aware of this conference.**