UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD WRESTLING ENTERTAINMENT, INC.

           Plaintiff,

-v-

JAKKS PACIFIC, INC, *et al.*,

           Defendants.

Case No. 04-CV-8223 (KMK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/05

KENNETH M. KARAS, District Judge:

As stated at today's conference, it is hereby

ORDERED that Plaintiff will respond to the Defendants' arguments regarding collateral estoppel, the enterprise issue in Plaintiff's RICO claims, and the Robinson Patman Act no later than September 19, 2005. Defendants shall reply no later than October 4, 2005. It is further

ORDERED that Defendants shall move to dismiss Plaintiff's Sherman Act claim in the Amended Complaint no later than September 19, 2005. Plaintiff shall respond no later than October 4, 2005. Defendants shall reply no later than October 18, 2005. It is further

ORDERED that Plaintiff's application to take discovery is DENIED for the reasons stated on the record.

SO ORDERED.

Dated:    August 18, 2005
           New York, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE