JOHN R. WILLIAMS AND ASSOCIATES, LLC
John R. Williams (ct00215), *pro hac vice*
Telephone: (203) 562-9931
Facsimile: (203) 776-9494

*Attorney for Defendants Bell Licensing, LLC, and James Bell*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,   :
                                       :
                    Plaintiff,         :
                                       :   No: 04-CV-8223(KMK)
           - against -                 :   Hon. Kenneth M. Karas
                                       :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)  :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;   :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE   :
OF THQ, INC. and JAKKS PACIFIC, INC.;      :
STANLEY SHENKER AND ASSOCIATES, INC.;      :
STANLEY SHENKER; BELL LICENSING, LLC;      :
JAMES BELL; JACK FRIEDMAN; STEPHEN         :
BERMAN and JOEL BENNETT,                   :
                                       :
                    Defendants.        :   *Electronically Filed*
-----------------------------------------------------------------------X

### NOTICE OF ABANDONMENT OF COLLATERAL ESTOPPEL CLAIMS

The defendants James Bell and Bell Licensing, LLC, serve notice herewith that they have abandoned, and hereby withdraw, their claim that this action is barred by the doctrine of collateral estoppel.

1

        THE DEFENDANTS JAMES BELL AND
        BELL LICENSING, LLC


BY_____
        JOHN R. WILLIAMS, *Pro Hac Vice*
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        E-Mail: jrw@johnrwilliams.com
        Their Attorney


CERTIFICATION OF SERVICE

Service hereof upon all parties has been made through this court's electronic filing system.


_____
JOHN R. WILLIAMS