UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,         :
                                             :
                         Plaintiff,   :
                                             :   No: 04-CV-8223(KMK)
       - against -                         :   Hon. Kenneth M. Karas
                                             :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)    :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;     :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE     :
OF THQ, INC. and JAKKS PACIFIC, INC.;        :
STANLEY SHENKER AND ASSOCIATES, INC.;        :
STANLEY SHENKER; BELL LICENSING, LLC;        :
JAMES BELL; JACK FRIEDMAN; STEPHEN           :
BERMAN and JOEL BENNETT,                     :
                                             :
                        Defendants.   :   *Electronically Filed*
----------------------------------------------------------------------X


## NOTIFICATION OF THE WITHDRAWAL OF THE
## MOTION OF DEFENDANTS BELL LICENSING, LLC
## AND JAMES BELL TO DISMISS OR STAY THIS ACTION


JOHN R. WILLIAMS AND ASSOCIATES, LLC
John R. Williams (ct00215), *pro hac vice*
Telephone: (203) 562-9931
Facsimile: (203) 776-9494

*Attorney for Defendants Bell Licensing, LLC, and James Bell*


September 1, 2005


1

The defendants James Bell and Bell Licensing, LLC, withdraw their Motion to Dismiss or for a Stay of this action, dated and filed February 28, 2005.

        JOHN R. WILLIAMS AND ASSOCIATES, LLC

By:_____/s/_____
        John R. Williams (ct00215)
        *Pro Hac Vice*
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        E-Mail: jrw@johnrwilliams.com

        Attorney for the defendants
        James Bell and Bell Licensing, LLC

New Haven, Connecticut
September 1, 2005

**CERTIFICATION OF SERVICE**

      Service hereof has been made upon all counsel of record through the court's electronic filing system this 1st day of September, 2005.

                                        /s/
                         JOHN R. WILLIAMS