UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
WORLD WRESTLING ENTERTAINMENT, INC.,          :
                                              :    04 CV 8223 (KMK)
        Plaintiff,                            :
                                              :
    - against -                               :
                                              :    September 19, 2005
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)     :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;      :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER        :
AND ASSOCIATES, INC.; STANLEY SHENKER;        :
BELL LICENSING, LLC; JAMES BELL; JACK         :
FRIEDMAN; STEPHEN BERMAN; JOEL                :
BENNETT; and BRIAN FARRELL,                   :
                                              :
        Defendants.                           :
                                              :
------------------------------------------------------------X  :

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN WORLD WRESTLING
ENTERTAINMENT, INC.'S MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS**

William Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

# INDEX OF CASES

**CASES**            **TAB NO.**

Bank v. Brooklyn Law School,
    No. 97-CV-7470(JG), 2000 WL 1692844 (E.D.N.Y. Oct. 6, 2000)……………... 1

Benvenuti Oil Co. v. Foss Consultants, Inc.,
    No. 01559862, 2003 WL 21977974 (Conn. Super. Ct. Aug. 1, 2003)….…..…. 2

Braphman-Bines v. N.Y. City Police Dept.,
    No. 03 Civ. 10207(KMK), 2005 WL 22843 (S.D.N.Y. Jan. 3, 2005)…………. 3

Chazin v. Lieberman,
    No. Civ. 5968 (RPP), 1990 WL 115716 (S.D.N.Y. Aug. 6, 1990)……………. 4

Feinberg v. Katz,
    No. 99 CIV. 45(CSH), 2002 WL 1751135 (S.D.N.Y. July 26, 2002)…………. 5

Goodloe v. Nat'l Wholesale Co.,
    No. 03 C 7176, 2004 WL 1631728 (N.D. Ill. July 19, 2004)……………….... 6

Hansel 'N Gretel Brand, Inc. v. Savitsky,
    No. 94 Civ. 4027 (CSH), 1997 WL 543088 (S.D.N.Y. Sept. 3, 1997)………... 7

Hygrade Milk & Cream Co. v. Tropicana Prods., Inc.,
    No. 88 Civ. 2861 (SAS), 1996 WL 257581 (S.D.N.Y. May 16, 1996)………... 8

King v. Galluzzo Equip. & Excavating, Inc.,
    No. 00 CV 6247(ILG), 2001 WL 1402996 (E.D.N.Y. Nov. 8, 2001)………… 9

Linens of Europe, Inc. v. Best Mfg., Inc.,
    No. 03 Civ. 9612 (GEL), 2004 WL 2071689 (S.D.N.Y. Sept. 16, 2004)……... 10

Metro. Transp. Auth. v. Contini,
    No. 04-CV-0104 DGTJMA, 2005 WL 1565524 (E.D.N.Y. July 6, 2005).............. 11

Philip Morris Inc. v. Heinrich,
    No. 95 CIV. 0328 (LMM), 1996 WL 363156 (S.D.N.Y. June 28, 1996)............. 12

Record Club of Am., Inc. v. Capitol Records, Inc.,
    No. 70 Civ. 3315, 1971 WL 558 (S.D.N.Y. Sept. 8, 1971)..................... 13

SmithKline Beecham Corp. v. E. Applicators, Inc.,
    No. CIV.A. 99-CV-6552, 2002 WL 1197763 (E.D. Pa. May 24, 2002)............. 14

Tyndall v. Int'l Bhd. of Teamsters, Local 677,
    No. CV 970141684S, 1999 WL 786355 (Conn. Super. Ct. Sept. 22, 1999)........ 15

Valdes v. Shoei Safety Helmet Corp.,
    No. 92 Civ. 1656 (MBM), 1992 WL 180132 (S.D.N.Y. July 17, 1992)............ 16

Zito v. Leasecomm Corp.,
    No. 02 Civ.8074 GEL, 2004 WL 2211650 (S.D.N.Y. Sept. 30, 2004).............. 17