UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WORLD WRESTLING ENTERTAINMENT, INC.,            :
                                                :    04-CV 8223 (KMK)
                Plaintiff,                      :
                                                :
        - against -                             :
                                                :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)       :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;        :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER          :
AND ASSOCIATES, INC.; STANLEY SHENKER;          :
BELL LICENSING, LLC; JAMES BELL; JACK           :
FRIEDMAN; STEPHEN BERMAN; JOEL                  :
BENNETT; and BRIAN FARRELL,                     :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------------------X

## DECLARATION OF AMY L. BARRETTE

AMY L. BARRETTE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a member of the firm Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for the Plaintiff, World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action. I respectfully submit this declaration to place before the Court true and correct copies of the following documents relied upon by WWE in support of its Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

| | |
|---|---|
| Tab 1 | The Connecticut Court's October 16, 2003 Order in the matter of <u>Stanley Shenker & Associates, Inc. v. World Wrestling Federation Entertainment, Inc.</u>, No. X 05-CV-0180933S, 844 A.2d 964 (Conn. Super. Ct. 2003). |
| Tab 2 | WWE's Third Set of Interrogatories and Second Request for Production of Documents, dated November 26, 2001. |
| Tab 3 | SSAI's December 26, 2001 Objections to WWE's Third Set of Interrogatories and Second Request for Production of Documents. |
| Tab 4 | January 23, 2002 email from Attorney P. Nolin, SSAI's counsel, to Attorney M. Rush, WWE's counsel, used as Defendant's Exhibit 33 in Shenker's May 30, 2002 deposition. |
| Tab 5 | SSAI's January 29, 2002 Responses to WWE's Third Set of Interrogatories and Second Request for Production of Documents. |
| Tab 6 | Connecticut Court's February 25, 2002 Order. |
| Tab 7 | SSAI's May 28, 2002 First Amended Responses to WWE's Third Set of Interrogatories and Second Request for Production of Documents. |
| Tab 8 | SSAI's May 29, 2002 Second Amended Responses to WWE's Third Set of Interrogatories and Second Request for Production of Documents. |
| Tab 9 | March 20, 2003 Deposition Testimony of Stanley Shenker. |
| Tab 10 | WWE's Amended Complaint in the matter <u>World Wrestling Entertainment, Inc. v. Jakks Pacific, Inc., et. al.</u>, 04 CV 8223 (KMK). |
| Tab 11 | Connecticut Court's July 30, 2002 Order in response to WWE's June 10, 2002 Motion to Compel. |
| Tab 12 | Connecticut Court's December 16, 2002 Order in response to WWE's September 5, 2002 Motion to Compel. |
| Tab 13 | Connecticut Court's December 16, 2002 Order in response to WWE's September 18, 2002 Motion to Compel. |
| Tab 14 | March 18, 2003 Deposition Testimony of Stanley Shenker. |
| Tab 15 | January 27, 2003 letter from P. Nolin, SSAI's counsel, to J. McDevitt, WWE's counsel. |

| | |
|---|---|
| Tab 16 | SSAI's February 18, 2003 Third Amended Responses to WWE's Third Set of Interrogatories and Second Request for Production of Documents. |
| Tab 17 | SSAI's March 3, 2003 Recantations. |
| Tab 18 | SSAI's March 5, 2003 Memorandum of Law in Support of SSAI's Request for Leave to Amend. |
| Tab 19 | Connecticut Court's March 10, 2003 Hearing Transcript, pp. 5-9. |
| Tab 20 | SSAI's March 20, 2003 Answer to WWE's Interrogatory Dated May 11, 2001. |
| Tab 21 | January 2, 1998 Invoice from Stanfull to Jakks Pacific, Inc. in the amount of $80,000. |

Dated: Pittsburgh, Pennsylvania
September 19, 2005

_____
AMY L. BARRETTE