DN X05 CV-00-0180933s :      **SUPERIOR COURT**

-------------------------------------------------------------- :

      :

**STANLEY SHENKER & ASSOCIATES, INC.,** :      **COMPLEX LITIGATION**
          **Plaintiff** :      **DOCKET**

      :

**vs.** :      **AT STAMFORD**

      :

**WORLD WRESTLING FEDERATION** :      **JANUARY 29, 2002**
     **ENTERTAINMENT, INC.,** :
          **Defendant** :

-------------------------------------------------------------- :

SANDAK FRIEDMAN, ~~RSEY & GRECO, LLP~~ • JURIS NO. 401577
970 SUMMER STREET • STAMFORD, CON  • 905 • (203) 425-4200

### PLAINTIFF'S RESPONSES TO DEFENDANT'S THIRD SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

Plaintiff Stanley Shenker & Associates, Inc. ("SSAI"), pursuant to Practice Book Sections 13-8 and 13-10(b), hereby responds to Defendant, World Wrestling Federation Entertainment, Inc.'s ("WWFE"), Third Set of Interrogatories and Second Request for Production of Documents dated November 26, 20001.

### INTERROGATORIES

1.      Has SSAI or Shenker, or anyone acting on behalf of SSAI or Shenker, ever solicited, requested and/or demanded any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any WWFE Licensee?

**RESPONSE:** Subject to previously stated objections, none known as to any transactions

related to WWFE. In 1999 or 1998, Stanley Shenker received approximately $35,000 in payment from Trinity Products on a separate oral consulting agreement. After a thorough search of his documents, Mr. Shenker has been unable to locate any existing documents pertaining to this transaction. To the extent that any documents are subsequently located they will be produced.

2.      If your answer to Interrogatory No. 1 is yes, please provide the following information:

(a)      the date on which each solicitation , request or demand occurred;

(b)      the place where each solicitation, request or demand occurred;

(c)      to whom each solicitation, request or demand was made;

(d)      who made each solicitation, request or demand;

(e)      the amount of each solicitation, request or demand;

(f)      the purpose or nature of each solicitation, request or demand; and

(g)      the response of the person or persons to whom each solicitation, request or demand was made.

**RESPONSE:** See Response to Interrogatory No. 1.

3.      Has SSAI or Shenker, or anyone acting on behalf of SSAI or Shenker, ever solicited, requested and/or demanded any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from

2

any Potential WWFE Licensee?

**RESPONSE:** See Response to Interrogatory No 1.

    4.      If you answer to Interrogatory No 3 is yes, please provide the following information:

        (a)    the date on which each solicitation , request or demand occurred;

        (b)    the place where each solicitation, request or demand occurred;

        (c)    to whom each solicitation, request or demand was made;

        (d)    who made each solicitation, request or demand;

        (e)    the amount of each solicitation, request or demand;

        (f)    the purpose or nature of each solicitation, request or demand; and

        (g)    the response of the person or persons to whom each solicitation, request or demand was made.

**RESPONSE:** See Response to Interrogatory No. 1.

    5.      Has SSAI or Shenker, or anyone acting on behalf of SSAI or Shenker, ever received any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any WWFE Licensee?

**RESPONSE:** See Response to Interrogatory No. 1.

     6.      If your answer to Interrogatory No. 5 is yes, please provide the following information:

         (a)      the date on which each solicitation , request or demand occurred;

         (b)      the place where each solicitation, request or demand occurred;

         (c)      to whom each solicitation, request or demand was made;

         (d)      who made each solicitation, request or demand;

         (e)      the amount of each solicitation, request or demand;

         (f)      the purpose or nature of each solicitation, request or demand; and

         (g)      the response of the person or persons to whom each solicitation, request or demand was made.

**RESPONSE:** See Response to Interrogatory No. 1.

     7.      Has SSAI or Shenker, or anyone acting on behalf of SSAI or Shenker, ever received any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any Potential WWFE Licensee?

**RESPONSE:** See Response to Interrogatory No. 1.

8.    If your answer to Interrogatory No. 7 is yes, please provide the following information:

(a)    the date on which each solicitation , request or demand occurred;

(b)    the place where each solicitation, request or demand occurred;

(c)    to whom each solicitation, request or demand was made;

(d)    who made each solicitation, request or demand;

(e)    the amount of each solicitation, request or demand;

(f)    the purpose or nature of each solicitation, request or demand; and

(g)    the response of the person or persons to whom each solicitation, request or demand was made.

**RESPONSE:** See Response to Interrogatory No. 1.

5

## REQUEST FOR PRODUCTION OF DOCUMENTS

Produce documents responsive to the following paragraph:

1.      All documents that refer to or relate in any way to the solicitation, request or demand of any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any WWFE Licensee.

**RESPONSE:** See Response to Interrogatory No. 1.


2.      All documents that refer or relate in any way to the solicitation, request or demand of any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any Potential WWFE Licensee.

**RESPONSE:** See Response to Interrogatory No. 1.


3.      All documents that refer or relate in any way to the receipt of any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any WWFE Licensee.

**RESPONSE:** See Response to Interrogatory No. 1.

6

4.    All documents that refer or relate in any way to the receipt of any type of payment, including, but not limited to, any consulting fees, service fees, commissions, gifts, checks, cash or any other type of payment, from any Potential WWFE Licensee.

**RESPONSE:** See Response to Interrogatory No. 1.

PLAINTIFF, STANLEY SHENKER &
ASSOCIATES, INC.,

By _____
Peter M. Nolin
**Sandak Friedman Hennessey & Greco**
970 Summer Street
Stamford, CT 06905
Telephone: (203) 425-4200
Fax: (203) 325-8608
Juris No.: 401577

7

## VERIFICATION

I hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate, to the best of my knowledge, information and belief.

*Stanley Shenker*

Stanley Shenker

Subscribed and sworn to before me

this ___29th___ day of ___January___ , 2002

*[signature]* Commiss. onw superior cont

~~Notary Public~~

8

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of January, 2002, to:

Mary A. Gambardella, Esq.
Epstein Becker & Green, P.C.
One Landmark Square- Suite 1800
Stamford CT 06901-2601

and by Federal Express to:

Mark A. Rush, Esq. (Pro Hac Vice)
Mark D. Feczko, Esq. (Pro Hac Vice)
Jerry S. McDevitt, Esq. (Pro Hac Vice)
Kirkpatrick & Lockhart, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222


_____
Peter M. Nolin

9