# ORDER

The foregoing Objection is hereby ORDERED

1. OBJECTION 1 ~~SUSTAINED~~/**OVERRULED**
2. OBJECTION 2 SUSTAINED/**OVERRULED** (see below)
3. OBJECTION 3 SUSTAINED/**OVERRULED**
4. OBJECTION 4 SUSTAINED/**OVERRULED** (see below)
5. OBJECTION 5 SUSTAINED/**OVERRULED**
6. ~~OBJECTION 6 SUSTAINED/OVERRULED~~
7. OBJECTION 7 SUSTAINED/**OVERRULED**
8. OBJECTION 8 **SUSTAINED**/OVERRULED (see below)

On this 25th day of February 2002

_____
Judge/Clerk

2. Records reflecting any income received from SSAI, WWFE, any WWFE licensees, either directly or indirectly, must be produced.

4. The parties should enter into an appropriate protective order with regard to the tax returns and supporting documents.

8. Sustained as overly broad. Any specific additional documents to those ordered to be produced should be put in a new request.

| | |
|---|---|
| DN X05 CV-00-0180933s | : SUPERIOR COURT |
| STANLEY SHENKER & ASSOCIATES, INC., Plaintiff | : COMPLEX LITIGATION DOCKET |
| vs. | : AT STAMFORD |
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., Defendant | : FEBRUARY 19, 2002 |

## MOTION TO QUASH SUBPOENA and COVER SHEET TO PLAINTIFF'S AND DEPONENT'S OBJECTIONS TO DEFENDANT'S PRODUCTION REQUEST

Pursuant to Practice Book Sections 13-10(b), 13-27, and 13-28, plaintiff Stanley Shenker & Associates, Inc. ("SSAI"), in its own right and on behalf of deponent, its agent, Sandy Suchoff of Lefstein-Suchoff, CPA & Associates, LLC, ("Ms. Suchoff"), hereby moves to quash the subpoena issued to the extent of certain documents requested and submits this cover sheet and states that it has objected to all but one of defendant World Wrestling Federation Entertainment Inc.'s ("WWFE") requests for documents set-forth in its Subpoena Duces Tecum. For the

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

123 Hoyt St.
Stamford, CT 06905
(203) 324-0227 ext. 334
Fax # (203) 356-9471

**Superior Court
Complex Litigation**

# Fax

| | |
|---|---|
| To: Mark Rush, Esq | From: Rose Ann Rush, court officer |
| Fax: 412-355-6501 | Pages: 5 (including this page) |
| Phone: | Date: 2/26/02 |
| Re: Shenker v WWFE  X05 CV 00 0180 9335 | CC: Mary Gambardella, Esq  Peter Nolan, Esq. |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

Please note the court's orders re: discovery

TO: J.S. McDevitt
    M.D. Feczko
    K.D. Smith
    A.L. Barrette
    M.H. Sepp
FROM: M.A. Rush
Date: FEB 26 2002
RE: Shenker