CONFIDENTIAL



Docket No: X05-CV-00-0180933-S Vol. 5

------------------------------:

STANLEY SHENKER & ASSOCIATES, INC., : SUPERIOR COURT COMPLEX

: LITIGATION DOCKET

Plaintiff, :

AT STAMFORD

:

vs. :

:

WORLD WRESTLING FEDERATION :

ENTERTAINMENT, INC., :

Defendant. :

---------------------------------------x

One Canterbury Green
Stamford, Connecticut
March 20, 2003
9:30 a.m.

CONTINUED EXAMINATION BEFORE TRIAL of STANLEY SHENKER, the Plaintiff in the above-titled action, held at the above time and place, before a Notary Public of the State of New York.

Eileen Mulvenna,
CSR/RMR



4f821be7-421e-4b03-b810-ce97736503d7

Stanley Shenker 1056

Q. Whatever payments you received on that went through Stanfull in your Hong Kong bank account; correct?
A. That would have been correct, yes.
Q. So we have now identified over the last two days two additional licensees who paid you through Stanfull Industries and that Hong Kong bank account; correct: Toy Island and now Ring Side; is that correct?
A. I believe that's correct.
Q. And when I asked you in your first day of deposition whether you owned any other corporations, you lied and said no; correct?
A. Back in May?
Q. Yes.
A. Yes. I mislead you.
Q. And you did that deliberately; right?
A. Yes, I did.
Q. And you didn't want me to know about Stanfull, did you?
A. That's correct.
Q. You didn't want me to know about Stanfull because once you learn about Stanfull,

Stanley Shenker 1057

you learn about licensee payments through Hong Kong bank accounts that Stanfull owns; correct?
A. No.
Q. Why didn't you want me to know about Stanfull?
A. Because it was just my other businesses and didn't pertain to the claim with WWF.
Q. You knew we were claiming that you had been receiving payments from licensees, didn't you?
A. If -- you're claiming what?
Q. Just what I said, you knew we were claiming you were taking payments from licensees; you knew that, didn't you?
A. Not for product development.
Q. You knew we were claiming you took money from licensees, didn't you, Mr. Shenker?
A. I -- I knew that you were claiming I took money from licensees based on them -- on the WWE, is that what you're saying.
Q. In fact, the day before you came in and testified originally, you amended your interrogatories to disclose only information

Stanley Shenker 1058

about Trinity; correct?
A. I don't remember what you mean -- when amended --
Q. Changed the answers that you had given in your previous sworn interrogatories and disclosed an arrangement with Trinity the day before you testified the first time, didn't you?
A. Are you going back all the way to last May?
Q. Yes.
A. I don't remember if we changed it the day before. I don't remember that.
Q. You have to have a pretty good memory to be a liar, don't you?
MR. NOLIN: Object to the form.
Q. You can't remember all the lies you told, can you?
A. If you mean that to say you can't remember all the lies you told and how to keep it things straight and all the changes, I agree with you. That's one of the reasons I said this is -- well --
Q. So you knew back as early as May that you wanted to hide the existence of

Stanley Shenker 1059

Stanfull; correct?
A. I knew -- I knew I wanted to keep Stanfull private, yes.
Q. And as recently as February 18th of 2003, after you say you formed the intent to come clean, you're still lying about payments that you had received from licensees in sworn Answers to Interrogatories, weren't you, Mr. Shenker?
A. That was -- the questions were as pertained to me and I answered them was about the payments received for getting the WWF license.
Q. Did you file amended answers to the third set of interrogatories that we had served on you on February 18th of 2003, Mr. Shenker?
A. I don't remember the exact dates, but --
Q. Approximately a month ago, Mr. Shenker.
A. Yes, approximately a month.
Q. Do you remember doing that?
A. End of January. February.
Q. Do you remember updating the response you gave about the arrangement you claimed and now admit existed with Mr. Goetz?





4f821be7-421e-4b03-b810-ce97736503d7