## ORDER

The foregoing Motion, having duly been presented, it is hereby:

**ORDERED:**

1. Objection to Request No. 1 is hereby SUSTAINED/~~OVERRULED~~
2. Objection to Request No. 3 is hereby SUSTAINED/~~OVERRULED~~
3. Objection to Request No. 4 is hereby SUSTAINED/~~OVERRULED~~
4. Objection to Request No. 5 is hereby SUSTAINED/~~OVERRULED~~
5. Objection to Request No. 6 is hereby SUSTAINED/~~OVERRULED~~
6. Objection to Request No. 7 is hereby SUSTAINED/~~OVERRULED~~
7. Objection to Request No. 8 is hereby SUSTAINED/~~OVERRULED~~
8. Objection to Request No. 9 is hereby SUSTAINED/~~OVERRULED~~

and it is **FURTHER ORDERED:**

BY THE COURT

_____, J.

7/30/02

-12-

| | |
|---|---|
| DOCKET NO.: X05 CV 000180933S | : SUPERIOR COURT |
| | : |
| STANLEY SHENKER & ASSOCIATES, INC., | : COMPLEX LITIGATION |
| | : DOCKET AT STAMFORD |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., | : |
| | : |
| Defendant. | : JUNE 10, 2002 |

**MOTION FOR ORDER OF COMPLIANCE WITH RESPECT TO DEFENDANT'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

Defendant World Wrestling Federation Entertainment, Inc. ("WWFE"), by and through its undersigned counsel, and pursuant to Practice Book Section 13-14, respectfully submits this motion for order of compliance (the "Motion") with respect to WWFE's third request for production of documents directed to plaintiff Stanley Shanker & Associates ("SSAI").

I.  **Factual And Procedural Background**

A description of the parties, the facts giving rise to this action and the causes of action asserted in WWFE's counterclaims are set forth in WWFE's motion for order of compliance and