## ORDER

The foregoing Motion having been duly considered is hereby ORDERED:

Stanley Shenker & Associates, Inc. and Mr. Stanley Shenker must sign IRS form 4506, authorizing the IRS to produce tax returns, schedules and supporting documents directly to WWE, within ten (10) days of this Court's Order.

On this the 16th ~~day of September~~ December, 2002

_____
Judge/Clerk



| | | |
|---|---|---|
| Docket No.: X05 CV-00-0180933-S | : | SUPERIOR COURT |
| | : | |
| STANLEY SHENKER & ASSOCIATES, INC., | : | COMPLEX LITIGATION DOCKET |
| | : | |
| Plaintiff, | : | |
| | : | AT STAMFORD |
| vs. | : | |
| | : | |
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 5, 2002 |

## DEFENDANT'S MOTION FOR ORDER OF COMPLIANCE

Pursuant to Practice Book Section 13-14, defendant, World Wrestling Federation Entertainment, Inc. ("WWE"), hereby moves for an order of compliance against plaintiff, Stanley Shenker & Associates, Inc. ("SSAI"), based on SSAI's failure to fully produce income tax returns and supporting documents as required by this Court's February 25, 2002 order (the "Order"). As a result of SSAI's unreasonable delay in fully complying with the Order, WWE respectfully requests the Court issue a follow-up order requiring that SSAI and Stanley Shenker ("Shenker") each sign a standard federal income tax release form (the "Standard IRS Release") and deliver such signed forms to WWE's undersigned local counsel within ten (10) days. (A copy of the Standard IRS Release is attached as Exhibit A). Local counsel will then mail the Standard IRS Release to the Internal Revenue Service ("IRS") in order to directly request copies of SSAI's and Shenker's "as filed" federal income tax returns.