TOTAL P.02

# STANFUL INDUSTRIAL LTD.

ROOM 1601-2, 16/F
CAUSEWAY BAY PLAZA I
489 HENNESSY ROAD,
CAUSEWAY BAY, HONG KONG

TEL:(852) 2891-7722
FAX:(852) 2891-6833

*INVOICE*

*JAN. 2, 1998*
*PAYABLE IMMEDIATELY*

*JAKKS PACIFIC*
*ROOM 1008 10/F*
*PENNESULA CENTRE*
*T.S.T. EAST*
*KOWLOON, HONG KONG*

*FOR DEVELOPMENT OF POSSIBLE*
*LATEX BASED SOFT TOYS WITH*
*SPECIAL COATINGS*          *US$80,000 ºº*

*PLEASE PAY IMMEDIATELY TO*
*HANG SENG BANK LTD*
*BENEFICIARY A/C STANFULL INDUSTRIAL LTD*
*A/C NO 296-9-704122*

*NET U.S.D. $80,000 ºº*

*SINCERELY*

For and on behalf of
STANFULL INDUSTRIAL LIMITED
企業 實業 有限 公司

Authorized Signature(s)

Saline
pls handle

00080

3-JAN-1998  10:07          3103178527          EXHIBIT 1          P.02