SIDLEY AUSTIN BROWN & WOOD LLP
Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5300
Fax: (212) 839-5599

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067
Phone: (310) 277-1010
Fax: (310) 203-7199

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

WORLD WRESTLING ENTERTAINMENT, INC.,

          Plaintiff,

          v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER
AND ASSOCIATES, INC.; STANLEY SHENKER;
BELL LICENSING, LLC; JAMES BELL; JACK
FRIEDMAN; STEPHEN BERMAN; JOEL
BENNETT; and BRIAN FARRELL,

          Defendants.

Case No. 04 CV 8223 (KMK)
(ECF CASE)

------------------------------------------------------------ x

## NOTICE OF MOTION TO DISMISS THE SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT

September 19, 2005

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint submitted herewith, which joins in the Memorandum submitted by the Jakks Defendants, and upon all prior pleadings and proceedings had herein, defendants THQ, Inc. and Brian Farrell will, by and through their attorneys, move

1381944.2

this Court before the Honorable Kenneth M. Karas at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order dismissing plaintiff's Sherman Act claim in the Amended Complaint with prejudice and for such other and further relief as the Court deems just and proper.

Dated: September 19, 2005

SIDLEY AUSTIN BROWN & WOOD LLP
Steven Bierman (SB 6615)
Isaac Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019

Respectfully submitted,

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067

By: _____
Philip M. Kelly
Attorneys for Defendants THQ, Inc. and
Brian Farrell