SIDLEY AUSTIN BROWN & WOOD LLP
Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5300
Fax: (212) 839-5599

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067
Phone: (310) 277-1010
Fax: (310) 203-7199

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

WORLD WRESTLING ENTERTAINMENT, INC.,

               Plaintiff,

               v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER
AND ASSOCIATES, INC.; STANLEY SHENKER;
BELL LICENSING, LLC; JAMES BELL; JACK
FRIEDMAN; STEPHEN BERMAN; JOEL
BENNETT; and BRIAN FARRELL,

               Defendants.

------------------------------------------------------------------ x

Case No. 04 CV 8223 (KMK)
(ECF CASE)


**MEMORANDUM OF LAW IN SUPPORT OF THQ, INC. AND BRIAN FARRELL'S MOTION TO DISMISS THE SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT**

September 19, 2005

      Defendants THQ, Inc. and Brian Farrell respectfully request the Court to grant the motion to dismiss the Sherman Act claim in the Amended Complaint for the reasons set forth in the Memorandum of Law in Support of the Motion to Dismiss the Sherman Act Claim in the

1382267.1

Amended Complaint filed by defendants JAKKS Pacific, Inc., JAKKS Pacific (H.K.) Limited, Road Champs Limited, Jack Friedman, Stephen Berman, and Joel Bennett (collectively, the "JAKKS Defendants"). Accordingly, THQ, Inc. and Brian Farrell hereby join in the Motion to Dismiss and Memorandum of Law filed by the JAKKS Defendants.

Dated: September 19, 2005

SIDLEY AUSTIN BROWN & WOOD LLP
Steven Bierman (SB 6615)
Isaac Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019

Respectfully submitted,

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067

By: _____
Philip M. Kelly
Attorneys for Defendants THQ, Inc. and Brian Farrell