LAW OFFICES OF MICHAEL A. FREEMAN
Michael A. Freeman (MAF-9600)
24 West 40th Street, 17th Floor
New York, New York 10018
(646) 366-0881

Counsel for Defendants Stanley Shenker
and Stanley Shenker and Associates, Inc.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

-against-

JAKKS PACIFIC, INC., et al.

                Defendants.
---------------------------------------------------------------x

No. 04-CV-8223 (KMK)
Hon. Kenneth M. Karas

**NOTICE OF MOTION**

ECF CASE


      PLEASE TAKE NOTICE that defendants Stanley Shenker and Stanley Shenker and Associates, Inc. will move this Court before the Honorable Kenneth M. Karas, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time designated by the Court, for an Order:

      1.    pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Count III of the Amended Complaint, which alleges a violation of section 1 of the Sherman Act, 15 U.S.C. § 1; and

     2.    for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       September 19, 2005

        LAW OFFICES OF MICHAEL A. FREEMAN

By: _____/s/_____
    Michael A. Freeman (MAF-9600)
    24 West 40th Street, 17th Floor
    New York, New York  10018
    (646) 366-0881

    Counsel for Defendants Stanley Shenker
    and Stanley Shenker and Associates, Inc.

To:  All Counsel of Record
     via the ECF System