SIDLEY AUSTIN BROWN & WOOD LLP
Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5300
Fax: (212) 839-5599

IRELL & MANELLA LLP
Steven A. Marenberg (*Pro Hac Vice*)
Philip M. Kelly (*Pro Hac Vice*)
1800 Avenue of the Stars
Los Angeles, California 90067
Phone: (310) 277-1010
Fax: (310) 203-7199

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

WORLD WRESTLING ENTERTAINMENT, INC.,

    Plaintiff,

  v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN; JOEL BENNETT; and BRIAN FARRELL,

    Defendants.

------------------------------------------------------------------- x

Case No. 04 CV 8223 (KMK)
(ECF CASE)

**CERTIFICATE OF SERVICE**

1383667.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted *Pro Hac Vice* in this matter to practice law before this Court, hereby certifies under penalty or perjury that on September 19, 2005, I caused a true copy of the foregoing:

1. NOTICE OF MOTION TO DISMISS THE SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT

2. MEMORANDUM OF LAW IN SUPPORT OF THQ, INC. AND BRIAN FARRELL'S MOTION TO DISMISS THE SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT

to be served upon the following parties in the matter indicated:

By Electronic Mail and First-Class U.S. Mail, postage prepaid

| | |
|---|---|
| Jerry S. McDevitt, Esq.<br>Kirkpatrick & Lockhart LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222 | Eugene Licker, Esq.<br>Kirkpatrick & Lockhart LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| Jonathan J. Lerner, Esq.<br>Michael Gruenglas, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | John Williams, Esq.<br>Williams & Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510 |
| Murray Skala, Esq.<br>Feder, Kaszovitz, Isaacson, Weber, Skala,<br>  Bass & Rhine LLP<br>750 Lexington Ave.<br>New York, NY 10022 | Michael Cornman, Esq.<br>Schweizer Cornman Gross & Bondell LLP<br>292 Madison Ave.<br>New York, NY 10017 |
| Michael A. Freeman, Esq.<br>24 West 40th Street, 17th Floor<br>New York, NY 10018 | Peter M. Nolin, Esq.<br>Sandak Hennessey & Greco LLP<br>707 Summer Street, 3rd Floor |
| Richard Shaeffer<br>Dornbush Shaeffer Stongin & Weinstein, LLP<br>747 Third Avenue<br>New York, NY 10017 | |

Dated:　September 19, 2005
　　　　　Los Angeles, California

_____
Philip M. Kelly