UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

              No. 04-CV-8223 (KMK)

     Plaintiff,     Hon. Kenneth M. Karas

  -against-

JAKKS PACIFIC, INC., et al.      ECF Case

     Defendants.
----------------------------------------------------------------x

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION
OF DEFENDANTS STANLEY SHENKER AND STANLEY
SHENKER AND ASSOCIATES, INC. TO DISMISS
<u>PLAINTIFF'S CLAIM UNDER THE SHERMAN ACT, 15 U.S.C. § 1</u>**

            LAW OFFICES OF MICHAEL A. FREEMAN

             24 West 40th Street, 17th Floor
             New York, New York  10018
             (646) 366-0881

             Counsel for Defendants Stanley Shenker and
             Stanley Shenker and Associates, Inc.

Defendants Stanley Shenker and Stanley Shenker and Associates, Inc. (collectively, the "Shenker Defendants") submit this brief in support of their motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Count III of the amended complaint, which alleges a violation of section 1 of the Sherman Act, 15 U.S.C. § 1.

The Shenker Defendants hereby adopt and incorporate by reference the legal arguments contained in the Memorandum of Law in Support of the Jakks Defendants' Motion To Dismiss The Sherman Act Claim in the Amended Complaint, dated September 19, 2005. Specifically, the Shenker Defendants assert that: (1) plaintiff has failed to allege the requisite antitrust injury; (2) this claim is time-barred; and (3) plaintiff has otherwise failed to adequately plead a substantive antitrust violation under section 1 of the Sherman Act.

Accordingly, based on these arguments and those contained in the Shenker Defendants' previously submitted motion to dismiss, this action should be dismissed against the Shenker Defendants in its entirety.[1]

Dated: New York, New York
       September 19, 2005

        Respectfully submitted,

        LAW OFFICES OF MICHAEL A. FREEMAN

        By:_____/s/_____
           Michael A. Freeman (MAF-9600)
           24 West 40th Street, 17th Floor
           New York, New York 10018
           (646) 366-0881
           Counsel for the Shenker Defendants

---

[1] Currently *sub judice* before the Court is a motion by the Shenker Defendants, dated February 26, 2005, to dismiss or stay the claims brought by plaintiff under the RICO Act, 18 U.S.C. § 1962(c) and (d). Although plaintiff amended its complaint, after the Shenker Defendants submitted their motion, to include additional factual allegations that may bear on the RICO claims, none of plaintiff's changes impact the legal arguments contained in the Shenker Defendants' motion. Accordingly, consistent with the Court's ruling at the conference in this action on August 18, 2005, the Court is respectfully requested to consider the Shenker Defendants' motion to dismiss or stay the RICO claims together with this motion to dismiss the Sherman Act claim. The Shenker Defendants are not named in any of the other counts in the amended complaint.