FEDER, KASZOVITZ, ISAACSON, WEBER,
 SKALA, BASS & RHINE LLP
Murray L. Skala (MS 9354)
Jonathan D. Honig (JH 7577)
750 Lexington Avenue
New York, New York 10022
Phone: (212) 888-8200
Fax: (212) 888-5968

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Jonathan J. Lerner (JL 7117)
Michael H. Gruenglas (MG 8705)
James Keyte (JK 0680)
Maura B. Grinalds (MG 2836)
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
WORLD WRESTLING ENTERTAINMENT, INC.
                                     :
            Plaintiff,               :      04 CV 8223 (KMK)
                                     :      (ECF CASE)
      v.                             :
                                     :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ,   :
INC.; THQ/JAKKS PACIFIC LLC; STANLEY
SHENKER AND ASSOCIATES, INC.; STANLEY :
SHENKER; BELL LICENSING, LLC; JAMES
BELL; JACK FRIEDMAN; STEPHEN BERMAN; :
JOEL BENNETT and BRIAN FARRELL,
                                     :
            Defendants.
                                     :
------------------------------------ x

### NOTICE OF MOTION TO DISMISS THE SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT

September 19, 2005

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan J.

Lerner, Esq., and the JAKKS Defendants' Memorandum of Law in Support of their

Motion to Dismiss the Sherman Act Claim in the Amended Complaint submitted herewith, and upon all prior pleadings and proceedings had herein, the JAKKS Defendants will, by and through their attorneys, move this Court before the Honorable Kenneth M. Karas at the United States Courthouse, 500 Pearl Street, New York, New York, at 12:00 p.m. on October 18, 2005, or as soon thereafter as counsel may be heard, for an order dismissing Plaintiffs' Sherman Act claim with prejudice and for such other and further relief as the Court deems just and proper.

Dated: September 19, 2005

                                              Respectfully submitted,

| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| Murray L. Skala (MS 9354)<br>Jonathan D. Honig (JH 7577)<br>750 Lexington Avenue<br>New York, New York 10022<br>(212) 888-8200 | By: _/s/_<br>Jonathan J. Lerner (JL 7117)<br>Michael H. Gruenglas (MG 8705)<br>James Keyte (JK 0680)<br>Maura B. Grinalds (MG 2836)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000 |

*Attorneys for the JAKKS Defendants*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on September 19, 2005, I caused true copies of the foregoing

- *Notice of Motion to Dismiss the Sherman Act Claim in the Amended Complaint*

- *Declaration of Jonathan J. Lerner in Support of the Motion to Dismiss the Sherman Act Claim in the Amended Complaint*

- *JAKKS Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Sherman Act Claim in the Amended Complaint*

to be served upon the following parties by first-class mail:

Michael A. Cornman
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

Richard Schaeffer
Dornbush Schaeffer Stongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Dated:  New York, New York
        September 19, 2005

                                       s/ Michael H. Gruenglas
                                      Micahel H. Gruenglas (MG 8705)