DORNBUSH SCHAEFFER STRONGIN & WEINSTEIN, LLP
Richard Schaeffer (RS0019)
Bruce Handler (BH9426)
Brian Rafferty (BR7258)
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

*Attorneys for THQ/JAKKS Pacific LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | 04 CV 8223 (KMK) |
| Plaintiff, | (ECF CASE) |
| - against - | |
| JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE OF THQ, INC. and JAKKS PACIFIC, INC.; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN and JOEL BENNETT, | |
| Defendants. | |

-----------------------------------------------------------------------x

**DEFENDANT THQ/JAKKS PACIFIC LLC'S NOTICE OF JOINDER
IN THE JAKKS DEFENDANTS' MOTION TO DISMISS
THE SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT**

Defendant THQ/JAKKS Pacific LLC, by and through its attorneys of record, hereby joins the JAKKS Defendants' Motion to Dismiss the Sherman Act Claim in the Amended Complaint.

169407.1

Dated: New York, New York
September 20, 2005

                          Respectfully submitted,

                          DORNBUSH SCHAEFFER STRONGIN
                                  & WEINSTEIN, LLP

By: _____
                      Richard Schaeffer (RS0019)
                      Bruce Handler (BH9426)
                      Brian Rafferty (BR7258)

                      747 Third Avenue
                      New York, New York 10017
                      (212) 759-3300
                      Attorneys for THQ/JAKKS Pacific LLC

## DISTRIBUTION LIST

<u>WWE v. JAKKS Pacific, Inc., et al., Case No. 04 CV 8233 (KMK)</u>

Steven A. Marenberg, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
  Tel:   310-203-7547
  Fax:  310-203-7199


Eugene Licker, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030
  Tel:   212-536-3900
  Fax:  212-536-3901


Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
  Tel:   412-355-8608
  Fax:  412-355-6501


John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
  Tel:   203-562-9931
  Fax:  203-776-9494


Michael A. Cornman, Esq.
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017
  Tel:   646-424-0770
  Fax:  646-424-0880

Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901-1026
Tel:    203-425-4200
Fax:    203-325-8608


Jonathan J. Lerner, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Tel:    212-735-3000
Fax:    212-735-2000


Murray L. Skala, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
Tel:    212-888-8200
Fax:    212-888-7776


Isaac S. Greaney, Esq.
Sidley Auston Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
Tel:    212-839-5300
Fax:    212-839-5599

165682.1