UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X :
:
WORLD WRESTLING ENTERTAINMENT, INC., :
: 04 CV 8223 (KMK)
Plaintiff, :
:
- against - :
: October 4, 2005
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER :
AND ASSOCIATES, INC.; STANLEY SHENKER; :
BELL LICENSING, LLC; JAMES BELL; JACK :
FRIEDMAN; STEPHEN BERMAN; JOEL :
BENNETT; and BRIAN FARRELL, :
:
Defendants. :
:
------------------------------------------------------------X :

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN WORLD
WRESTLING ENTERTAINMENT, INC.'S MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
<u>SHERMAN ACT CLAIM IN THE AMENDED COMPLAINT</u>**

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

## INDEX OF CASES

**CASES**                                                                                                  **TAB NO.**

Blanchard & Co. v. Barrick Gold Corp.,
   No. Civ.A. 02-3721, 2003 WL 22071173 (E.D. La. Sept. 3, 2003)................................1

In re Linerboard Antitrust Litig.,
   CIV NO. 98-5055 & 99-1341, 2000 WL 1475559 (E.D. Pa. Oct. 4, 2000)..................2

In re Magnetic Audiotape Antitrust Litig.,
   No. 99 Civ. 1580(LMM), 2002 WL 975678 (S.D.N.Y. May 9, 2002)............................3

James Cape & Sons Co. v. PPC Constr. Co.,
   No. 05-C-269, 2005 WL 2176965 (E.D. Wis. Sept. 6, 2005)...........................................4

Philip Morris Inc. v. Heinrich,
   No. 95 CIV. 0328 (LMM), 1996 WL 363156 (S.D.N.Y. June 28, 1996)........................5

SmithKline Beecham Corp. v. E. Applicators, Inc.,
   No. CIV.A. 99-CV-6552, 2002 WL 1197763 (E.D. Pa. May 24, 2002)..........................6

United States v. Dynaelectric Co.,
   Nos. 88-5118, 88-5119, 1988 WL 117173 (6th Cir. Nov. 4, 1988)................................7