UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WORLD WRESTLING ENTERTAINMENT, INC.
                      Plaintiff,

               v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ,
INC.; THQ/JAKKS PACIFIC LLC; STANLEY
SHENKER AND ASSOCIATES, INC.; STANLEY
SHENKER; BELL LICENSING, LLC; JAMES
BELL; JACK FRIEDMAN; STEPHEN BERMAN;
JOEL BENNETT; and BRIAN FARRELL,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04 CV 8223 (KMK)
(ECF CASE)

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN THE REPLY
MEMORANDUM OF LAW IN SUPPORT OF THE JAKKS DEFENDANTS'
MOTION TO DISMISS THE RICO AND ROBINSON PATMAN ACT
CLAIMS IN THE AMENDED COMPLAINT**

FEDER, KASZOVITZ, ISAACSON,
  WEBER, SKALA, BASS & RHINE LLP
Murray L. Skala (MS 9354)
Jonathan D. Honig (JH 7577)
750 Lexington Avenue
New York, New York 10022
Phone: (212) 888-8200
Fax: (212) 888-5968

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jonathan J. Lerner (JL 7117)
Michael H. Gruenglas (MG 8705)
James Keyte (JK 0680)
Maura B. Grinalds (MG 2836)
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

Attorneys for the JAKKS Defendants

October 4, 2005

# INDEX

**CASES**                                              **TAB**

Aiu Insurance Co. v. Olmecs Medical Supply, Inc., No. CV-04-2934 (ERK),
2004 WL 3270060 (E.D.N.Y. Feb. 22, 2004) .......................... 1

Allen v. New World Coffee, Inc., No. 00 Civ. 2610 (AGS),
2002 WL 432685 (S.D.N.Y. 2002) ................................. 2

Bank v. Brooklyn Law School, No. 97-CV-7470 (JG),
2000 WL 1692844 (E.D.N.Y. Oct. 6, 2000) .......................... 3

City of New York v. Cyco.Net, Inc., No. 03 CV 383 DAB,
2005 WL 174482 (S.D.N.Y. Jan. 27, 2005) .......................... 4

Dale v. Banque SCS Alliance S.A., No. 02Civ3592 (RCC) (KNF),
2005 WL 2347853 (S.D.N.Y. Sept. 22, 2005) ........................ 5

Feinberg v. Katz, No. 99 CIV. 45 (CSH), 2002 WL 1751135
(S.D.N.Y. July 26, 2002) ...................................... 6

Hansel 'N Gretel Brand, Inc. v. Savitsky, No. 94 Civ. 4027 (CSH),
1997 WL 543088 (S.D.N.Y. Sept. 3, 1997) .......................... 7

Heffernan v. HSBC Bank USA, No. 1:99 CV07981,
2001 WL 803719 (E.D.N.Y. Mar. 29, 2001) ......................... 8

Hill v. Didio, No. 05CV1220FBLB, 2005 WL 1711164
(E.D.N.Y. July 20, 2005) ...................................... 9

International Telecom, Inc. v. Generadora Electrica Del Oriente, No. 00 Civ.
8695 (WHP), 2002 WL 465291 (S.D.N.Y. Mar. 27, 2002) ............. 10

Kadouri v. Fox, No. 03 CV 1725(NG), 2005 WL 783255
(E.D.N.Y. Jan. 24, 2005) ..................................... 11

Leonard v. J.C. Pro Wear, Inc., No. 94-1498, 1995 WL 508894, at *6
(4th Cir. Aug. 29, 1995) ..................................... 12

Moy v. Terranova, No. 87 CV 1578(SJ), 1999 WL 118773
    (E.D.N.Y. Mar. 2, 1999) .............................................. 13

Patterson v. Ford Motor Credit Co., No. 98-2774, 2000 WL 123943
    (4th Cir. Feb. 2, 2000) .............................................. 14

Rodman v. Haines, No. 75 Civ. 471-CLB, 1976 WL 1315
    (S.D.N.Y. Sept. 14, 1976) ............................................ 15