# CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on October 4, 2005, I caused a true copy of the foregoing ***Reply Memorandum of Law in Support of the JAKKS Defendants' Motion to Dismiss the RICO and Robinson Patman Act Claims in the Amended Complaint*** and ***Compendium of Unreported Decisions Cited in the Reply Memorandum of Law in Support of the JAKKS Defendants' Motion to Dismiss the RICO and Robinson Patman Act Claims in the Amended Complaint*** to be served upon the following parties by first-class mail:

Michael A. Cornman
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

Richard Schaeffer
Dornbush Schaeffer Stongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Dated:  New York, New York
            October 4, 2005

                                                    s/ Michael H. Gruenglas
                                                Micahel H. Gruenglas (MG 8705)