## MEMO ENDORSED

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

September 30, 2005

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/01

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
212-735-2550
DIRECT FAX
917-777-2550
EMAIL ADDRESS
J.LERNER@SKADDEN.COM

BY FASCIMILE
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:    World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.,
       1:04-CV-08223-KMK

Dear Judge Karas:

        We respectfully write on behalf of Defendants Jakks Pacific, Inc., Jack Friedman,
Steven G. Berman, and Joel M. Bennett (collectively, the "JAKKS Defendants") to seek
clarification on the page limit that applies to the JAKKS Defendants' reply memorandum of law
on the issues of RICO Enterprise and the Robinson-Patman Act ("RPA"), which is scheduled to
be filed on October 4, 2005, pursuant to Your Honor's August 18, 2005 Order.

        Based on the hearing before Your Honor on August 18, 2005, we understood that,
as we requested at the hearing, for our reply brief we would be permitted the same number of
pages that WWE devoted collectively to the RICO and RPA arguments in its September 19, 2005
Memorandum of Law in Opposition to Defendants' Motions to Dismiss (the "WWE 9/19
Memo"). The WWE 9/19 Memo spent approximately 25 pages on these topics, in response to
the ten pages we used to address these arguments in our moving brief. We therefore understood
that we would be permitted an equal number of pages on reply. Although our reading of the
transcript of the August 18, 2005 Hearing persuades us that Your Honor granted the JAKKS
Defendants' request,[1] we confess that there appears to be some ambiguity as to the page limit for
replies. Accordingly, we respectfully request confirmation that our understanding is correct.

                                        Respectfully submitted,      The application is GRANTED.

                                        Jonathan J. Lerner

Enclosures
cc:    All Counsel

                                                    SO ORDERED

                                                    KENNETH M. KARAS U.S.D.J.
                                                    9/30/05

---

[1]    See 8/18/05 Hearing Transcript at 51:5-18. (The Court: [] What would you like to respond? Mr.
Lerner: Whatever pages they use, I would like the same amount. If they have 45, I don't think we need
45. The Court: You are going to get me in trouble with the environmentalists. What's good for the goose
is good for the gander. . .). We attach the relevant pages of the transcript for the Court's convenience.

58INWWEN.TXT
1

58inwwen                    Conference
1  UNITED STATES DISTRICT COURT
1  SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------X
2
3  WORLD WRESTLING ENTERTAINMENT,
3  INC.,
4
4              Plaintiff,        New York, N.Y.
5
5         v.                     04 Civ. 8223 (KMK)
6
6  JAKKS PACIFIC, INC., et al.,
7
7              Defendants.
8
8  ------------------------------X
9
9                               August 18, 2005
10                              2:50 p.m.
10
11  Before:
11
12                  HON. KENNETH M. KARAS,
12
13                               District Judge
13
14                  APPEARANCES
14
15  NICOLOSON GRAHAM
15       Attorneys for Plaintiff
16  BY:  JERRY SCOTT MCDEVITT
16       AMY LYN BARRETTE
17       WILLIAM O. PURCELL
17
18  SKADDEN ARPS SLATE MEAGHER & FLOM LLP
18       Attorneys for Jakks and individual defendants
19  BY:  JONATHAN J. LERNER
19       MAURA BARRY GRINALDS
20       MICHAEL H. GRUENGLAS
20       MARCO G. ARGENTIERI
21
22
23
24
25

              SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300

0
                                                                2

58inwwen                    Conference
1                  APPEARANCES (continued)
2  MICHAEL A. FREEMAN
2       Attorney for Defendants Stanley Shenker and SSAI
3
3  SCHWEITZER CORNMAN GROSS & BONDELL LLP
4       Attorneys for Defendants Bell and Bell Licensing
4  BY:  ROB SERAFINOWICZ
5
5  FEDER KASZOVITZ ISAACSON WEBER SKALA BASS & RHINE LLP
6       Attorneys for Jakks and individual defendants
6  BY:  JONATHAN HONIG
7

                  Page 1

58INWWEN.TXT
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

50

58inwwen                        Conference

1       THE COURT:  I will give you 20.  If you need more, you
2    will let me know.
3       MR. McDEVITT:  Thank you, your Honor.
4       THE COURT:  What do you want to do about the
5    enterprise?
6       MR. McDEVITT:  I am assuming -- I was talking about
7    both Robinson-Patman and the enterprise.  That's why I was
8    asking for 25 pages.
9       THE COURT:  That's fine.  So you are looking at a
10   35-page brief to deal with all three issues?
11      MR. McDEVITT:  If his is ten.
12      THE COURT:  Right.
13      MR. McDEVITT:  Yes.
14      THE COURT:  All right.  That's fine.
15   You can have the 25 for the other two points.
16      Are defendants going to need to depart from my
17   individual practices on the antitrust claim?
18      MR. LERNER:  Can we have an extra five pages?
19      THE COURT:  Sure.  What does that get you to?
20      MR. LERNER:  30.
21      THE COURT:  All right.
22      MR. MARENBERG:  Your Honor, we will try not to file a
23   brief and try to coordinate, but can we have 15 pages?  We
24   don't need the whole 30 that they said.  If we can get 15
25   pages?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

51

58inwwen                        Conference

1       THE COURT:  Sure.
2       MR. MARENBERG:  We will try not to file anything.
3       THE COURT:  Is that on the antitrust?
4       MR. MARENBERG:  Yes.
5       THE COURT:  Yes.
6    What would you like to respond?
7       MR. LERNER:  Whatever pages they use, I would like the
8    same amount.  If they have 45, I don't think we need 45.
9       THE COURT:  You are going to get me in trouble with
10   the environmentalists.  What's good for the goose is good for
11   gander.
12      MR. LERNER:  We always take the brunt.  He takes the
13   THQ pages.  That's OK.  It's an adversary system.  Let him say
14   what he wants.
15      THE COURT:  The judge I clerked for always said if you
16   can't say it in ten pages -- if you need a little extra for
17   reply, extra five pages for reply, that's fine.
18      MR. LERNER:  Thank you.
19      MR. McDEVITT:  What are the reply briefs?  What is the
20   page limit on that?
21      THE COURT:  Whatever the page limit is you are talking
22   about?
23      MR. McDEVITT:  That's right.  So whatever --
24      THE COURT:  You've got two briefs that you are going
25   to write, both responding briefs.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

52

58inwwen                        Conference

1       MR. McDEVITT:  Right.
Page 24

58INWWEN.TXT

```
 2        THE COURT:  You are getting basically 35 on the first
 3   round and you are a getting whatever they use with respect to
 4   the Sherman claim.
 5        OK.  Anything else we need to discuss?
 6        MR. MCDEVITT:  Thank you, Judge.
 7        THE COURT:  Thank you all for coming.
 8        MR. LERNER:  Thank you, your Honor.
 9        (Adjourned)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Page 25