**SKADDEN, ARPS, SLATE, MEAGHER** **MEMO ENDORSED**

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA



October 17, 2005

BY FASCIMILE
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re: World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.,
1:04-CV-08223-KMK

Dear Judge Karas:

We respectfully write on behalf of Defendants Jakks Pacific, Inc., Jack Friedman, Steven G. Berman, and Joel M. Bennett (collectively, the "JAKKS Defendants") to request permission to file a reply brief of fifteen (15) pages in response to WWE's thirty (30) page brief in opposition to the JAKKS Defendants' Motion to Dismiss the Sherman Act Claim in the Amended Complaint, which is scheduled to be filed on October 18, 2005, pursuant to Your Honor's August 18, 2005 Order. We believe that this page limit is consistent with the page limit discussion at the hearing before Your Honor on August 18, 2005, and note that in its letter to the Court dated September 30, 2005, WWE specifically urged that Defendants' reply briefs be limited to fifteen pages.

Respectfully submitted,

Jonathan J. Lerner

cc: All Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/15/05

SO ORDERED

KENNETH M. KARAS U.S.D.J.