UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WORLD WRESTLING ENTERTAINMENT, INC., :
: 04 CV 8223 (KMK)
Plaintiff, :
:
- against - :
: October 19, 2005
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER :
AND ASSOCIATES, INC.; STANLEY SHENKER; :
BELL LICENSING, LLC; JAMES BELL; JACK :
FRIEDMAN; STEPHEN BERMAN; JOEL :
BENNETT; and BRIAN FARRELL, :
:
Defendants. :
:
------------------------------------------------------------X :

## COMPENDIUM OF UNREPORTED DECISIONS CITED IN WORLD WRESTLING ENTERTAINMENT, INC.'S SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

William Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

## INDEX OF CASES

**CASES**                                                                                              **TAB NO.**

Feinberg v. Katz,
     No. 99 CIV. 45(CSH), 2002 WL 1751135 (S.D.N.Y. July 26, 2002)...............   1