UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WORLD WRESTLING ENTERTAINMENT, INC.,  :
: 04-CV 8223 (KMK)
Plaintiff, :
:
- against - :
:
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER :
AND ASSOCIATES, INC.; STANLEY SHENKER; :
BELL LICENSING, LLC; JAMES BELL; JACK :
FRIEDMAN; STEPHEN BERMAN; JOEL :
BENNETT; and BRIAN FARRELL, :
:
Defendants. :
:
------------------------------------------------------------X

## DECLARATION OF AMY L. BARRETTE

AMY L. BARRETTE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a member of the firm Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for the Plaintiff, World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action. I respectfully submit this declaration to place before the Court true and correct copies of the following documents relied upon by WWE in support of its Sur-Reply Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

| | |
|---|---|
| Tab 1 | Brief for Defendants, The Bank of New York Co., Inc. and The Bank of New York (Appellees), <u>Pavlov v. Bank of New York Co.</u>, 25 Fed. Appx. 70, No. 01-7434, 2002 WL 63576 (S.D.N.Y. 2001). |
| Tab 2 | <u>RICO: Civil and Criminal Law Strategy</u>, § 105[1], [2], (Jed S. Rakoff & Howard W. Goldstein eds., 2005). |
| Tab 3 | Gregory P. Joseph, <u>Civil RICO: A Definitive Guide</u> 69-70 (2d ed. 2000). |

Dated: Pittsburgh, Pennsylvania
    October 19, 2005

*/s/ Amy L. Barrette*
Amy L. Barrette