UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



World Wrestling Entertainment, Inc.,

          Plaintiff,

-V-

JAKKS Pacific, Inc., *et al.*,

          Defendants.

Case No. 04-CV-8223 (KMK)

AMENDED ORDER

KENNETH M. KARAS, District Judge:

    The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 10:00am on January 11, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: November 23, 2005
       New York, New York