USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD WRESTLING ENTERTAINMENT, INC.,

               Plaintiff,

-v-

JAKKS PACIFIC, INC, *et al.*,

               Defendants.

Case No. 04-CV-8223 (KMK)

ORDER
ECF Case

KENNETH M. KARAS, District Judge:

The Court ordered the following on the record at the January 10, 2006 conference:

Defendants THQ, Inc. and Brian Farrell will submit a brief on the issue of transfer of venue, not to exceed seven pages, by Monday, January 23, 2006. Plaintiff will respond on the venue transfer issue as to all Defendants by Friday, February 3, 2006. All Defendants will reply by February 10, 2006.

SO ORDERED.

Dated:     January 12, 2006
            New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE