Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant THQ Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
WORLD WRESTLING ENTERTAINMENT, INC., :
:
Plaintiff, :
: No. 04 CV 8223 (KMK)
- against - :
:
JAKKS PACIFIC INC., JAKKS PACIFIC (H.K.) : **NOTICE OF FIRM**
LIMITED, ROAD CHAMPS LIMITED, THQ INC., : **NAME CHANGE**
THQ/JAKKS PACIFIC LLC, THE JOINT :
VENTURE OF THQ INC. and JAKKS PACIFIC, :
INC., STANLEY SHENKER AND ASSOCIATES, :
INC., STANLEY SHENKER, BELL LICENSING, : FILED ELECTRONICALLY
LLC, JAMES BELL, JACK FRIEDMAN, :
STEPHEN BERMAN, and JOEL BENNETT, :
:
Defendants. :
:
------------------------------------- x

     PLEASE TAKE NOTICE that effective January 1, 2006, the law firm of Sidley Austin Brown & Wood LLP is known as Sidley Austin LLP and that the address, telephone and facsimile information of Sidley Austin LLP, co-counsel to defendant THQ, Inc., is:

         Sidley Austin LLP
         787 Seventh Avenue
         New York, New York 10019
         Telephone: (212) 839-5300
         Facsimile: (212) 839-5599

Dated: New York, New York
January 26, 2006

        SIDLEY AUSTIN LLP

By: /s/ Steven M. Bierman
Steven M. Bierman (SB 6615)
Isaac S. Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant THQ Inc.