FEDER, KASZOVITZ, ISAACSON, WEBER,
  SKALA, BASS & RHINE LLP
Murray L. Skala (MS 9354)
Jonathan D. Honig (JH 7577)
750 Lexington Avenue
New York, New York 10022
Phone: (212) 888-8200
Fax: (212) 888-5968

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jonathan J. Lerner (JL 7117)
Michael H. Gruenglas (MG 8705)
James Keyte (JK 0680)
Maura B. Grinalds (MG 2836)
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
WORLD WRESTLING ENTERTAINMENT, INC.

              Plaintiff,

    v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ,
INC.; THQ/JAKKS PACIFIC LLC; STANLEY
SHENKER AND ASSOCIATES, INC.; STANLEY
SHENKER; BELL LICENSING, LLC; JAMES
BELL; JACK FRIEDMAN; STEPHEN BERMAN;
JOEL BENNETT and BRIAN FARRELL,

              Defendants.
------------------------------------ x

04 CV 8223 (KMK)
(ECF CASE)

**NOTICE OF SUPPLEMENTAL AUTHORITIES DECIDED SUBSEQUENT TO
THE JANUARY 11, 2006 ORAL ARGUMENT ON DEFENDANTS' MOTION TO
DISMISS THE RICO CLAIMS IN THE AMENDED COMPLAINT**

March 17, 2006

Defendants JAKKS Pacific, Inc., JAKKS Pacific (H.K.) Limited, Road Champs Limited, Jack Friedman, Stephen Berman and Joel Bennett (collectively, the "JAKKS Defendants") respectfully call the Court's attention to the following decisions within the Second Circuit that were decided subsequent to the oral argument on the JAKKS Defendants' Motion to Dismiss on January 11, 2006, and which address the enterprise requirement under the Racketeer Influenced and Corrupt Organizations Act ("RICO"):

- National Group for Communications & Computers Ltd. v. Lucent Technologies Inc., No. 03 Civ 6001 (NRB), 2006 WL 490057, at *14-15 (S.D.N.Y. Feb. 28, 2006) (Buchwald, J.); and

- Stein v. New York Stair Cushion Co., No. 04-CV-4741 DRHETB, 2006 WL 319300, at *3-4 (E.D.N.Y. Feb. 10, 2006) (Hurley, J.).

Dated: March 17, 2006

| | |
|---|---|
| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP<br>Murray L. Skala (MS 9354)<br>Jonathan D. Honig (JH 7577)<br>750 Lexington Avenue<br>New York, New York 10022<br>(212) 888-8200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: _____<br>Jonathan J. Lerner (JL 7117)<br>Michael H. Gruenglas (MG 8705)<br>James Keyte (JK 0680)<br>Maura B. Grinalds (MG 2836)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000 |

*Attorneys for the JAKKS Defendants*