UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/06
```

WORLD WRESTLING ENTERTAINMENT, INC.,

            Plaintiff,

-v-

JAKKS PACIFIC, INC., JAKKS PACIFIC (H.K.) LTD., ROAD CHAMPS LTD., THQ, INC., THQ/JAKKS PACIFIC L.L.C., STANLEY SHENKER & ASSOCS., INC., BELL LICENSING, L.L.C., JACK FRIEDMAN, STEPHEN BERMAN, JOEL BENNETT, BRIAN FARRELL, STANLEY SHENKER, JAMES BELL,

            Defendants.

Case No. 04-CV-8223 (KMK)

ORDER

    The Clerk of Court is directed to terminate Defendants' Motions to Dismiss (Doc. Nos. 42, 49, 56, 59, 65, 95, 97, 100).

SO ORDERED.

Dated:     March 31, 2006
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE