UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
4/4/06

World Wrestling Entertainment, Inc,

    Plaintiff.

-V-

Jakks Pacific et al,

    Defendants.

Case No.

04-cv-08223 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

    ORDERED, that counsel who will try the case appear for a status conference on April 26, 2006 at 11:00am in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

    Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Dated: April 4, 2006
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE