UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WORLD WRESTLING ENTERTAINMENT, INC.,                        :
                                                            :   04 CV 8223 (KMK)
                        Plaintiff,                          :   (ECF CASE)
                                                            :
        - against -                                         :
                                                            :   April 11, 2006
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)                   :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;                    :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER                      :
AND ASSOCIATES, INC.; STANLEY SHENKER;                      :
BELL LICENSING, LLC; JAMES BELL; JACK                       :
FRIEDMAN; STEPHEN BERMAN; JOEL                              :
BENNETT; and BRIAN FARRELL,                                 :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
                                                            :

## NOTICE OF MOTION FOR REARGUMENT OF THE COURT'S DISMISSAL OF WORLD WRESTLING ENTERTAINMENT, INC.'S SHERMAN ACT CLAIM PURSUANT TO THE COURT'S MARCH 31, 2006 OPINION AND ORDER

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, and the all prior pleadings and proceedings herein, Plaintiff World Wrestling Entertainment, Inc. ("WWE") will move this Court, before the Honorable Kenneth M. Karas at the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Local Civil Rule 6.3, granting WWE's Motion for Reargument and reinstating WWE's Sherman Act claim and for such other and further relief as the Court deems just and proper.

Opposing papers, if any, shall be filed and served no later than April 25, 2006 and Reply, if any, shall be filed and served no later than May 2, 2006.

Respectfully submitted,

By: _____
Jerry S. McDevitt (Pro hac vice)
Curtis B. Krasik (Pro hac vice)
Amy L. Barrette (Pro hac vice)
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

William O. Purcell (WP 5001)
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF MOTION FOR REARGUMENT OF THE COURT'S DISMISSAL OF WORLD WRESTLING ENTERTAINMENT, INC.'S SHERMAN ACT CLAIM PURSUANT TO THE COURT'S MARCH 31, 2006 OPINION AND ORDER was served on the following counsel of record via electronic mail service and first-class U.S. mail, postage prepaid this 11th day of April, 2006:

John R. Williams
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Michael A. Cornman
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

_____
Jerry S. McDevitt