UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                    :

WORLD WRESTLING ENTERTAINMENT, INC.,  :

                                    :    04 CV 8223 (KMK)
                 Plaintiff,         :    (ECF CASE)
                                    :

      - against -             :

                                    :    April 11, 2006

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)  :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;  :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER  :
AND ASSOCIATES, INC.; STANLEY SHENKER;  :
BELL LICENSING, LLC; JAMES BELL; JACK  :
FRIEDMAN; STEPHEN BERMAN; JOEL  :
BENNETT; and BRIAN FARRELL,  :
                                    :
               Defendants.      :
                                    :
-----------------------------------------------------------------X  :


**COMPENDIUM OF UNREPORTED DECISIONS CITED IN WORLD WRESTLING ENTERTAINMENT, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR REARGUMENT OF THE COURT'S DISMISSAL OF SHERMAN ACT CLAIM PURSUANT TO THE COURT'S MARCH 31, 2006 OPINION AND ORDER**

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

- 2 -

**INDEX OF CASES**

| **CASES** | **TAB NO.** |

City of Atlanta v. Ashland-Warren, Inc.,
    No. C 81-106A, 1981 WL 2187 (N.D. Ga. Aug. 20, 1981)……………………...  1

In re Disposable Contact Lens Antitrust Litig.,
    2001-1 Trade Cases P 73, 150 2001 WL 203964 (M.D. Fla. Jan. 5, 2001)……...  2

Philip Morris, Inc. v. Heinrich,
    No. 95 CIV 0328 (LMM), 1996 WL 363156 (S.D.N.Y. June 28, 1996)………...  3

SmithKline Beecham Corp. v. E. Applicators,
    No. CIV.A. 99-CV-6552, 2002 WL 1197763 (E.D. Pa. May 24, 2002)………..  4