SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**MEMO ENDORSED**

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-2550
DIRECT FAX
917-777-2550
EMAIL
JLERNER@SKADDEN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/06

April 17, 2006

**BY FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:    World Wrestling Entertainment, Inc. v. JAKKS
       Pacific, Inc., et al., 1:04-CV-08223-KMK

Dear Judge Karas:

On behalf of the JAKKS Defendants, we write to request a brief extension until Wednesday April 19, 2006 to file our pre-motion letter responses to: (1) WWE's April 11, 2006 request for reargument of the Court's March 31, 2006 Opinion and Order dismissing WWE's Sherman Act Claim, and (2) WWE's April 11, 2006 pre-motion letter to the Court seeking the entry of dismissal of WWE's Sherman Act Claim as a final judgment pursuant to Fed. R. Civ. P. 54(b) ("WWE's Rule 54(b) Letter").

Pursuant to the Court's memo-endorsement of WWE's Rule 54(b) Letter, which we received on Thursday April 13, 2006, and Your Honor's Chamber Rules, our responses to WWE's foregoing requests would be due tomorrow and today, respectively. Because we believe that these responses should logically be filed together, and in light of the intervening holidays between April 13 and today, we respectfully request until Wednesday to submit our responses to the Court.

Respectfully submitted,

Jonathan J. Lerner

cc:    All counsel (via email)

*Defendants may have until April 19 to file their responses to Plaintiff's Sherman Act submissions.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/17/06