UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLD WRESTLING ENTERTAINMENT, INC.,

        Plaintiff,

-v-

JAKKS PACIFIC, INC, *et al.*,

        Defendants.

Case No. 04-CV-8223 (KMK)

ORDER

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/06

KENNETH M. KARAS, District Judge:

At the April 26, 2006 conference, the Parties agreed to the following briefing schedule for the remaining RICO claims in the Amended Complaint and the issue of the general release. Accordingly, it is hereby ORDERED:

Defendants shall file their Motion to Dismiss the Amended Complaint by or before June 2, 2006. Defendant Jakks Pacific, Inc. has thirty-five pages for its Motion and the remaining Defendants have thirty pages each.

Plaintiff shall file its Response to Defendants' Motion to Dismiss by or before July 7, 2006. Plaintiff has ninety-five pages for its Response.

Defendants shall file their Reply by or before August 11, 2006.

It is further ORDERED:

Defendants shall file their Response to Plaintiff's Motion for Reargument of the Court's Dismissal of the Sherman Act Claim by or before June 23, 2006.

Plaintiff shall file its Reply by or before July 31, 2006.

No extensions of time or page limits will be granted under any circumstances.

SO ORDERED.

Dated:   April 26, 2006
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE