UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

World Wrestling Entertainment, Inc.,

           Plaintiff,

-v-

JAKKS Pacific, Inc., et al.,

           Defendants.

Case No. 04-CV-8223 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 10:30am on September 6, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

_____
Kenneth M. Karas
United States District Judge

Dated: May 22, 2006
      New York, New York