UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/06

World Wrestling Entertainment, Inc.,

        Plaintiff,

-V-

JAKKS Pacific, Inc., et al.,

        Defendants.

Case No. 04-CV-8223 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 10:30am on September 6, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: May 22, 2006
      New York, New York