LAW OFFICES OF MICHAEL A. FREEMAN
Michael A. Freeman (MAF-9600)
24 West 40th Street, 17th Floor
New York, New York 10018
(646) 366-0881

Counsel for Defendants Stanley Shenker
and Stanley Shenker and Associates, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

-against-

JAKKS PACIFIC, INC.. et al.

                Defendants.
---------------------------------------------------------------x

No. 04-CV-8223 (KMK)
Hon. Kenneth M. Karas

ECF Case

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the memorandum of law submitted herewith, defendants Stanley Shenker and Stanley Shenker and Associates, Inc. (the collectively "Shenker Defendants") will move this Court before the Honorable Kenneth M. Karas, at the United States Courthouse, 500 Pearl Street, New York, New York, on September 6. 2006 at 10:30 a.m., for an Order:

       1.      pursuant to Fed. R. Civ. P. 12(b), dismissing this action against the Shenker Defendants; and

       2.      for such other and further relief as the Court deems just and proper.

2

Dated: New York, New York
       June 2, 2006

                           LAW OFFICES OF MICHAEL A. FREEMAN

                           By: /s/ *Michael A. Freeman*
                                 Michael A. Freeman (MAF-9600)
                                 24 West 40th Street, 17th Floor
                                 New York, New York  10018
                                 (646) 366-0881
                                 Counsel for the Shenker Defendants