UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
WORLD WRESTLING ENTERTAINMENT, INC.,                              :   04 CV 8223 (KMK)
                                                                  :   (ECF CASE)
                          Plaintiff,                              :
                                                                  :
            - against -                                           :
                                                                  :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)                         :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;                          :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE                          :
OF THQ, INC. and JAKKS PACIFIC, INC.;                             :
STANLEY SHENKER AND ASSOCIATES, INC.;                             :
STANLEY SHENKER; BELL LICENSING, LLC;                             :
JAMES BELL; JACK FRIEDMAN; STEPHEN                                :
BERMAN and JOEL BENNETT,                                          :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------x

**COMPENDIUM OF UNREPORTED AUTHORITIES CITED BY THE DEFENDANT
THQ/JAKKS PACIFIC LLC IN THE MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT**

DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
Richard Schaeffer (RS0019)
Bruce Handler (BH9426)
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

*Attorneys for THQ/JAKKS Pacific LLC*

June 2, 2006

1. <u>Advance Relocation and Storage Co. v. Local 814, International Brotherhood of Teamsters, AFL-CIO</u>, CA No. 03-CV-4475 (DGT) (JMA), 2005 U.S. Dist. LEXIS 6835 (E.D.N.Y. March 22, 2005).

2. <u>Carousel Foods of America, Inc. v. Abrams & Co.</u>, 05 Civ. 8076 (CM), 2006 U.S. Dist. LEXIS 15425 (S.D.N.Y. February 17, 2006).

3. <u>Casio Computer Co. v. Sayo</u>, 98 Civ. 3772 (WK), 2000 WL 1877516 (S.D.N.Y. October 13, 2000).

4. <u>Dale v. Banques SCS Alliance, SA</u>, 02 Civ. 3592 (RCC) (KNF), 2005 U.S. Dist. LEXIS 20967 (S.D.N.Y. Sept. 22, 2005).

5. <u>Eastchester Rehabilitation & Healthcare Center, LLC v. Eastchester Healthcare Center, LLC</u>, 03 Civ. 7786 (LTS) (FM), 2005 U.S. Dist. LEXIS 6593 (S.D.N.Y. April 12, 2005).

6. <u>In re Chief Executive Officers Clubs, Inc.</u>, Case No. 02-14829 (SMB), 2006 Bankr. LEXIS 482 (S.D.N.Y. March 8, 2006).

7. <u>Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Young</u>, 91 Civ. 2923 (CSH), 1994 U.S. Dist. LEXIS 2929 (S.D.N.Y. Mar. 15, 1994).

8. <u>Redtail Leasing Inc. v. Bellezza</u>, 95 Civ. 5191 (JFK), 1999 U.S. Dist. LEXIS 486 (S.D.N.Y. January 22, 1999).

9. <u>Zhu v. First Atlantic Bank</u>, 05 Civ. 96 (NRB), 2005 U.S. Dist. LEXIS 24895 (S.D.N.Y. Oct. 21, 2005).