DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
Richard Schaeffer (RS0019)
Bruce Handler (BH9426)
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WORLD WRESTLING ENTERTAINMENT, INC.,                :        04 CV 8223 (KMK)
                                                   :        (ECF CASE)
                       Plaintiff,                  :
                                                   :
        - against -                                :
                                                   :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)          :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;           :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE           :
OF THQ, INC. and JAKKS PACIFIC, INC.;              :
STANLEY SHENKER AND ASSOCIATES, INC.;              :
STANLEY SHENKER; BELL LICENSING, LLC;              :
JAMES BELL; JACK FRIEDMAN; STEPHEN                 :
BERMAN and JOEL BENNETT,                           :
                                                   :
                       Defendants.                 :
                                                   :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Maria Liparulo, being duly sworn, deposes and says:

    I am not a party to this action, I am over the age of 18 years and reside in Bronx, New York.

- 2 -

On June 2, 2006, deponent served the following:

1. The LLC's Notice of Motion to Dismiss Amended Complaint;

2. Memorandum of Law of Defendant THQ/JAKKS Pacific LLC in Support of its Motion to Dismiss the Amended Complaint; and

3. Compendium of Unreported Cases.

upon all counsel on the attached service list by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York State and via electronic mail.

_____
MARIA LIPARULO

Sworn to before me this
2nd day of June, 2006

_____
Notary Public

SHAWN D. RODRIGUEZ
Notary Public, State of New York
No. 01RO6111448
Qualified in Kings County
Commission Expires 6/14/2008

- 3 -

## DISTRIBUTION LIST

<u>WWE v. JAKKS Pacific, Inc., et al., Case No. 04 CV 8233 (KMK)</u>

Steven A. Marenberg, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel:   310-203-7547
Fax:   310-203-7199


William Purcell, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030
Tel:   212-536-3900
Fax:   212-536-3901


Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Tel:   412-355-8608
Fax:   412-355-6501


John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel:   203-562-9931
Fax:   203-776-9494


Jonathan J. Lerner, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Tel:   212-735-3000
Fax:   212-735-2000

172925.1

- 4 -

Murray L. Skala, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
Tel:   212-888-8200
Fax:   212-888-7776


Isaac S. Greaney, Esq.
Sidley Auston Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
Tel:   212-839-5300
Fax:   212-839-5599


Michael A. Freeman, Esq.
Law Offices of Michael A. Freeman
24 West 40th Street, 17th Floor
New York, NY 10018
Tel: 646-366-0881

- 4 -

172925.1