| | |
|---|---|
| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP<br>Murray L. Skala (MS 9354)<br>Jonathan D. Honig (JH 7577)<br>750 Lexington Avenue<br>New York, New York 10022<br>Phone: (212) 888-8200<br>Fax: (212) 888-5968 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Jonathan J. Lerner (JL 7117)<br>Michael H. Gruenglas (MG 8705)<br>Maura B. Grinalds (MG 2836)<br>Shannon R. Frankel (SF 8693)<br>Four Times Square<br>New York, New York 10036<br>Phone: (212) 735-3000<br>Fax: (212) 735-2000 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
WORLD WRESTLING ENTERTAINMENT, INC.

                Plaintiff,                04 CV 8223 (KMK)
                                         (ECF CASE)
    v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ,
INC.; THQ/JAKKS PACIFIC LLC; STANLEY
SHENKER AND ASSOCIATES, INC.; STANLEY
SHENKER; BELL LICENSING, LLC; JAMES
BELL; JACK FRIEDMAN; STEPHEN BERMAN;
JOEL BENNETT; and BRIAN FARRELL,

                Defendants.
------------------------------------- x

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan J. Lerner and the JAKKS Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint submitted herewith, and upon all prior pleadings and

proceedings had herein, the JAKKS Defendants will, by and through their attorneys, move this Court before the Honorable Kenneth M. Karas at the United States Courthouse, 500 Pearl Street, New York, New York, at 10:30 a.m. on September 6, 2006, or as soon thereafter as counsel may be heard, for an order dismissing plaintiff's Amended Complaint with prejudice and for such other and further relief as the Court deems just and proper.

Dated: June 2, 2006

Respectfully submitted,

FEDER, KASZOVITZ, ISAACSON,
WEBER, SKALA, BASS & RHINE LLP
Murray L. Skala (MS 9354)
Jonathan D. Honig (JH 7577)
750 Lexington Avenue
New York, New York 10022
(212) 888-8200

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: _____
    Jonathan J. Lerner (JL 7117)
    Michael H. Gruenglas (MG 8705)
    Maura B. Grinalds (MG 2836)
    Shannon R. Frankel (SF 8693)
    Four Times Square
    New York, New York  10036
    (212) 735-3000

*Attorneys for the JAKKS Defendants*

2