UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
WORLD WRESTLING ENTERTAINMENT, INC.,   :   Case No. 04 CV 8223 (KMK)
:   (ECF CASE)
Plaintiff,   :
:
v.   :
:
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)   :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;   :
THQ/JAKKS PACIFIC LLC, STANLEY SHENKER   :
AND ASSOCIATES, INC.; STANLEY SHENKER;   :
BELL LICENSING, LLC; JAMES BELL; JACK   :
FRIEDMAN; STEPHEN BERMAN; JOEL   :
BENNETT; and BRIAN FARRELL,   :
:
Defendants.   :
:
------------------------------------------------------------- x

## NOTICE OF JOINDER AND JOINDER IN THE JAKKS DEFENDANTS' OPPOSITION TO WWE'S MOTION FOR REARGUMENT

| | |
|---|---|
| SIDLEY AUSTIN BROWN & WOOD LLP | IRELL & MANELLA LLP |
| Steven M. Bierman (SB 6615) | Steven A. Marenberg (*Pro Hac Vice*) |
| Isaac S. Greaney (IG 0922) | Philip M. Kelly (*Pro Hac Vice*) |
| 787 Seventh Avenue | 1800 Avenue of the Stars |
| New York, New York 10019 | Los Angeles, California 90067 |
| Phone: (212) 839-5300 | Phone: (310) 277-1010 |
| Fax: (212) 839-5599 | Fax: (310) 203-7199 |

Attorneys for Defendants THQ Inc. and Brian Farrell

1523470

PLEASE TAKE NOTICE that defendants THQ Inc. and Brian Farrell hereby join in the Memorandum of Law filed by defendants JAKKS Pacific, Inc., JAKKS Pacific (H.K.) Limited, Road Champs Limited, Jack Friedman, Stephen Berman, and Joel Bennett (collectively, the "JAKKS Defendants") in opposition to plaintiff World Wrestling Entertainment, Inc.'s Motion for Reargument.

THQ Inc. and Brian Farrell respectfully request the Court to deny the Motion for Reargument for the reasons set forth in the JAKKS Defendants' Memorandum of Law in opposition to the motion.

Dated: June 23, 2006

SIDLEY AUSTIN BROWN & WOOD LLP
Steven Bierman (SB 6615)
Isaac Greaney (IG 0922)
787 Seventh Avenue
New York, New York 10019

Respectfully submitted,

IRELL & MANELLA LLP
Steven A. Marenberg (Pro Hac Vice)
Philip M. Kelly (Pro Hac Vice)
1800 Avenue of the Stars
Los Angeles, California 90067

By: _____
Philip M. Kelly
Attorneys for Defendants THQ Inc. and Brian Farrell