UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

                                     Plaintiff,

       -against-

JAKKS PACIFIC, INC., et al.

                                     Defendants.
----------------------------------------------------------------x

No. 04-CV-8223 (KMK)
Hon. Kenneth M. Karas

ECF Case

**MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF'S MOTION FOR REARGUMENT**

LAW OFFICES OF MICHAEL A. FREEMAN

24 West 40th Street, 17th Floor
New York, New York  10018
(646) 366-0881

Counsel for Defendants Stanley Shenker and
Stanley Shenker and Associates, Inc.

Defendants Stanley Shenker and Stanley Shenker and Associates, Inc. (collectively, the "Shenker Defendants") hereby join in the memorandum of law submitted by the Jakks Defendants, dated June 23, 2006, in opposition to plaintiff's motion for reargument.

Dated: New York, New York
       June 26, 2006

                                Respectfully submitted,

                                LAW OFFICES OF MICHAEL A. FREEMAN

                                By: /s/ *Michael A. Freeman*
                                    Michael A. Freeman (MAF-9600)
                                    24 West 40th Street, 17th Floor
                                    New York, New York 10018
                                    (646) 366-0881
                                    Counsel for the Shenker Defendants