UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WORLD WRESTLING ENTERTAINMENT, INC.,

      Plaintiff,

  - against -

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER
AND ASSOCIATES, INC.; STANLEY SHENKER;
BELL LICENSING, LLC; JAMES BELL; JACK
FRIEDMAN; STEPHEN BERMAN; JOEL
BENNETT; and BRIAN FARRELL,

      Defendants.

------------------------------------------------------------X

04 CV 8223 (KMK)
(ECF CASE)

## NOTICE OF MOTION TO STRIKE EXHIBIT B TO THE DECLARATION OF JONATHAN J. LERNER DATED JUNE 2, 2006

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt (Pro hac vice)
Curtis B. Krasik (Pro hac vice)
Amy L. Barrette (Pro hac vice)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

**PLEASE TAKE NOTICE** that upon the Memorandum of Law submitted herewith and all prior pleadings and proceedings herein, Plaintiff World Wrestling Entertainment, Inc. ("WWE") by and through its counsel, Kirkpatrick & Lockhart Nicholson Graham LLP, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 920, New York, New York 10007, on a date and at a time designated by the Court, for an Order to Strike Exhibit B to the Declaration of Jonathan J. Lerner Dated June 2, 2006 and all arguments in the Jakks Defendants' motion to dismiss relating to the release defense, and granting WWE such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1 of this Court's rules, objections to the Motion, if any, must be served, with a copy to chambers, on or before August 11, 2006.

Respectfully submitted,

By: _____
Jerry S. McDevitt (Pro hac vice)
Curtis B. Krasik (Pro hac vice)
Amy L. Barrette (Pro hac vice)
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

William O. Purcell (WP 5001)
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

Dated: July 7, 2006