UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X :
: 
WORLD WRESTLING ENTERTAINMENT, INC., :
: 04 CV 8223 (KMK)
Plaintiff, : (ECF CASE)
:
- against - :
: July 7, 2006
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER :
AND ASSOCIATES, INC.; STANLEY SHENKER; :
BELL LICENSING, LLC; JAMES BELL; JACK :
FRIEDMAN; STEPHEN BERMAN; JOEL :
BENNETT; and BRIAN FARRELL, :
:
Defendants. :
:
------------------------------------------------------------------X :

**COMPENDIUM OF UNREPORTED CASES CITED IN THE MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE EXHIBIT B TO THE DECLARATION OF JONATHAN J. LERNER DATED JUNE 2, 2006**

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

i

| Cases: | Tab: |
|---|---|
| *Aquilio v. Manaker*, Nos. 90-CV-45, 91-CV-93, 1991 WL 207473 (N.D.N.Y. Oct. 10, 1991) | 1 |
| *Brodeur v. City of New York*, 04-CV-1859 (JG), 2005 WL 1139908 (E.D.N.Y. May 13, 2005) | 2 |
| *Burger v. Health Ins. Plan of Greater New York*, No. 86 CIV. 8238 (KC), 1988 WL 60267 (S.D.N.Y. June 7, 1988) | 3 |
| *Cheung v. New York Palace Hotel*, No. 03-CV-0091 (DLI)(WDW), 2005 WL 2387573 (S.D.N.Y. Sept. 28, 2005) | 4 |
| *Crivera v. City of New York*, 03 CV 447 (JG), 2004 WL 339650 (E.D.N.Y. Feb. 24, 2004) | 5 |
| *DePalma v. Relaty IQ Corp.*, No. 01 CIV 446 RMB, 2002 WL 461647 (S.D.N.Y. Mar. 25, 2002) | 6 |
| *Donahue v. Uno Restaurants, LLC*, No. 3:06-CV-53, 2006 WL 1373094 (W.D.N.Y. May 16, 2006) | 7 |
| *Holmes v. Long Island Railroad*, No. 96 CV 6196(NG), 1998 WL 960299 (E.D.N.Y. Dec. 10, 1998) | 8 |
| *In re KeySpan Corp. Sec. Litig.*, No. 01 CV 5852 (ARR), 2003 WL 21981806 (E.D.N.Y. July 30, 2003) | 9 |
| *Levine v. Columbia Labs., Inc.*, No. 03 Civ. 8943(LAK), 2004 WL 1392372 (S.D.N.Y. June 22, 2004) | 10 |
| *Mezzacappa Bros., Inc. v. City of New York*, No. 03 Civ. 0223 (NRB), 2003 WL 22801429 (S.D.N.Y. Nov. 24, 2003) | 11 |
| *Neewra, Inc. v. Manakh Al Khaleej Gen. Trading & Contracting Co.*, No. 03 Civ. 2936(MBM), 2004 WL 1620874 (S.D.N.Y. July 20, 2004) | 12 |
| *Straight Arrow Prod. v. Conversion Concepts, Inc.*, No. 01-221, 2001 WL 1530637 (E.D. Pa. Dec. 3, 2001) | 13 |
| *Wing Hing (Tang) Fabrics Manufacturing Co. v. Rafaella Sportswear, Inc.*, No. 84 Civ. 9024 (JFK), 1986 WL 9688 (S.D.N.Y. Aug. 26, 1986) | 14 |
| *Zurich Am. Ins. Co. v. Dah Sing Bank, Ltd.*, No 03 Civ. 7778(DLC), 2004 WL 1328215 (S.D.N.Y. June 15, 2004) | 15 |