UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  :
                                                                   :
WORLD WRESTLING ENTERTAINMENT, INC.,                               :
                                                                   :   04 CV 8223 (KMK)
                                  Plaintiff,                       :   (ECF CASE)
                                                                   :
          - against -                                              :
                                                                   :   July 7, 2006
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)                          :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;                           :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER                             :
AND ASSOCIATES, INC.; STANLEY SHENKER;                             :
BELL LICENSING, LLC; JAMES BELL; JACK                              :
FRIEDMAN; STEPHEN BERMAN; JOEL                                     :
BENNETT; and BRIAN FARRELL,                                        :
                                                                   :
                                  Defendants.                      :
                                                                   :
----------------------------------------------------------------X  :

## COMPENDIUM OF UNREPORTED CASES CITED IN THE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS DATED JUNE 2, 2006

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

PI-1602818 v1

Cases:                                                                                                                                      Tab:

Academic Indus., Inc. v. Untermeyer Mace Partners, Ltd., No. 90 Civ. 1052 (LBS), 1992
    WL 73473 (S.D.N.Y. Apr. 1, 1992) .................................................................................. 1

Am. Arbitration Ass'n, Inc. v. DeFonseca, No. 93 CIV. 2424 (CSH), 1996 WL 363128
    (S.D.N.Y. June 28, 1996) .................................................................................................. 2

Annodeus, Inc. v. Ciarkowski, No. 04 Civ.1633 DLC, 2004 WL 2066937
    (S.D.N.Y. Sept. 16, 2004) ................................................................................................. 3

Avianca, Inc. v. Corriea, Civ. A. No. 85-3277(RCL), 1992 WL 93128
    (D.D.C. Apr. 13, 1992) ..................................................................................................... 4

Baker v. Dorfman, P.L.L.C., No. 99Civ.9385(DLC), 2000 WL 1010285
    (S.D.N.Y. July 21, 2000), aff'd, 232 F.3d 121 (2d Cir. 2000) .......................................... 5

*Bolanos v. Norweigian Cruise Lines Ltd.*, No. 01 Civ. 4182(RMB) AJP, 2002 WL
    1465907 (S.D.N.Y. July 9, 2002) ..................................................................................... 6

Braphman-Bines v. N.Y. City Police Dept., No. 03 Civ. 10207(KMK), 2005 WL 22843
    (S.D.N.Y. Jan. 3, 2005) ..................................................................................................... 7

Burns v. MBK P'ship, No. 99Civ.4004(JSM), 2003 WL 23979014 (D. Or. Nov. 5, 2003) ........... 8

City of N.Y. v. Pollock, No. 03 Civ. 0253(PAC), 2006 WL 522462
    (S.D.N.Y. Mar. 3, 2006) .................................................................................................... 9

Concorde Funds, Inc. v. Value Line, Inc., No. 04 Civ. 9932(NRB), 2006 WL 522466
    (S.D.N.Y. Mar. 2, 2006) .................................................................................................. 10

Cougar Audio, Inc. v. Reich, No. 99 Civ. 4498 LBS, 2000 WL 420546
    (S.D.N.Y. Apr. 18, 2000) ................................................................................................ 11

Fortney v. Kuipers, No. 98 C 5387, 1999 WL 102772 (N.D. Ill. Feb. 22, 1999) ........................ 12

Goldberg v. Colonial Metal Spinning & Stamping Co., No. 92 Civ. 3721 (JFK), 1993 WL
    361672 (S.D.N.Y. Sept. 14, 1993) ................................................................................... 13

Greater Blouse, Skirt & Undergarment Ass'n, Inc. v. Morris, Nos. 93 CIV. 1257(SS),
    72242, 1993 WL 410167 (S.D.N.Y. Oct. 14, 1993) ........................................................ 14

Hansel 'n Gretel Brand, Inc. v. Savitsky, No. 94 Civ. 4027(CSH), 1997 WL 543088
 (S.D.N.Y. Sept. 3, 1997) ................................................................................................... 15

Healey v. Pyle, No. 89 CIV. 6027 (JSM), 1992 WL 80775 (S.D.N.Y. Mar. 31, 1992) ............... 16

