SKADDEN, ARPS, SLATE, MEAGHER **MEMO ENDORSED**

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL (212) 735-3000
FAX (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-2550
DIRECT FAX
917-777-2550
EMAIL ADDRESS
JLERNER@SKADDEN.COM

July 14, 2006

BY HAND
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/06

Re: World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.,
1:04-CV-08223-KMK

Dear Judge Karas:

We respectfully write on behalf of Defendants Jakks Pacific, Inc., Jack Friedman, Steven G. Berman, and Joel M. Bennett (collectively, the "JAKKS Defendants") for clarification on the page limits applicable to the JAKKS Defendants' August 11, 2006 reply brief in further support of their motion to dismiss WWE's Amended Complaint and in opposition to WWE's July 7, 2006 motion to strike.

We have received WWE's briefs, which total 88 pages, and note that WWE allocated approximately 62 pages to address arguments raised by the JAKKS Defendants in their 35 page moving brief. Under Your Honor's Individual Practices, the JAKKS Defendants would be entitled to a combined total of 35 pages to reply to WWE's opposition brief and to oppose WWE's motion to strike, although we anticipate that most of our reply brief will be devoted to the motion to dismiss. We respectfully request permission for the JAKKS Defendants to submit a single 35 page reply brief responding to all of WWE's arguments.

Respectfully submitted,

Jonathan J. Lerner /ap

Jonathan J. Lerner

cc: All Counsel (by email)

SO ORDERED

KENNETH M. KARAS U.S.D.J.