UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., Plaintiff, | 04 CV 8223 (KMK) (ECF CASE) |
| - against - | July 31, 2006 |
| JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.) LIMITED; ROAD CHAMPS LIMITED; THQ, INC.; THQ/JAKKS PACIFIC LLC; STANLEY SHENKER AND ASSOCIATES, INC.; STANLEY SHENKER; BELL LICENSING, LLC; JAMES BELL; JACK FRIEDMAN; STEPHEN BERMAN; JOEL BENNETT; and BRIAN FARRELL, Defendants. | |

**COMPENDIUM OF UNREPORTED CASES CITED IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REARGUMENT OF THE COURT'S DISMISSAL OF PLAINTIFF WORLD WRESTLING ENTERTAINMENT, INC.'S SHERMAN ACT CLAIM PURSUANT TO THE COURT'S MARCH 31, 2006 OPINION AND ORDER**

William O. Purcell (WP 5001)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)
Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

Cases: Tab:

*Barrett v. United States Banknote Corp.*, No. 7420 (RPP), 1992 WL 232055 (S.D.N.Y. Sept. 2, 1992) ........ 1

*Bennett v. Cardinal Health Marmac Distribs.*, No. 02 CV 3095 (JG), 2003 WL 21738604 (E.D.N.Y. July 14, 2003) ........ 2

*City of Atlanta v. Ashland-Warren, Inc.*, No. C 81-106A, 1981 WL 2187 (N.D. Ga. Aug. 20, 1981) ........ 3

*Phillip Morris, Inc. v. Heinrich*, No. 95 CIV. 0328 (LMM), 1996 WL 363156 (S.D.N.Y. June 28, 1996) ........ 4

*SmithKline Beecham v. E. Applicators*, No. CIV. A. 99-CV-6552, 2002 WL 1197763 (E.D. Pa. May 24, 2002) ........ 5

*Yellow Page Solutions, Inc. v. Bell Atl. Yellow Pages Co.*, No. 00 CIV. 5663, 2001 WL 1468168 (S.D.N.Y. Nov. 19, 2001) ........ 6