UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WORLD WRESTLING ENTERTAINMENT, INC.,           :      04 CV 8223 (KMK)
                                               :      (ECF CASE)
                          Plaintiff,           :
                                               :
            - against -                        :
                                               :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)      :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;       :
THQ/JAKKS PACIFIC LLC, THE JOINT VENTURE       :
OF THQ, INC. and JAKKS PACIFIC, INC.;          :
STANLEY SHENKER AND ASSOCIATES, INC.;          :
STANLEY SHENKER; BELL LICENSING, LLC;          :
JAMES BELL; JACK FRIEDMAN; STEPHEN             :
BERMAN and JOEL BENNETT,                       :
                                               :
                          Defendants.          :
------------------------------------------------------------------------x

**COMPENDIUM OF UNREPORTED CASES CITED IN
REPLY MEMORANDUM OF THQ/JAKKS PACIFIC, LLC**

**TABLE OF CONTENTS**

1. In re Chief Executive Officers Clubs, Inc., 2006 Bankr. LEXIS 482 (Mar. 8, 2006)

2. Kadouri v. Fox, 2005 U.S. Dist. LEXIS 4818 (E.D.N.Y. Jan. 24, 2005)

3. Kosower v. Gutowitz, 2001 U.S. Dist. LEXIS 19111 (S.D.N.Y. Nov. 21, 2001)

4. Marcoux v. American Airlines, Inc., 2006 U.S. Dist. LEXIS 14130 (E.D.N.Y. Mar. 28, 2006)

5. Peralta v. WMH Tool Group, Inc., 2005 U.S. Dist LEXIS 41755 (E.D.N.Y. Aug. 18, 2005)

6. Zhu v. First Atlantic Bank, 2005 U.S. Dist. LEXIS 24895 (S.D.N.Y. Oct. 21, 2005)