UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WORLD WRESTLING ENTERTAINMENT, INC.,        :
                                            :
                        Plaintiff,          :        04 CV 8223 (KMK)
                                            :        (ECF CASE)
            - against -                     :
                                            :
JAKKS PACIFIC, INC.; et al.                 :
                                            :
                        Defendants.         :
------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Maria Liparulo, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and reside in Bronx, New York.

      On August 11, 2006, deponent served the following:

1. Reply Memorandum of Law of THQ/JAKKS Pacific LLC in Support of Its Motion to Dismiss the Amended Complaint; and

2. Compendium of Unreported Cases Cited in Reply Memorandum of THQ/JAKKS Pacific LLC

upon all counsel on the attached service list by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York State and via electronic mail.

_____
MARIA LIPARULO

Sworn to before me this
11th day of August, 2006

_____
Notary Public

SHAWN D. RODRIGUEZ
Notary Public, State of New York
No. 01RO6111448
Qualified in Kings County
Commission Expires 6/14/2008

## DISTRIBUTION LIST

### WWE v. JAKKS Pacific, Inc., et al., Case No. 04 CV 8233 (KMK)

Steven A. Marenberg, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel:    310-203-7547
Fax:    310-203-7199


William Purcell, Esq.
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030
Tel:    212-536-3900
Fax:    212-536-3901


Jerry S. McDevitt, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Tel:    412-355-8608
Fax:    412-355-6501


John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel:    203-562-9931
Fax:    203-776-9494


Jonathan J. Lerner, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Tel:    212-735-3000
Fax:    212-735-2000

172925.1

Murray L. Skala, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
Tel:    212-888-8200
Fax:    212-888-7776


Isaac S. Greaney, Esq.
Sidley Auston Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
Tel:    212-839-5300
Fax:    212-839-5599


Michael A. Freeman, Esq.
Law Offices of Michael A. Freeman
24 West 40th Street, 17th Floor
New York, NY  10018
Tel:  646-366-0881

172925.1