# K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

T 412.355.6500    www.klgates.com

January 23, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/07

Jerry S. McDevitt
D 412.355.8608
F 412.355.6501
jerry.mcdevitt@klgates.com

**VIA HAND DELIVERY**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

Re: *World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.*
    1:04-CV-08223-KMK

Dear Judge Karas:

We are counsel to Plaintiff World Wrestling Entertainment, Inc. ("WWE"). We write to request permission to file a short (not to exceed three (3) pages) letter to supplement the record with, and explain the significance of, Defendant Stanley Shenker's guilty plea this past Friday to conspiring with Defendant James Bell to transport money obtained by fraud in interstate commerce and wire fraud by engaging in a scheme to defraud WWE of money, property, and honest services in violation of Title 18 U.S.C. § 371. In considering the pending motions to dismiss, the Court may take judicial notice of Shenker's Plea Agreement under Fed. R. Evid. 201. *See, e.g., B.T. Produce Co. v. Robert A. Johnson Sales, Inc.*, 345 F. Supp. 2d 284, 287 n.3 (S.D.N.Y. 2004) (taking judicial notice of plea agreement and transcript of sentencing hearing under Fed. R. Evid. 201).

We would be able to submit this letter within two (2) days of receiving permission from the Court to do so. Naturally, we stand ready to address any questions the Court may have regarding these matters.

Sincerely,

Jerry S. McDevitt

JSM/sm
cc: All Counsel of Record

PI-1712632 v1

*[Handwritten endorsement:]* WWE may submit a three-page letter addressing Mr. Shenker's plea by no later than January 30, 2007. Defendants are to respond on no more than three pages by February 5, 2007. SO ORDERED.

KENNETH M. KARAS U.S.D.J.
1/24/07