# HOWREY LLP

153 East 53rd Street
Floor 54
New York, NY 10022
www.howrey.com

William O. Purcell, Esq.
Partner
212.896.6538
212.896.6501
purcell, esq.w@howrey.com

January 31, 2007



Via First Class Mail

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, New York 10007

    Re:   *World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al.* **04 Civ. 08223**

Dear Judge Karas:

    I am one of four counsel of record for Plaintiff World Wrestling Entertainment, Inc. in the above-referenced matter. I write to inform you that while Kirkpatrick & Lockhart Nicholson Graham LLP will continue to represent Plaintiff, I, individually, am withdrawing from representation because I have joined the firm of Howrey LLP.

    I respectfully request that the Court order the withdrawal. Because the above matter is an electronically filed case, I will subsequently electronically file your Order. Thank you in advance for your attention to this matter.

    Respectfully submitted,

William O. Purcell

So Ordered:

U.S.D.J.  2/5/07

cc:    All Counsel of Record (via facsimile)

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC