SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WORLD WRESTLING ENTERTAINMENT, INC.,

        Plaintiff,

-against-

JAKKS PACIFIC, INC., et al.

        Defendants.

------------------------------------------------------------x

No. 04-CV-8223 (KMK)
Hon. Kenneth M. Karas

ECF Case

ORDER ALLOWING
FOR SUBSTITUTION
OF COUNSEL

IT IS HEREBY ORDERED, pursuant to Local Rule 1.4, that the docket in this action shall be changed to reflect that

    GREENBERG FREEMAN LLP
    Michael A. Freeman (MAF-9600)
    24 West 40th Street, 17th Floor
    New York, New York 10018
    (646) 366-0881

has been substituted as counsel of record for defendants Stanley Shenker and Associates, Inc. and Stanley Shenker in place and stead of the Law Offices of Michael A. Freeman.

UNITED STATES DISTRICT JUDGE

Dated: 2/16/07