UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,

                Plaintiff,

- against -

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER
AND ASSOCIATES, INC.; STANLEY SHENKER;
BELL LICENSING, LLC; JAMES BELL; JACK
FRIEDMAN; STEPHEN BERMAN; JOEL BENNETT;
and BRIAN FARRELL,

                Defendants.
------------------------------------------------------------------X

04 CV 8223 (KMK)
(ECF CASE)

**NOTICE OF
CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE, that effective as of January 1, 2007, the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for Plaintiff World Wrestling Entertainment, Inc. ("Plaintiff") in the above-referenced proceeding, has combined with the law firm of Preston Gates & Ellis LLP, to form the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. Plaintiff hereby requests that all parties send copies of all correspondence, orders, notices and pleadings to counsel at the firm name and address set forth below, and respectfully request that the Clerk of the Court make note of the new firm name.

Dated: New York, New York
       April 4, 2007

_[signature]_
Peter N. Flocos (PF 5335)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
(212) 536-3901 (fax)

*Attorneys for Plaintiff
World Wrestling Entertainment, Inc.*