UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.,   :
:
                        Plaintiff,   :   04 CV 8223 (KMK)
:   (ECF CASE)
      - against -   :
:   **NOTICE OF APPEARANCE**
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)   :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;   :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER   :
AND ASSOCIATES, INC.; STANLEY SHENKER;   :
BELL LICENSING, LLC; JAMES BELL; JACK   :
FRIEDMAN; STEPHEN BERMAN; JOEL BENNETT;   :
and BRIAN FARRELL,   :
:
                        Defendants.   :
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Peter N. Flocos of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby enters his appearance in this action as attorney for Plaintiff, World Wrestling Entertainment, Inc. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
       April 4, 2007

                                                 Peter N. Flocos (PF 5335)

                                                 KIRKPATRICK & LOCKHART
                                                 PRESTON GATES ELLIS LLP
                                                 599 Lexington Avenue
                                                 New York, New York 10022
                                                 (212) 536-3900
                                                 (212) 536-3901 (fax)

                                                 *Attorneys for Plaintiff*
                                                 *World Wrestling Entertainment, Inc.*