USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

World Wrestling Entertainment, Inc.,

                Plaintiff(s),                04 Civ. 8223 (KMK)

    -against-

JAKKS Pacific, Inc. et al.,             CALENDAR NOTICE

                Defendant(s).

-------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ✓ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, December 13, 2007 at 3:45 p.m.** The Court requests that Mr. Devitt's office initiate the conference call to all parties. When all parties are on the line, please call Chambers at (914) 390-4145.

Dated: December 11, 2007
      White Plains, New York

                    So Ordered

                    Kenneth M. Karas, U.S.D.J