USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLD WRESTLING ENTERTAINMENT, INC.,

Plaintiff,

-v-

JAKKS PACIFIC, INC., JAKKS PACIFIC (H.K.)
LTD., ROAD CHAMPS LTD., THQ, INC.,
THQ/JAKKS PACIFIC L.L.C., STANLEY
SHENKER & ASSOCS., INC., BELL LICENSING,
L.L.C., JACK FRIEDMAN, STEPHEN BERMAN,
JOEL BENNETT, BRIAN FARRELL, STANLEY
SHENKER, AND JAMES BELL,

Defendants.

Case No. 04-CV-8223 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

The telephone conference scheduled for December 13, 2007 at 3:45 p.m. is adjourned.

Based on the letters received from counsel after the Court scheduled the December 13

conference, and in recognition of the need to accommodate the schedules for numerous attorneys

in this case, the telephone conference will be held on December 19, 2007, at 12 noon. The same

procedures to have been used for the December 13 conference are to be followed for the

December 19 conference.

SO ORDERED.

Dated:    December 12, 2007
          White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE