# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL (212) 735-3000
FAX (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212 735 2650
DIRECT FAX
917 777 2550
EMAIL ADDRESS
JLERNER@SKADDEN.COM

December 14, 2007

**BY FACSIMILE**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

**MEMO ENDORSED**

Re:    World Wrestling Entertainment, Inc. v.
       JAKKS Pacific, Inc., et al., 1.04-CV-08223-KMK

Dear Judge Karas.

I write with great embarrassment in response to the notice concerning the Court's rescheduling of the telephonic conference at Mr. McDevitt's request previously set by Your Honor for December 13, 2007. When I ambiguously advised Your Honor that I would be available "on the afternoons of December . . . 19," I was thinking, and intending to mean, after the Court's lunch break -- though I certainly did not articulate it. The reason I referred to the afternoon is that on the morning of December 19, 2007, I have an oral argument on a dispositive motion scheduled at 10:30 a.m. before Judge Buchwald, which I am advised will be concluded by 12:30 p.m. creating a potential conflict. Accordingly, I am writing to respectfully inquire if it is possible to schedule a time after 12:30 p.m. on December 19. Again, I sincerely regret any inconvenience to the Court or co-counsel.

My partner, Maura Barry Grinalds, called Chambers and received permission from your Law Clerk Alicia to fax this letter.

Respectfully submitted,

Jonathan J. Lerner

12:30 is fine; please advise all counsel.

cc:    All counsel (by email)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/17/07