UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.

        **Plaintiff,**

  -against-

JAKKS PACIFIC, INC., JAKKS PACIFIC (H.K.) LIMITED, ROAD CHANMPS LIMITED, THQ, INC., THQ/JAKKS PACIFIC, L.L.C., THE JOINT VENTURE OF THE THQ, INC., STANLEY SHENKER AND ASSOCIATES, INC., STANLEY SHENKER, BELL LICENSING, L.L.C., JAMES BELL, JACK FRIEDMAN, STEPHEN BERMAN, JOEL BENNETT, BRIAN FARRELL, QUANTUM EQUITIES, LLC, FRANK WHITING,

        **Defendants.**
------------------------------X

04 Civ. 8223 (KMK)
JUDGMENT

#_____

    Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on December 21, 2007 having handed down an Opinion and Order (Docket # 194) granting Defendants' Motions to Dismiss, and denying Plaintiff's Motion to Strike as moot, it is,

    **ORDERED, ADJUDGED AND DECREED:** that Defendants' Motions to Dismiss are granted with prejudice and Plaintiff's Motion to Strike is Denied as Moot and the case is hereby closed.

Dated: White Plains, N.Y.
       December 28, 2007

*J. Michael McMahon*

           Clerk of Court  - J. Michael McMahon

ENTERED AS A JUDGMENT ON: 1-3-08

I:\JUDGMENT\WWE.223.wpd