UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WORLD WRESTLING ENTERTAINMENT, INC.,                        :
                                                            :   04 CV 8223 (KMK)
            Plaintiff,                                      :   (ECF CASE)
                                                            :
      - against -                                           :
                                                            :   December 28, 2007
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)                   :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;                    :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER                      :
AND ASSOCIATES, INC.; STANLEY SHENKER;                      :
BELL LICENSING, LLC; JAMES BELL; JACK                       :
FRIEDMAN; STEPHEN BERMAN; JOEL                              :
BENNETT; and BRIAN FARRELL,                                 :
                                                            :
            Defendants.                                     :
                                                            :
------------------------------------------------------------X



## NOTICE OF APPEAL

Plaintiff World Wrestling Entertainment, Inc. hereby appeals to the U.S. Court of Appeals for the Second Circuit from certain parts of the following orders and final judgment of the district court in the above-captioned case: (1) Opinion and Order entered March 31, 2006 (Docket 131); (2) Order docketed December 3, 2007, and entered December 4, 2007 (Docket 189); (3) Order entered December 21, 2007 (Docket 193); (4) Opinion and Order entered December 21, 2007 (Docket 194); and (5) Judgment Order (to be entered).

Specifically, pursuant to Fed. R. App. P. 3(c)(1)(B), Plaintiff hereby appeals from the following parts of the above orders and judgments: (1) the district court's dismissal of Plaintiff's claim alleging violation of the Sherman Act, 15 U.S.C. § 1; and (2) the district court's dismissal of Plaintiff's claims alleging violation of and conspiracy to violate RICO, 18 U.S.C. § 1962.

PI-1900169 v1

Plaintiff does not appeal any other aspect of the above orders and judgments, including any aspect of the state-law claims over which the district court declined to exercise supplemental jurisdiction.

Respectfully Submitted:

*[signature]*

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (tel)
(412) 355-6501 (fax)

Peter N. Flocos (PF 5335)
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900 (tel)
(212) 536-3901 (fax)

*Counsel for Plaintiff, WWE, Inc.*

Dated: December 28, 2007