| | |
|---|---|
| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Murray L. Skala (MS 9354) | Jonathan J. Lerner (JL 7117) |
| Jonathan D. Honig (JH 7577) | Michael H. Gruenglas (MG 8705) |
| 750 Lexington Avenue | Maura B. Grinalds (MG 2836) |
| New York, New York 10022 | Diana R. Rubin (DR 5477) |
| Phone: (212) 888-8200 | Four Times Square |
| Fax: (212) 888-5968 | New York, New York 10036 |
| | Phone: (212) 735-3000 |
| | Fax: (212) 735-2000 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
WORLD WRESTLING ENTERTAINMENT, INC.
                        Plaintiff,                      04 CV 8223 (KMK)
                                                                (ECF CASE)
    v.

JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)
LIMITED; ROAD CHAMPS LIMITED; THQ,
INC.; THQ/JAKKS PACIFIC LLC; STANLEY
SHENKER AND ASSOCIATES, INC.; STANLEY
SHENKER; BELL LICENSING, LLC; JAMES
BELL; JACK FRIEDMAN; STEPHEN BERMAN;
JOEL BENNETT; and BRIAN FARRELL,

                        Defendants.
------------------------------------- x

**NOTICE OF MOTION FOR RECONSIDERATION OF THE PORTION OF THE COURT'S DECEMBER 21 DISMISSAL ORDER RELATED TO THE RELEASE**

PLEASE TAKE NOTICE that, upon the JAKKS Defendants' Memorandum of

Law in Support of their Motion for Reconsideration of the Court's Opinion and Order

dated December 21, 2007, which resulted in a judgment entered on January 3, 2008, insofar as it related to the Release, submitted herewith, and upon all prior pleadings and proceedings had herein, the JAKKS Defendants will, by and through their attorneys, move this Court before the Honorable Kenneth M. Karas at the United States Courthouse, 300 Quarropas Street, White Plains, New York, for an order, pursuant to Local Civil Rule 6.3, granting the JAKKS Defendants' Motion for Reconsideration and for such other and further relief as the Court deems just and proper.

Dated: January 17, 2008

Respectfully submitted,

| | |
|---|---|
| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP<br>Murray L. Skala (MS 9354)<br>Jonathan D. Honig (JH 7577)<br>750 Lexington Avenue<br>New York, New York 10022<br>(212) 888-8200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:  /s/ Jonathan J. Lerner<br>Jonathan J. Lerner (JL 7117)<br>Michael H. Gruenglas (MG 8705)<br>Maura B. Grinalds (MG 2836)<br>Diana R. Rubin (DR 5477)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000 |

*Attorneys for the JAKKS Defendants*

2