## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on January 17, 2008, I caused true copies of the foregoing:

(1)  *NOTICE OF MOTION FOR RECONSIDERATION OF THE PORTION OF THE COURT'S DECEMBER 21 DISMISSAL ORDER RELATED TO THE RELEASE;*

(2)  *MEMORANDUM OF LAW IN SUPPORT OF THE JAKKS DEFENDANTS' MOTION FOR RECONSIDERATION OF THE PORTION OF THE COURT'S DECEMBER 21 DISMISSAL ORDER RELATED TO THE RELEASE; AND*

(3)  *COMPENDIUM OF UNREPORTED DECISIONS CITED IN THE MEMORANDUM OF LAW IN SUPPORT OF THE JAKKS DEFENDANTS' MOTION FOR RECONSIDERATION OF THE PORTION OF THE COURT'S DECEMBER 21 DISMISSAL ORDER RELATED TO THE RELEASE* to be served upon the following parties by first-class mail:

John R. Williams
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, New York  10017


Dated:  New York, New York
       January 17, 2008

                                            ____ /s/ Jonathan J. Lerner _____
                                                Jonathan J. Lerner