USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
WORLD WRESTLING ENTERTAINMENT, INC.,        :
:         04 CV 8223 (KMK)
Plaintiff,       :         (ECF CASE)
:
- against -                                 :
:         January 28, 2008
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)   :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;    :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER      :
AND ASSOCIATES, INC.; STANLEY SHENKER;      :
BELL LICENSING, LLC; JAMES BELL; JACK       :
FRIEDMAN; STEPHEN BERMAN; JOEL              :
BENNETT; and BRIAN FARRELL,                 :
:
Defendants.      :
:
-------------------------------------------------------------X   :

## PLAINTIFF'S NOTICE OF MOTION TO SUPPLEMENT THE RECORD

Peter N. Flocos (PF 5335)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
212.536.3900 (tel)
212.536.3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Amy L. Barrette
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
412.355.6500 (tel)
412.355.6501 (fax)

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, and the prior pleadings and proceedings herein, Plaintiff World Wrestling Entertainment, Inc. ("WWE") will and hereby does move this Court, before the Honorable Kenneth M. Karas, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rule of Appellate Procedure 10, granting WWE's Motion to Supplement the Record with eighteen (18) letters sent to the Court. Those letters are attached as Exhibit 1 to WWE's Memorandum of Law, which is incorporated herein. WWE requests that the Court transmit the letters to the White Plains clerk's office with an appropriate order directing the clerk to (a) enter the letters on the docket so that they are made part of the official record for appeal purposes, and (b) supplement the record forwarded to the Second Circuit with the letters.

Respectfully submitted,

By: s/ Peter N. Flocos
Peter N. Flocos (PF 5335)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900 (phone)
(212) 536-3901 (fax)

*Granted.*

*So Ordered;*

*/s/ KMK*
*1/29/08*

Jerry S. McDevitt (Pro hac vice)
Curtis B. Krasik (Pro hac vice)
Amy L. Barrette (Pro hac vice)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Dated: January 28, 2008

Attorneys for Plaintiff, World Wrestling Entertainment, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF MOTION TO SUPPLEMENT THE RECORD is being served on all counsel of record via electronic mail service this 28th day of January, 2008.


                                                                                                       s/ Peter N. Flocos