UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
WORLD WRESTLING ENTERTAINMENT, INC.,                               :   Case No. 04 CV 8223 (KMK)
                                                                   :   (ECF CASE)
                                   Plaintiff,                      :
                                                                   :
              v.                                                   :
                                                                   :
JAKKS PACIFIC, INC.; JAKKS PACIFIC (H.K.)                          :
LIMITED; ROAD CHAMPS LIMITED; THQ, INC.;                           :
THQ/JAKKS PACIFIC LLC; STANLEY SHENKER                             :
AND ASSOCIATES, INC.; STANLEY SHENKER;                             :
BELL LICENSING, LLC; JAMES BELL; JACK                              :
FRIEDMAN; STEPHEN BERMAN; JOEL                                     :
BENNETT; and BRIAN FARRELL,                                        :
                                                                   :
                                   Defendants.                     :
                                                                   :
------------------------------------------------------------------ x



**NOTICE OF CROSS-APPEAL**

DORNBUSH SCHAEFFER
  STRONGIN & VENAGLIA LLP
Richard Schaeffer (RS 0019)
Bruce Handler (BH 9426)
747 Third Avenue
New York, New York 10017
Phone: (212) 759-3300
Fax: (212) 753-7673

*Attorneys for Defendant*
*THQ/JAKKS Pacific LLC*

182093.1

Please take notice that defendant THQ/JAKKS Pacific LLC (the "LLC") hereby cross-appeals from that portion of the Court's (J. Karas) Order dated March 31, 2006, insofar as it denied the LLC'S motion to dismiss the Plaintiff's claims arising out of the Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. § 1962. Review of such Order is requested only if and to the extent that the Court of Appeals determines that the Final Judgment, entered January 3, 2008, should not be affirmed with respect to the dismissal with prejudice of the Plaintiff's claims arising under the RICO Act.

True and correct copies of the Final Judgment and Order are attached as Exhibit A.

Dated: February 4, 2008

Respectfully submitted,

DORNBUSH SCHAEFFER
   STRONGIN & VENAGLIA LLP
Richard Schaeffer (RS 0019)
Bruce Handler (BH 9426)
747 Third Avenue
New York, New York 10017
Phone: (212) 759-3300
Fax: (212) 753-7673

By: /s/ Bruce Handler
    Bruce Handler

Attorneys for Defendant
THQ/JAKKS Pacific LLC

SERVICE LIST:

Steven A. Marenberg, Esq.
Phillip M. Kelly, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel:    310-203-7547
Fax:   310-203-7199


Jerry S. McDevitt, Esq.
Amy Lyn Barrette, Esq.
Peter Nicholas Flocos, Esq.
William Purcell, Esq.
Curtis B. Krasik, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Tel:    412-355-8608
Fax:   412-355-6501


John R. Williams, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, NY 10017


Steven M. Bierman, Esq.
Isaac S. Greaney, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
Tel:    212-839-5300
Fax:   212-839-5599


Michael A. Freeman, Esq.
Law Offices of Michael A. Freeman
24 West 40th Street, 17th Floor
New York, NY 10018
Tel: 646-366-0881

182095.1

Jonathan J. Lerner, Esq.
Michael Gruenglas, Esq.
Maura Barry Grinalds, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Tel:   212-735-3000
Fax:   212-735-2000

Murray L. Skala, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
Tel:   212-888-8200
Fax:   212-888-7776

182095.1