# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
WORLD WRESTLING ENTERTAINMENT, INC.

          **Plaintiff,**

  -against-

JAKKS PACIFIC, INC., JAKKS PACIFIC (H.K.)
LIMITED, ROAD CHANMPS LIMITED, THQ, INC.,
THQ/JAKKS PACIFIC, L.L.C., THE JOINT VENTURE
OF THE THQ, INC., STANLEY SHENKER AND
ASSOCIATES, INC., STANLEY SHENKER, BELL
LICENSING, L.L.C., JAMES BELL, JACK FRIEDMAN,
STEPHEN BERMAN, JOEL BENNETT, BRIAN
FARRELL, QUANTUM EQUITIES, LLC, FRANK
WHITING,
          **Defendants.**
---------------------------------X

04 Civ. 8223 (KMK)
**JUDGMENT**

    Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on December 21, 2007 having handed down an Opinion and Order (Docket # 194) granting Defendants' Motions to Dismiss, and denying Plaintiff's Motion to Strike as moot, it is,

    **ORDERED, ADJUDGED AND DECREED:** that Defendants' Motions to Dismiss are granted with prejudice and Plaintiff's Motion to Strike is Denied as Moot and the case is hereby closed.

Dated: White Plains, N.Y.
       December 28, 2007

                                          **Clerk of Court - J. Michael McMahon**

ENTERED AS A JUDGMENT ON: 1-3-08

I:\JUDGMENT\WWE.223.wpd