# Exhibit B

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov [NYSD_ECF_Pool@nysd.uscourts.gov] |
| To: | deadmail@nysd.uscourts.gov |
| Subject: | Activity in Case 7:04-cv-08223-KMK World Wrestling Entertainment, Inc. v. Jakks Pacific, Inc. et al Judgment |
| Date: | 1/3/2008 10:09:45 AM |
| CC: | |
| BCC: | |

Message:

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 1/3/2008 at 10:09 AM EST and filed on 12/28/2007
**Case Name:**   World Wrestling Entertainment, Inc. v. Jakks Pacific, Inc. et al
**Case Number:**   7:04-cv-8223
**Filer:**
**Document Number:** 195

**Docket Text:**
**JUDGMENT in favor of Bell Licensing, L.L.C., Jakks Pacific (H.K.) Limited, Jakks Pacific, Inc., Road Chanmps Limited, Stanley Shenker and Associates, Inc., THQ, Inc., THQ/Jakks Pacific L.L.C., Brian Farrell, Jack Friedman, James Bell, Joel Bennett, Stanley Shenker, Stephen Berman against World Wrestling Entertainment, Inc. E.O.D. 1/3/2008. (Signed by J. Michael McMahon on 12/28/2007) (jma)**

7:04-cv-8223 Notice has been electronically mailed to:

Jonathan Honig jhonig@fkiwsb.com

1

Jonathan J. Lerner jlerner@skadden.com

Bruce Handler handler@dsswlaw.com

Jerry Scott McDevitt jmcdevitt@klng.com

Curtis Bruce Krasik ckrasik@klng.com

Isaac S. Greaney igreaney@sidley.com, nydocket@sidley.com

Michael H. Gruenglas mgruengl@skadden.com

Philip M. Kelly pkelly@irell.com

Michael Alan Freeman freeman@greenbergfreeman.com

William O. Purcell (Terminated) wpurcell@klng.com, baggettk@howrey.com, chang@howrey.com, edwardsdora@howrey.com

Eugene R. Licker (Terminated) elicker@loeb.com

Amy Lyn Barrette amy.barrette@klgates.com

Steven A. Marenberg smarenberg@irell.com

Peter Nicholas Flocos peter.flocos@klgates.com

**7:04-cv-8223 Notice has been delivered by other means to:**

John R. Williams
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, NY 10017

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4128354-0]
[25a264f746449df7fe2cd19d9430b4008c34086572cc7a66389a68ae65e40a730ead
f07915844bd3918431caef045bbe4906d0ef1ae2ff0c43a41b6514480c81]]

2