CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on February 8, 2008, I caused a true copy of the *1) Reply Memorandum of Law in Further Support of the JAKKS Defendants' Motion for Reconsideration of the Portion of the Court's December 21 Dismissal Order Related to the Release and,*

*2) Compendium Of Unreported Decisions Cited In The Reply Memorandum Of Law In Further Support Of The JAKKS Defendants' Motion For Reconsideration Of The Portion Of The Court's December 21 Dismissal Order Related To The Release* to be served upon the following party by first-class mail:

John R. Williams
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, NY 10017

Dated:  New York, New York
        February 8, 2008

                                                /s/ Jonathan J. Lerner
                                                   Jonathan J. Lerner