SDNY/WPNY
04-cv-8223
KARAS

**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 08-0118-cv; 08-0435-cv

**Caption [use short title]**

World Wrestling Entertainment, Inc.
v. Jakks Pacific, Inc.

**Motion for:** Abeyance of appeal

**Set forth below precise, complete statement of relief sought:**
Hold in abeyance the appeal filed in the above-captioned matter by World Wrestling Entertainment, Inc.

as well as three cross-appeals respectively filed by: (1) THQ, Inc. and Brian Farrell;

(2) Jakks Pacific, Inc.; Jakks Pacific (HK) Ltd; Road Champs Ltd.; Jack Friedman;

Stephen Berman; and Joel Bennett; and (3) THQ/Jakks Pacific LLC

UNITED STATES COURT OF APPEALS FILED FEB 25 2008 Catherine O'Hagan Wolfe, Clerk

U.S. DISTRICT COURT FILED MAR 18 2008 S.D. OF N.Y.

2008 FEB 25 PM 5:10 RECEIVED

**MOVING PARTY:** Jakks Pacific, Inc et al.    **OPPOSING PARTY:** World Wrestling Entertainment, Inc.
☐ Plaintiff    ☒ Defendant
☐ Appellant/Petitioner    ☒ Appellee/Respondent

**MOVING ATTORNEY:** Jonathan L. Lerner/Maura B. Grinalds    **OPPOSING ATTORNEY [Name]:** Jerry S. McDevitt
[name of attorney, with firm, address, phone number and e-mail]    [name of attorney, with firm, address, phone number and e-mail]
Jonathan L. Lerner/Maura B. Grinalds    Jerry S. McDevitt
Skadden, Arps, Slate, Meagher & Flom LLP    Kirkpatrick & Lockhart Preston Gates Ellis LLP
Four Times Square    535 Smithfield Street
New York, New York 10036-6522    Pittsburgh, PA 15222
212-735-3000; Jonathan.Lerner@skadden.com; MauraBarry.Grinalds@skadden.com    412-355-6500; jerry.mcdevitt@klgates.com

**Court-Judge/Agency appealed from:** N/A

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?    ☐ Yes  ☒ No
B. been obtained?    ☐ Yes  ☒ No

Is **oral argument** requested?    ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?    ☐ Yes  ☒ No
If yes, enter date ____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?    ☐ Yes  ☒ No

Has this relief been previously sought
in this Court?    ☐ Yes  ☒ No

Requested return date and explanation of emergency:

See attached addendum.

Signature of Moving Attorney: ____    Date: 2/25/08

Has service been effected?    ☒ Yes  ☐ No
[Attach proof of service]

MAR 17 2008

## ORDER

Before: Hon. Debra Ann Livingston, *Circuit Judge*

IT IS HEREBY ORDERED that Appellees-Cross-Appellants' motion to hold the consolidated appeals (08-1118-cv (L), 08-0435-cv (con), 08-0677-cv (con) in abeyance is GRANTED.

FILED MAR 17 2008 Catherine O'Hagan Wolfe SECOND CIRCUIT

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by
Joy Fallek
Joy Fallek, Administrative Attorney

CERTIFIED: A TRUE COPY Catherine O'Hagan Wolfe, Clerk
by Angela Martin, DEPUTY CLERK