I.M. Oberman Assocs., Inc. v. Republic Fin. Servs., Inc., No. 92 Civ. 1843 (MBM), 1993
 WL 88209 (S.D.N.Y. Mar. 25, 1993) ............................................................................... 17

In re Motel 6 Sec. Litig., Nos. 93 Civ. 2183 (JFK), 93 Civ. 2866 (JFK), 1997 WL 154011
 (S.D.N.Y. Apr. 2, 1997) ..................................................................................................... 18

Jerome M. Sobel & Co. v. Fleck, No. 03Civ.1041 RMB GWG, 2003 WL 22839799
 (S.D.N.Y. Dec. 1, 2003) .................................................................................................... 19

Kauffmann v. Yoskowitz, No. 85 Civ. 8414 (PKL), 1990 WL 300795
 (S.D.N.Y. Apr. 6, 1990) ..................................................................................................... 20

Landa v. Herman, No. 105360/03, 2005 WL 2899876 (N.Y. Sup. Ct. Oct. 27, 2005) ................ 21

Levine v. Torino Jewelers, Ltd., No. 05 Civ. 3159(DLC), 2006 WL 709098
 (S.D.N.Y. Mar. 22, 2006) .................................................................................................. 22

Local 851 of the Int'l Bhd. of Teamsters v. Kuehne & Nagle Air Freight, Inc., No. 97-
 CV-0378, 1998 WL 178873 (S.D.N.Y. Mar. 6, 1998) ..................................................... 23

Marcoux v. Am. Airlines, Inc., No. 04CV1376 (NG)(KAM), 2006 WL 842888
 (E.D.N.Y. Mar. 28, 2006) .................................................................................................. 24

Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Young, No. 91 Civ. 2923 (CSH), 1994
 WL 88129 (S.D.N.Y. Mar. 15, 1994) ............................................................................... 25

Metro. Transp. Auth. v. Contini, No. 04-CV-0104 DGTJMA, 2005 WL 1565524
 (E.D.N.Y. July 6, 2005) ..................................................................................................... 26

Network Enter., Inc. v. APBA Offshore Prods., Inc., No. 01 Civ. 11765, 2002 WL
 31050846 (S.D.N.Y. Sept. 12, 2002) ................................................................................ 27

Panix Promotions, Ltd. v. Lewis, No. 01-Div. 2709(HB), 2002 WL 72932
 (S.D.N.Y. Jan. 17, 2002) .................................................................................................... 28

Recovey Racing, LLC v. Sunrise Motors, LLC, No. 12834-04, 2005 WL 3193701
 (N.Y. Sup. Ct. Nov. 23, 2005) ........................................................................................... 29

Redtail Leasing, Inc. v. Bellezza, No. 95 Civ. 5191 JFK, 1999 WL 32941
 (S.D.N.Y. Jan. 22, 1999) .................................................................................................... 30

Spinale v. United States, No. 03Civ.1704KMWJCF, 2004 WL 50873
   (S.D.N.Y. Jan. 9, 2004) ........................................................................................... 31

Strock v. USA Cycling, Inc., Nos. 00-CV-2285-JLK, 01-CV-2444-JLK, 2006 WL
   1223151 (D. Col. May 8, 2006) .............................................................................. 32

Sumitomo Corp. v. Chase Manhattan Bank, No. 99Civ.4004(JSM), 2000 WL 1616960
   (S.D.N.Y. Oct. 30, 2000) ......................................................................................... 33

Welch Foods Inc. v. Gilchrist, No. 93-CV-0641E(F), 1996 WL 607059
   (W.D.N.Y. Oct. 18, 1996) ........................................................................................ 34

Zhu v. First Atl. Bank, No. 05 Civ. 96 (NRB), 2005 WL 2757536
   (S.D.N.Y. Oct. 25, 2005) ......................................................................................... 35

Zito v. Leasecomm Corp., No. 02 Civ.8074 GEL, 2004 WL 2211650
   (S.D.N.Y. Sept. 30, 2004) ........................................................................................ 36